# U.S. Bankruptcy Court
# Western District of Texas

In re:

                              Case No. **11–30977–hcm**

                              Chapter No. **11**

**DHC REALTY, LLC**
Debtor

                              Adv. Proc. No. **12–03012–hcm**

**DHC REALTY, LLC**
**CHOWAIKI HOLDINGS, LLC ET. AL.**
Plaintiff

v.

**ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ ET. AL.**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Western District of Texas**
    **8515 Lockheed**
    **El Paso, TX 79925**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    **Corey W. Haugland**
    **P.O. Box 1770**
    **El Paso, TX 79949–1770**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*
**05/23/2012**



*Yvette M. Taylor, Clerk Of Court*

**continued caption:**

**Listing Of Plaintiff Names:**

DHC REALTY, LLC
301 WILLIAMS

EL PASO, TX 79901

CHOWAIKI HOLDINGS, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES FAR EAST, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES WEST, LLC
301 WILLIAMS

EL PASO, TX 79901

DAVID CHOWAIKI
301 WILLIAMS

EL PASO, TX 79901

**Listing Of Defendant Names:**

ARMANDO ARMENDARIZ
11316 LINDENWOOD AVENUE

EL PASO, TX 79936

YVETTE ARMENDARIZ
11316 LINDENWOOD AVENUE

EL PASO, TX 79936

HECTOR ARMENDARIZ
14201 DESERT SAGE

HORIZON CITY, TX 79928