U.S. Bankruptcy Court
Western District of Texas

In re:

Case No.11-30977-hcm
Chapter No.11

DHC REALTY, LLC
Debtor

Adv. Proc. No.12-03012-hcm

DHC REALTY, LLC
CHOWAIKI HOLDINGS, LLC ET. AL.
Plaintiff
v.
ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ ET. AL.
Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Western District of Texas |
| 8515 Lockheed |
| El Paso, TX 79925 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Corey W. Haugland |
| P.O. Box 1770 |
| El Paso, TX 79949-1770 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:
**05/23/2012**



Yvette M. Taylor, Clerk Of Court

**continued caption:**

**Listing Of Plaintiff Names:**

DHC REALTY, LLC
301 WILLIAMS

EL PASO, TX 79901

CHOWAIKI HOLDINGS, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES FAR EAST, LLC
301 WILLIAMS

EL PASO, TX 79901

EL PASO DHC ENTERPRISES WEST, LLC
301 WILLIAMS

EL PASO, TX 79901

DAVID CHOWAIKI
301 WILLIAMS

EL PASO, TX 79901

**Listing Of Defendant Names:**

ARMANDO ARMENDARIZ
11316 LINDENWOOD AVENUE

EL PASO, TX 79936

YVETTE ARMENDARIZ
11316 LINDENWOOD AVENUE

EL PASO, TX 79936

HECTOR ARMENDARIZ
14201 DESERT SAGE

HORIZON CITY, TX 79928

## CERTIFICATE OF SERVICE

I, __Michael Samaniego__, certify that I am, and at all times during the
    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __May 24, 2012__ by:
  (date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

    Hector Armendariz
    by and through Sidney J. Diamond
                   3800 N. Mesa, Suite B-3
                   El Paso, Texas 79902

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

5/24/12
Date

_[signature]_
Signature

| Print Name | Michael Samaniego | | |
|---|---|---|---|
| Business Address | 609 Montana Avenue | | |
| City | El Paso | State TX | Zip 79902 |