IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>DHC REALTY, LLC.,<br><br>Debtor. | CASE NO. 11-30977<br><br>CHAPTER 11 |
| DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ and HECTOR ARMANDARIZ,<br><br>Defendants. | Adv. Proc. No: 12-03012 |

### DEFENDANTS ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ AND HECTOR ARMENDARIZ'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes Armando Armendariz, Yvette Armendariz and Hector Armendariz, Defendants in the above entitled and numbered Adversary Proceeding, by and through Sidney J. Diamond of Diamond Law, one of their attorneys of record and files this Motion to Enlarge Time Within Which to File a Responsive Pleading or Otherwise Plead to Plaintiffs' Original Complaint and would respectfully show the Court the following:

**DEFENDANTS MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A
RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL
PETITION, Page - 1**

1. That the time for Defendants to file a responsive pleading or otherwise plead to Plaintiffs' Original Complaint will expire on June 22, 2012. That the Defendants seek an extension of time of two weeks until July 6, 2012 to prepare and file their responsive pleading or otherwise plead to Plaintiffs' Original Petition

2. That the Defendants are unable to prepare and file a responsive pleading or otherwise plead to Plaintiffs' Original Complaint within the prescribed time, and require additional time to prepare such pleading. Chris Johnston is lead counsel in this adversary proceeding. Mr. Johnston is on vacation, out of the country, and will not return to El Paso until June 26, 2012. Mr. Johnston filed a certificate of vacation as required by State Court local rules, a copy of which is attached as Exhibit "A". Mr. Johnston left for vacation on June 14, 2012 and will return on June 26, 2012. Co-counsel has no authority to file a responsive pleading or otherwise plead without Mr. Johnston's consent. Mr. Johnston was working on the pleading to be filed in this case when he left on vacation. The Complaint filed in this case is lengthy, complex and contains numerous accusations of wrongdoing and numerous counts against the Defendants. Mr. Johnston was unable to complete the responsive pleadings before he left on vacation.

3. This Motion for Extension of Time to file a responsive pleading is not filed for purpose of delay but for justice to be served. Just cause exists for the enlargement of time as this case is in the beginning stages and no possible harm can be done to Plaintiff for the two-week extension as requested.

4. Defendants' counsel has conferred with Plaintiffs' counsel, Corey Haugland concerning this extension and Mr. Haugland does not consent to the extension.

**WHEREFORE, THE DEFENDANTS PRAY:**

1. That his Motion to Enlarge Time Within Which To File a Responsive Pleading or Otherwise Plead to Plaintiffs' Original Petition until July 6, 2012, be in all things Granted; and,

**DEFENDANTS MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL PETITION, Page - 2**

2. For such other and further relief as the Defendants may show themselves to be justly entitled.

**DATED:** June 20, 2012.

Respectfully submitted,

DIAMOND LAW,

___/s/ Sidney J. Diamond___
By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite B-3
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on June 19, 2012, a true and correct copy of the foregoing Motion to Enlarge Time Within Which to File a Responsive Pleading or Otherwise Plead to Plaintiffs' Original Complaint was served by depositing the same in the United States Mail, properly addressed and postage prepaid or via any electronic means as listed on the Court's ECF noticing system to the following parties:

**THE DEBTOR/DEFENDANT:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEFENDANT'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770

___/s/Sidney J. Diamond___
Sidney J. Diamond

**DEFENDANTS MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL PETITION, Page - 3**

## ATTORNEY VACATION CERTIFICATE

PLEASE BE INFORMED THAT THE UNDERSIGNED ATTORNEY WILL BE ON VACATION DURING THE FOLLOWING WEEKS: (NOT TO EXCEED 4 WEEKS DURING THE FISCAL YEAR)

### June 15, 2012 through June 24, 2012

THIS NOTICE IS FILED 60 DAYS PRIOR TO THE BEGINNING OF SUCH VACATION AND IS FOR THE FISCAL YEAR BEGINNING JANUARY, 2012.

SIGNED this __6__ day of __MARCH__, 2012.

Respectfully submitted,

**FIRTH♦JOHNSTON♦MARTINEZ**
415 N. Mesa St., Third Floor
El Paso, Texas 79901
Phone: (915) 532-7500
Facsimile: (915) 544-0469

By: _____
CHRISTOPHER R. JOHNSTON
Texas Bar No.10834200

COPIES TO:

**THE DISTRICT CLERK'S OFFICE KEEPS THE CERTIFICATES IN ONE SEPARATE FILE, SINCE THEY DO NOT KEEP TRACK OF THE COURTS AND ATTORNEYS' SCHEDULES, SO THERE IS NO NEED TO FILE IT WITH THEM.**

BOXES LOCATED AT THE COPY/MAILROOM LOCATED LOWER LEVEL ROOM #109 OF THE COURTHOUSE. PUT COPIES IN EACH OF THE FOLLOWING BOXES:

| | |
|---|---|
| CC1-BOX 13 | 205TH-BOX 24 |
| CC2-BOX 14 | 210TH-BOX 25 |
| CC3-BOX 15 | 243RD-BOX 26 |
| CC4-BOX 16 | 327TH-BOX 27 |
| CC5-BOX 17 | 346TH-BOX 76 |
| CC6-BOX 89 | 383RD-BOX 81 |
| CC7-BOX 77 | 384TH-BOX 82 |
| 34TH-BOX 18 | 388TH-BOX 52 |
| 41ST-BOX 19 | 409TH-BOX 83 |
| 65TH-BOX 20 | COUNCIL OF JUDGES-BOX 3 |
| 120TH-BOX 21 | COUNTY COURT ADM-BOX 12 |
| 168TH-BOX 22 | COURT MASTERS-BOX 60 |
| | 448TH – Box 61 |

**RECEIVED**

MAR 0 6 2012

COUNCIL OF JUDGES