**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 20, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>DHC REALTY, LLC.,<br><br>Debtor. | CASE NO. 11-30977<br><br>CHAPTER 11 |
| DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ and HECTOR ARMANDARIZ,<br><br>Defendants. | Adv. Proc. No: 12-03012 |

**ORDER GRANTING DEFENDANTS ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ AND HECTOR ARMENDARIZ'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL COMPLAINT**

ORDER GRANTING MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL PETITION, Page - 1

On this date came on to be considered Defendants Armando Armendariz, Yvette Armendariz and Hector Armendariz's Motion to Enlarge Time Within Which to File a Responsive Pleading or Otherwise Plead to Plaintiffs' Original Complaint and the Court finding that said Motion is well taken and should be approved. **IT IS THEREFORE,**

**ORDERED** Defendants Armando Armendariz, Yvette Armendariz and Hector Armendariz are granted until July 6, 2012 to file a responsive pleading or otherwise plead to Plaintiffs' Original Complaint.

#####

**The Order Was Prepared and Submitted By:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite B-3**
**El Paso, Texas 79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**