**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 20, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>**DHC REALTY, LLC.,**<br><br>Debtor. | CASE NO. 11-30977<br><br>CHAPTER 11 |
| **DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ and HECTOR ARMANDARIZ,**<br><br>Defendants. | Adv. Proc. No: 12-03012 |

**ORDER GRANTING DEFENDANTS ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ AND HECTOR ARMENDARIZ'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL COMPLAINT**

ORDER GRANTING MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL PETITION, Page - 1

On this date came on to be considered Defendants Armando Armendariz, Yvette Armendariz and Hector Armendariz's Motion to Enlarge Time Within Which to File a Responsive Pleading or Otherwise Plead to Plaintiffs' Original Complaint and the Court finding that said Motion is well taken and should be approved. **IT IS THEREFORE,**

**ORDERED** Defendants Armando Armendariz, Yvette Armendariz and Hector Armendariz are granted until July 6, 2012 to file a responsive pleading or otherwise plead to Plaintiffs' Original Complaint.

#####

**The Order Was Prepared and Submitted By:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite B-3**
**El Paso, Texas 79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**

**ORDER GRANTING MOTION TO ENLARGE TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING OR OTHERWISE PLEAD TO PLAINTIFFS' ORIGINAL PETITION, Page - 2**

```
                        United States Bankruptcy Court
                           Western District of Texas
DHC Realty, LLC,
          Plaintiff                                         Adv. Proc. No. 12-03012-hcm

Armendariz,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-3         User: stephensd          Page 1 of 2          Date Rcvd: Jun 21, 2012
                             Form ID: pdfintp         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jun 21 2012 23:24:05     United States Trustee - EP12,
               U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
                 San Antonio, TX  78295-1539
intp          +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jun 21 2012 23:27:32    Valerie Wenger,
               Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**            **Signature:** *Joseph Speetjens*

```
District/off: 0542-3          User: stephensd          Page 2 of 2          Date Rcvd: Jun 21, 2012
                              Form ID: pdfintp         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2012 at the address(es) listed below:
        Corey W. Haugland   on behalf of Plaintiff  Chowaiki Holdings, LLC chaugland@jghpc.com
        Sidney J. Diamond   on behalf of Defendant Armando Armendariz usbc@sidneydiamond.com
                                                                                                          TOTAL: 2