**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 09, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DHC REALTY, LLC, § | | CASE NO. 11-30977-HCM |
| § | | |
| Debtor § | | |
| § | | (Chapter 11) |
| § | | |
| DHC REALTY, LLC, CHOWAIKI § | | |
| HOLDINGS, LLC, EL PASO DHC § | | |
| ENTERPRISES, LLC, EL PASO DHC § | | |
| ENTERPRISES FAR EAST, LLC, § | | |
| EL PASO DHC ENTERPRISES WEST, LLC§ | | |
| AND DAVID CHOWAIKI, § | | |
| § | | |
| Plaintiffs, § | | ADV. NO. 12-03012-HCM |
| § | | |
| vs. § | | |
| § | | |
| ARMANDO ARMENDARIZ, § | | |
| YVETTE ARMENDARIZ, AND § | | |
| HECTOR ARMENDARIZ, § | | |
| § | | |
| Defendants. § | | |

**ORDER SETTING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**

On July 6, 2012, Armando Armendariz, Yvette Armendariz, and Hector Armendariz ("Defendants") filed their Motion to Dismiss Under FRCP 12(b)(6) or In the Alternative, For More Definite Statement ("Motion") (dkt no. 9) in the above-referenced

1

adversary proceeding. The Court finds that the following Order should be entered setting deadlines regarding the Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED and **NOTICE IS HEREBY GIVEN** AS FOLLOWS:

1. Any party opposing the Motion shall file and serve a Response (including any supporting documents, affidavits, and objections) by July 27, 2012. If no Response is timely filed, the Court may consider the Motion to be unopposed and grant the Motion.

2. Any Reply (including any objections) to the Response shall be filed and served by August 3, 2012.

# # #