**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 09, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DHC REALTY, LLC, § | | CASE NO. 11-30977-HCM |
| § | | |
| Debtor § | | |
| § | | (Chapter 11) |
| § | | |
| DHC REALTY, LLC, CHOWAIKI § | | |
| HOLDINGS, LLC, EL PASO DHC § | | |
| ENTERPRISES, LLC, EL PASO DHC § | | |
| ENTERPRISES FAR EAST, LLC, § | | |
| EL PASO DHC ENTERPRISES WEST, LLC§ | | |
| AND DAVID CHOWAIKI, § | | |
| § | | |
| Plaintiffs, § | | ADV. NO. 12-03012-HCM |
| § | | |
| vs. § | | |
| § | | |
| ARMANDO ARMENDARIZ, § | | |
| YVETTE ARMENDARIZ, AND § | | |
| HECTOR ARMENDARIZ, § | | |
| § | | |
| Defendants. § | | |

**ORDER SETTING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**

On July 6, 2012, Armando Armendariz, Yvette Armendariz, and Hector Armendariz ("Defendants") filed their Motion to Dismiss Under FRCP 12(b)(6) or In the Alternative, For More Definite Statement ("Motion") (dkt no. 9) in the above-referenced

1

adversary proceeding. The Court finds that the following Order should be entered setting deadlines regarding the Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED and **NOTICE IS HEREBY GIVEN** AS FOLLOWS:

1. Any party opposing the Motion shall file and serve a Response (including any supporting documents, affidavits, and objections) by July 27, 2012. If no Response is timely filed, the Court may consider the Motion to be unopposed and grant the Motion.

2. Any Reply (including any objections) to the Response shall be filed and served by August 3, 2012.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3      User: hilliardj      Page 1 of 2      Date Rcvd: Jul 09, 2012
                        Form ID: pdfintp      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2012.
```
dft        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
pla        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
dft        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
dft        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jul 09 2012 23:20:00     United States Trustee - EP12,
             U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
             San Antonio, TX  78295-1539
intp       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jul 09 2012 23:24:10     Valerie Wenger,
             Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**                  **Signature:** _Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj           Page 2 of 2            Date Rcvd: Jul 09, 2012
                              Form ID: pdfintp          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2012 at the address(es) listed below:

```
          Corey W. Haugland    on behalf of Plaintiff  Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond    on behalf of Defendant Armando Armendariz usbc@sidneydiamond.com
                                                                                    TOTAL: 2
```