IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC, | § | Case No.: 11-30977-hcm |
| | § | |
| Debtor, | § | CHAPTER 11 |
| | § | |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, and DAVID CHOWAIKI | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No.: 12-03012-hcm |
| ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, and HECTOR ARMENDARIZ, | § | |
| Defendants. | § | |

## **DEFENDANTS' REPORT OF PARTIES' PLANNING MEETING**

TO THE HONORABLE COURT:

Defendants Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants"), by their undersigned counsel, hereby file this Meet and Confer Report pursuant to the Order Denying Motion to Dismiss and Requiring Answer and Report ("Order"), and respectfully present to the Court as follows:

1. Undersigned counsel certifies that, after consultation with their clients, and counsel for Plaintiffs, the parties to this case have developed the following proposed case management plan. Counsel further certifies that a copy of this report has been forwarded to his clients.

2. Defendants hereby adopt the following from Plaintiffs' Report of Parties' Planning Meeting:

    a. Section "II." entitled "Jurisdiction", including subsections "A." and "B."

    b. Section "V." entitled "Case Management Plan", and each subsection thereof, "A." through "G.", in its entirety.

    c. Section "VI." Entitled "Trial Readiness".

3. The remaining sections of Plaintiffs' Report of Parties' Planning Meeting are not adopted, but objected to, in part, as they were not ordered by the Court pursuant to the Order. For clarification, Defendants plan on filing a counterclaim, and will assert claims for fraud, breach of contract, defamation, tortious interference, and quantum meruit, and recovery of their attorney's fees.

Respectfully submitted,

**FIRTH♦JOHNSTON♦MARTINEZ**
Attorneys for Defendants
415 North Mesa, Suite 300
El Paso, Texas 79901
Phone: (915) 532-7500
Fax: (915) 532-7503

  /s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON
State Bar No. 10834200

**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone: (915) 532-3327
Fax: (915) 532-3355

  /s/ Sidney J. Diamond
SIDNEY J. DIAMOND
State Bar No. 5803000