IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>**DHC REALTY, LLC.,**<br><br>Debtor. | **CASE NO. 11-30977**<br><br>CHAPTER 11 |
| **DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ and HECTOR ARMANDARIZ,**<br><br>Defendants. | Adv. Proc. No: 12-03012 |

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on August 31, 2012, a true and correct copy of the foregoing Defendants' Report of Parties' Planning Meeting, was served by depositing the same in the United States Mail, properly addressed and postage prepaid or via electronic means as listed on the Court's ECF noticing system to the following parties:

**THE DEBTOR:**

DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**

Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770

　　　／s/Sidney J. Diamond　　　
　　　　　Sidney J. Diamond

**CERTIFICATE OF SERVICE, Page - 1**