**Moot as Amended Motion filed.**

## SO ORDERED.

## SIGNED this 09th day of October, 2012.

H Crott

_____

UNITED STATES BAN~~KRUPT~~ . **H. CHRISTOPHER MOTT**
WESTERN DISTRICT OF TEXAS **UNITED STATES BANKRUPTCY JUDGE**
EL PASO DIVISION

_____

IN RE:
DHC REALTY, LLC.,
    Debtor.

DHC REALTY, LLC. CHOWAIKI
HOLDINGS, LLC, EL PASO DHC
ENTERPRISES, LLC., EL PASO DHC
ENTERPRISES FAR EAST, LLC.,EL
PASO DHC ENTERPRISES WEST, LLC.,
AND DAVID CHOWAIKI
    Plaintiffs,

v.

ARMANDO ARMENDARIZ, YVETTE
ARMENDARIZ, AND HECTOR
ARMENDARIZ,
    Defendants,

ARMANDO ARMENDARIZ AND
YVETTE ARMENDARIZ,
    Counter-Plaintiffs,

v.

DHC REALTY, LLC., CHOWAIKI
HOLDINGS, LLC., EL PASO DHC
ENTERPRISES, LLC. EL PASO DHC
ENTERPRISES FAR EAST, LLC., EL
PASO DHC ENTERPRISES WEST, LLC.,
DAVID CHOWAIKI, AND HILEL
CHOWAIKI,
    Counter-Defendants,

Case No: 11-30977

CHAPTER 11

Adversary No. 12-3012

**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ, Page - 1**

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE FILED COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ

On this date came on to be considered the Motion for Leave to File Late Filed

Counterclaim of Defendants Armando Armendariz and Yvette Armendariz and the Court being

of the opinion that said Motion is well taken, will approve said Motion.  **IT IS THEREFORE,**

**ORDERED** that the Defendants/Counter-Plaintiffs' are allowed to late file the

Counterclaim of Defendants Armando Armendariz and Yvette Armendariz.

#####



**The Order Was Prepared and Submitted By:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite B-3**
**El Paso, Texas  79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**

**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ, Page - 2**

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
       Plaintiff

                                                       Adv. Proc. No. 12-03012-hcm

Armendariz,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: stephensd      Page 1 of 2          Date Rcvd: Oct 10, 2012
                           Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Oct 11 2012 00:42:48    United States Trustee - EP12,
          U.S. Trustee's Office,  615 E. Houston, Suite 533,  P.O. Box 1539,
          San Antonio, TX  78295-1539
                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2012**                    **Signature:**      _Joseph Speetjens_

District/off: 0542-3          User: stephensd          Page 2 of 2          Date Rcvd: Oct 10, 2012
                             Form ID: pdfintp          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2012 at the address(es) listed below:
          Corey W. Haugland     on behalf of Plaintiff  Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond     on behalf of Defendant Armando Armendariz usbc@sidneydiamond.com
                                                                                    TOTAL: 2