After considering Motion and Plaintiffs' Response, the Court grants the Motion, provided Defendants may not add any additional parties through such counterclaim. Counterclaim must be filed and served within 7 days of entry of this Order.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2012.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br>DHC REALTY, LLC.,<br>   Debtor. | |
| DHC REALTY, LLC. CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI<br>   Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ,<br>   Defendants, | Case No: 11-30977<br><br>CHAPTER 11 |
| ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ,<br>   Counter-Plaintiffs,<br><br>v.<br><br>DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., DAVID CHOWAIKI, AND HILEL CHOWAIKI,<br>   Counter-Defendants, | Adversary No. 12-3012 |

**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ, Page - 1**

# **ORDER GRANTING MOTION FOR LEAVE TO FILE LATE FILED COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ**

On this date came on to be considered the Motion for Leave to File Late Filed Counterclaim of Defendants Armando Armendariz and Yvette Armendariz and the Court being of the opinion that said Motion is well taken, will approve said Motion. **IT IS THEREFORE, ORDERED** that the Defendants/Counter-Plaintiffs' are allowed to late file the Counterclaim of Defendants Armando Armendariz and Yvette Armendariz.

#####

**The Order Was Prepared and Submitted By:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite B-3**
**El Paso, Texas 79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**