After considering Motion and Plaintiffs' Response, the Court grants the Motion, provided Defendants may not add any additional parties through such counterclaim. Counterclaim must be filed and served within 7 days of entry of this Order.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2012.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br>DHC REALTY, LLC.,<br>    Debtor. | |
| DHC REALTY, LLC. CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC.,EL PASO DHC ENTERPRISES WEST, LLC., AND DAVID CHOWAIKI<br>    Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ,<br>    Defendants, | Case No: 11-30977<br><br>CHAPTER 11 |
| ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ,<br>    Counter-Plaintiffs,<br><br>v.<br><br>DHC REALTY, LLC., CHOWAIKI HOLDINGS, LLC., EL PASO DHC ENTERPRISES, LLC., EL PASO DHC ENTERPRISES FAR EAST, LLC., EL PASO DHC ENTERPRISES WEST, LLC., DAVID CHOWAIKI, AND HILEL CHOWAIKI,<br>    Counter-Defendants, | Adversary No. 12-3012 |

**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ, Page - 1**

**ORDER GRANTING MOTION FOR LEAVE TO FILE LATE FILED COUNTERCLAIM OF DEFENDANTS ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ**

On this date came on to be considered the Motion for Leave to File Late Filed Counterclaim of Defendants Armando Armendariz and Yvette Armendariz and the Court being of the opinion that said Motion is well taken, will approve said Motion. **IT IS THEREFORE, ORDERED** that the Defendants/Counter-Plaintiffs' are allowed to late file the Counterclaim of Defendants Armando Armendariz and Yvette Armendariz.

#####

**The Order Was Prepared and Submitted By:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite B-3**
**El Paso, Texas 79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Oct 22, 2012
                   Form ID: pdfintp    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2012.
```
dft        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
pla        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
dft        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
dft        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Oct 23 2012 00:28:28     United States Trustee - EP12,
             U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
             San Antonio, TX  78295-1539
intp       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Oct 23 2012 00:30:05    Valerie Wenger,
             Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj           Page 2 of 2            Date Rcvd: Oct 22, 2012
                              Form ID: pdfintp          Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2012 at the address(es) listed below:
              Corey W. Haugland    on behalf of Plaintiff  Chowaiki Holdings, LLC chaugland@jghpc.com
              Sidney J. Diamond    on behalf of Defendant Armando Armendariz usbc@sidneydiamond.com
                                                                                             TOTAL: 2
```