IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC, | § | Case No.11-30977-HCM |
| | § | |
| Debtor. | § | |
| ——————————————— | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, and DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 12-03012-HCM |
| | § | |
| ARMANDO ARMENDARIZ, | § | |
| YVETTE ARMENDARIZ, and | § | |
| HECTOR ARMENDARIZ, | § | |
| | § | |
| Defendants. | § | |

## REPORT ON EARLY SETTLEMENT CONFERENCE

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Come now, Plaintiffs and Defendants, by and through their attorneys of record, and file this

their Report on Early Settlement Conference, and would show the Court the following:

1.     On October 31, 2012, Corey W. Haugland, David Chowaiki and Helil Chowaiki on behalf

of the Plaintiffs and Sidney J. Diamond, Christopher R. Johnston, Armando Armendariz

and Yvette Armendariz on behalf of the Defendants met in the offices of Diamond Law.

Settlement proposals were exchanged after short presentations. Counsel for the parties

423954

engaged in some follow-up discussion and agreed to keep the lines of communication open.

Although the case did not settle, the parties agreed to revisit the issue after initial paper

discovery is concluded.

Respectfully submitted,

JAMES & HAUGLAND, P.C.
609 Montana Avenue
El Paso, Texas 79902
Phone: 915-532-3911
FAX: (915) 541-6440

By: _____
    Corey W. Haugland
    State Bar No. 09234200
    Attorney for Plaintiffs

FIRTH JOHNSTON MARTINEZ
415 North Mesa, Third Floor
El Paso, Texas 79902
Phone: 915-532-7500
FAX: 915-532-7503

By: /s/ Christopher R. Johnston
    Christopher R. Johnston
    State Bar No. 10834200
    Attorney for Defendants

DIAMOND LAW
3800 North Mesa, Suite B-3
El Paso, Texas 79902
Phone: 915-532-3327
FAX: 915-532-3355

By: /s/ Sidney J. Diamond
    Sidney J. Diamond
    State Bar No. 05803000
    Attorney for Defendants

423954