

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 13, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| DHC REALTY, LLC. | § § | Case No. 11-30977-hcm<br>Chapter 11 |
| Debtor. | § | |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC AND DAVID CHOWAIKI, | § § § § § § § | |
| Plaintiffs and Counter-Defendants, | § § | |
| v. | § § | Adversary No. 12-03012-hcm |
| ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ | § § § § | |
| Defendants and Counter-Plaintiffs. | § | |

**ORDER SETTING DEADLINES REGARDING COUNTER-DEFENDANTS'
PARTIAL MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE CLAIM**

On November 12, 2012, a Partial Motion to Dismiss Counterclaim for Failure to

1

State Claim was filed by the Counter-Defendants in the above referenced adversary proceeding ("Partial Motion to Dismiss") (dkt no. 31). The Court finds that that the following Order should be entered.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED AND **NOTICE IS HEREBY GIVEN AS FOLLOWS**:

1. A Response to the Partial Motion to Dismiss shall be filed and served by Counter-Plaintiffs by November 30, 2012. In the event a Response is not timely filed, the Court may consider granting the Partial Motion to Dismiss without further notice and hearing.

2. Any Reply by Counter-Defendants to the Response shall be filed and served by December 7, 2012.

# # #