**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 13, 2012.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DHC REALTY, LLC. | § | Case No. 11-30977-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

_____

| | | |
|---|---|---|
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC AND DAVID CHOWAIKI, | § § § § § § § | |
| Plaintiffs and Counter-Defendants, | § § | |
| v. | § § | Adversary No. 12-03012-hcm |
| ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ | § § § § | |
| Defendants and Counter-Plaintiffs. | § | |

**ORDER SETTING DEADLINES REGARDING COUNTER-DEFENDANTS'**
**PARTIAL MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE CLAIM**

On November 12, 2012, a Partial Motion to Dismiss Counterclaim for Failure to

1

State Claim was filed by the Counter-Defendants in the above referenced adversary proceeding ("Partial Motion to Dismiss") (dkt no. 31). The Court finds that that the following Order should be entered.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED AND **NOTICE IS HEREBY GIVEN AS FOLLOWS**:

1. A Response to the Partial Motion to Dismiss shall be filed and served by Counter-Plaintiffs by November 30, 2012. In the event a Response is not timely filed, the Court may consider granting the Partial Motion to Dismiss without further notice and hearing.

2. Any Reply by Counter-Defendants to the Response shall be filed and served by December 7, 2012.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Nov 14, 2012
                        Form ID: pdfintp     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2012.
```
dft        +Armando Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
pla        +Chowaiki Holdings, LLC,   301 Williams,   El Paso, TX 79901-1813
pla        +DHC Realty, LLC,   301 Williams,   El Paso, TX 79901-1813
pla        +David Chowaiki,   301 Williams,   El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises Far East, LLC,   301 Williams,   El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises West, LLC,   301 Williams,   El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises, LLC,   301 Williams,   El Paso, TX 79901-1813
dft        +Hector Armendariz,   14201 Desert Sage,   Horizon City, TX 79928-6446
dft        +Yvette Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Nov 15 2012 01:35:22     United States Trustee - EP12,
              U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
              San Antonio, TX  78295-1539
intp       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Nov 15 2012 01:39:29     Valerie Wenger,
              Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*        +Armando Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
cd*        +Chowaiki Holdings, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*        +DHC Realty, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*        +David Chowaiki,   301 Williams,   El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises Far East, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises West, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises, LLC,   301 Williams,   El Paso, TX 79901-1813
cc*        +Hector Armendariz,   14201 Desert Sage,   Horizon City, TX 79928-6446
cc*        +Yvette Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
                                                                             TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj            Page 2 of 2           Date Rcvd: Nov 14, 2012
                              Form ID: pdfintp           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2012 at the address(es) listed below:
              Corey W. Haugland    on behalf of Counter Defendant  Chowaiki Holdings, LLC chaugland@jghpc.com
              Sidney J. Diamond    on behalf of Defendant Armando Armendariz usbc@sidneydiamond.com
                                                                                            TOTAL: 2