IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re:<br><br>DHC REALTY, LLC,<br><br>  Debtor, | § § § § § § | Case No.: 11-30977-hcm |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, and DAVID CHOWAIKI<br><br>  Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, and HECTOR ARMENDARIZ,<br><br>  Defendants. | § § § § § § § § § § § § § § § § § | Adversary No.: 12-03012-hcm |
| ARMANDO ARMENDARIZ and YVETTE ARMENDARIZ<br><br>  Counterclaimants<br><br>v.<br><br>DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, DAVID CHOWAIKI, and HILEL CHOWAIKI<br><br>  Counterdefendants | § § § § § § § § § § § § § § § § § | |

Defendants' Initial Experts Disclosure

Page 1

## DEFENDANTS' INITIAL EXPERTS DISCLOSURE

TO THE HONORABLE COURT:

Defendants Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants"), by their undersigned counsel, file the following Initial Experts Disclosure, as per the Court's Scheduling Order of September 6, 2012:

1. The only experts currently designated by Defendants are the undersigned counsel, Christopher R. Johnston, and his partner, Antonio Martinez, Jr., and Sidney J. Diamond, as experts on the subject of attorney fees. Their information is as follows:

Christopher R. Johnston
Antonio Martinez, Jr.
Firth Johnston Martinez
415 N. Mesa, Third Floor, El Paso, Texas 79901
Phone: (915) 532-7500

Sidney J. Diamond
Diamond Law
3800 N Mesa, Suite B-3, El Paso TX 79902
Phone: (915) 532-3327

2. Mr. Johnston, Mr. Martinez, and Mr. Diamond are expected to testify as to the necessary and reasonable attorney's fees incurred in this matter based on their experience and qualifications as attorneys.

3. Mr. Johnston, Mr. Martinez, and Mr. Diamond's mental impressions and opinions are that the attorney fees incurred by Defendants are considered reasonable and necessary for the type of case that is involved in this lawsuit. Mr. Johnston, Mr. Martinez, and Mr. Diamond's mental impressions and opinions are based upon their firms' time and expense records related to this lawsuit.

4. No other experts have been designated at this time, however additional experts may be designated to contradict or rebut any experts designated by Plaintiffs.

Respectfully submitted,

**FIRTH♦JOHNSTON♦MARTINEZ**
Attorneys for Defendants
415 North Mesa, Suite 300
El Paso, Texas 79901
Phone: (915) 532-7500
Fax:    (915) 532-7503

　/s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON
State Bar No. 10834200

**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone: (915) 532-3327
Fax:    (915) 532-3355

　/s/ Sidney J. Diamond
SIDNEY J. DIAMOND
State Bar No. 5803000

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on November 30, 2012, a true and correct copy of the foregoing Defendants' Initial Experts Disclosure, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770

　/s/ Sidney J. Diamond