IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DHC REALTY, LLC, | § § § | Case No.11-30977-HCM |
| Debtor. | § § § | |
| | § § | |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, and DAVID CHOWAIKI, | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 12-03012-HCM |
| ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, and HECTOR ARMENDARIZ, | § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' DAMAGES ANALYSIS

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Comes now, CHOWAIKI HOLDINGS, LLC, et al., Plaintiffs herein, and file this initial Damages Analysis in conformity with the Court"s Scheduling Order entered on September 6, 2012, and would respectfully show the following:

1. Pursuant to the various claims asserted by Plaintiffs, Defendants are liable to Plaintiffs for $702,312.00 in actual damages. Plaintiffs' expert, Douglas A. Little, C.P.A., C.V.A. has prepared a twenty page report identifying the various elements of Plaintiffs' damages. A Summary of Economic Losses is included as Exhibit 7 of that report and is attached hereto and incorporated herein by reference.

2. Plaintiffs seek exemplary damages against Defendants in an amount equal to one to three times the amount of the actual damages, as the Court deems appropriate.

3. Plaintiffs seek recovery for pre-judgment interest and post-judgment interest at the highest rates allowed under applicable law.

4. Plaintiffs seek recovery of their attorneys fees and costs through entry of judgment and for any subsequent appeals by Defendants from that judgment. Currently, Plaintiffs estimate that their attorneys fees and costs through entry of judgment will be $125,000.00. Contingent awards of fees are sought at each level for any appeal. The specific amounts sought for each level of appeal and the hourly rates of the attorneys involved in this litigation are set forth in the Report of Corey W. Haugland which is being provided to Defendants' counsel contemporaneously with the filing of this pleading.

**SIGNED** this 30th day of November, 2012.

Respectfully submitted,

JAMES & HAUGLAND, P.C.
P.O. Box 1770
El Paso, Texas 79949-1770
Phone: 915-532-3911
FAX: (915) 541-6440

By: _____
Corey W. Haugland
State Bar No. 09234200
Jamie T. Wall
State Bar No. 24028200
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Corey W. Haugland, hereby certify that on the 30th day of November, 2012, I electronically filed the foregoing Plaintiffs' Damages Analysis with the Clerk of the Court using the CM/ECF System, which will give notice of the filing of this instrument to:

Christopher R. Johnston
Firth ♦ Johnston ♦ Martinez
415 N. Mesa, Suite 300
El Paso, Texas 79901

Sidney J. Diamond
3800 N. Mesa, Suite B-2
El Paso, Texas 79902

_____
Corey W. Haugland

EXHIBIT 7 — Summary of Economic Losses

**Gateway East Location**

| | 3/31/2012 | 12/31/2011 | 12/31/2010 | 12/31/2009 | 12/31/2008 | Total |
|---|---|---|---|---|---|---|
| Cost of Sales | 527 | 39,612 | 57,993 | (24,486) | 8,978 | 82,624 |
| Sales Discounts | 507 | 24,007 | 51,806 | - | 8,520 | 84,840 |
| Management Labor & Benefits | - | - | - | - | - | - |
| Vending Income | 2,639 | 12,707 | 19,688 | - | - | 35,034 |
| Total Economic Damages | 3,673 | 76,326 | 129,487 | (24,486) | 17,498 | 202,498 |

**N. Desert Location**

| | 3/31/2012 | 12/31/2011 | 12/31/2010 | 12/31/2009 | 12/31/2008 | Total |
|---|---|---|---|---|---|---|
| Cost of Sales | - | 5,153 | 42,097 | 34,674 | (969) | 19,210 | 100,165 |
| Sales Discounts | - | (0) | 14,282 | 17,662 | - | - | 31,943 |
| Management Labor & Benefits | - | - | - | - | - | - | - |
| Vending Income | | (153) | 5,848 | 23,299 | 0 | - | 28,995 |
| Total Economic Damages | - | 5,000 | 62,228 | 75,635 | (969) | 19,210 | 161,103 |

**Zaragosa Location**

| | 3/31/2012 | 12/31/2011 | 12/31/2010 | 12/31/2009 | 12/31/2008 | Total |
|---|---|---|---|---|---|---|
| Cost of Sales | 10,665 | 27,559 | 28,961 | 8,944 | 11,083 | 87,212 |
| Sales Discounts | 1,593 | 39,474 | 77,749 | 94,650 | 37,087 | 250,553 |
| Management Labor & Benefits* | 10,362 | 8,189 | - | - | - | 18,551 |
| Vending Income | 4,309 | 13,031 | 19,577 | - | - | 36,918 |
| Total Economic Damages | 26,930 | 88,254 | 126,287 | 103,594 | 48,170 | 393,234 |

**Total All Locations**

| | 3/31/2012 | 12/31/2011 | 12/31/2010 | 12/31/2009 | 12/31/2008 | Total |
|---|---|---|---|---|---|---|
| Sales Discounts | 2,100 | 77,763 | 147,216 | 94,650 | 45,607 | 367,336 |
| Cost of Sales | 16,345 | 109,269 | 121,628 | (16,511) | 39,271 | 270,001 |
| Management Labor & Benefits | 10,362 | 8,189 | - | - | - | 18,551 |
| Vending Income | 7,429 | 28,773 | 10,221 | - | - | 46,423 |
| Total Economic Damages | 36,236 | 223,993 | 279,065 | 78,139 | 84,878 | 702,312 |

*Includes Payroll through Termination Date in May 2012

EXHIBIT 7