# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 11–30977–hcm
Chapter No.: 11

IN RE: **DHC Realty, LLC**, Debtor(s)

Adversary Proceeding No.: 12–03012–hcm
Judge: H. Christopher Mott

**DHC Realty, LLC et al.**
Plaintiff

v.

**Armando Armendariz et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

on   **2/13/13 at   10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 31 Motion to Dismiss Case Filed by Corey W. Haugland for Counter Defendants David Chowaiki, Chowaiki Holdings, LLC, DHC Realty, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, El Paso DHC Enterprises, LLC.) Hearing Scheduled For 2/13/2013 at 10:00 AM at El Paso Courtroom 1 (Farrar, Ronda)

Dated: 12/18/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]