# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 11–30977–hcm
Chapter No.: 11

IN RE: **DHC Realty, LLC** , Debtor(s)

Adversary Proceeding No.: 12–03012–hcm

Judge: H. Christopher Mott

**DHC Realty, LLC et al.**
Plaintiff

v.

**Armando Armendariz et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

    on    **2/13/13 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 31 Motion to Dismiss Case Filed by Corey W. Haugland for Counter Defendants David Chowaiki, Chowaiki Holdings, LLC, DHC Realty, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, El Paso DHC Enterprises, LLC.) Hearing Scheduled For 2/13/2013 at 10:00 AM at El Paso Courtroom 1 (Farrar, Ronda)

Dated: 12/18/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: Farrarr     Page 1 of 2     Date Rcvd: Dec 18, 2012
                      Form ID: 137     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2012.
```
dft         +Armando Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
pla         +Chowaiki Holdings, LLC,   301 Williams,   El Paso, TX 79901-1813
pla         +DHC Realty, LLC,   301 Williams,   El Paso, TX 79901-1813
pla         +David Chowaiki,   301 Williams,   El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises Far East, LLC,   301 Williams,   El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises West, LLC,   301 Williams,   El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises, LLC,   301 Williams,   El Paso, TX 79901-1813
dft         +Hector Armendariz,   14201 Desert Sage,   Horizon City, TX 79928-6446
dft         +Yvette Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
intp        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Dec 19 2012 03:15:58     Valerie Wenger,
              Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*         +Armando Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
cd*         +Chowaiki Holdings, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*         +DHC Realty, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*         +David Chowaiki,   301 Williams,   El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises Far East, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises West, LLC,   301 Williams,   El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises, LLC,   301 Williams,   El Paso, TX 79901-1813
cc*         +Hector Armendariz,   14201 Desert Sage,   Horizon City, TX 79928-6446
cc*         +Yvette Armendariz,   11316 Lindenwood Avenue,   El Paso, TX 79936-2414
                                                                               TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: Farrarr              Page 2 of 2              Date Rcvd: Dec 18, 2012
                              Form ID: 137               Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2012 at the address(es) listed below:

        Corey W. Haugland    on behalf of Counter Defendant   Chowaiki Holdings, LLC chaugland@jghpc.com
        Sidney J. Diamond    on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com
                                                                                                                         TOTAL: 2