**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC, | § | Case No.:  11-30977-hcm |
| | § | |
| Debtor, | § | |
| | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, and DAVID CHOWAIKI | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No.:  12-03012-hcm |
| | § | |
| ARMANDO ARMENDARIZ, | § | |
| YVETTE ARMENDARIZ, and | § | |
| HECTOR ARMENDARIZ, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| ARMANDO ARMENDARIZ and | § | |
| YVETTE ARMENDARIZ | § | |
| | § | |
| Counterclaimants | § | |
| | § | |
| v. | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, DAVID CHOWAIKI, and | § | |
| HILEL CHOWAIKI | § | |
| | § | |
| Counterdefendants | § | |

---

Defendants' Initial Experts Disclosure

## DEFENDANTS' DISCLOSURE OF REBUTTAL EXPERT

TO THE HONORABLE COURT:

Defendants Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants"), by their undersigned counsel, file the following Disclosure of Rebuttal Expert, as per the Court's Scheduling Order of September 6, 2012:

1.      The only rebuttal expert currently designated by Defendants is Matt C. Kerr, CPA as follows:

> Matt C. Kerr, CPA
> Lauterbach, Borschow, & Company
> 4130 Rio Bravo Dr., Suite B
> El Paso, Texas 79902
> (915) 544-6950

2.      Mr. Kerr is a CPA who is an expert in real estate and small business, including restaurants, taxation compliance, and consulting, and is expected to testify as a rebuttal expert to Plaintiffs' designated expert, Douglas A. Little, C.P.A. C.V.A. Mr. Kerr has reviewed the expert report prepared by Mr. Douglas Little and prepared the attached rebuttal expert report (Exhibit 1).

3.      No other rebuttal experts have been designated at this time, however additional rebuttal experts may be designated to contradict or rebut any experts designated by Plaintiffs.

> Respectfully submitted,
>
> **FIRTH♦JOHNSTON♦MARTINEZ**
> Attorneys for Defendants
> 415 North Mesa, Suite 300
> El Paso, Texas 79901
> Phone: (915) 532-7500
> Fax:    (915) 532-7503
>
> /s/ Christopher R. Johnston
> CHRISTOPHER R. JOHNSTON
> State Bar No. 10834200

**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone:  (915) 532-3327
Fax:     (915) 532-3355

_/s/ Sidney J. Diamond_
SIDNEY J. DIAMOND
State Bar No. 5803000

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on December 31, 2012, a true and correct copy of the foregoing Defendants' Disclosure of Rebuttal Expert, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770