08303751
441 ②

Doc# 20080085506

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## SPECIAL WARRANTY DEED

THE STATE OF TEXAS )

COUNTY OF EL PASO )

KNOW ALL MEN BY THESE PRESENTS:

THAT YVETTE ARMENDARIZ F/K/A YVETTE GUERRERO (hereinafter called "Grantors"), of the County of El Paso and State of Texas, for and in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration in hand paid by ARMANDO ARMENDARIZ AND YVETTE G. ARMENDARIZ (hereinafter called "Grantees", whether one or more persons) whose address is _11876 Crimson Sky El Paso, TX 79936_ the receipt of which is hereby acknowledged, have Granted, Sold, and Conveyed, and by these presents do Grant, Sell and Convey unto the said Grantees, the following described lot, tract or parcel of land, to-wit (hereinafter sometimes referred to as the "Property"):

> Lot 31, Block 54, of VISTA REAL UNIT FIVE, an addition to the City of
> El Paso, El Paso County, Texas, according to the Plat thereof recorded in
> Volume 74, Pages 24 and 24A, Plat Records of El Paso County, Texas;

subject to all matters of record, all easements, covenants, reservations and restrictions of record or running with the land, and subject to all oil, gas, water and other mineral reservations, or prior conveyances thereof, of record or running with the land; and to rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements, and to taxes for the current year, the payment of which Grantees assume, and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, relating to the hereinabove described Property.

TO HAVE AND TO HOLD the above described Property and premises, together with all and singular, the rights and appurtenances thereto in anywise belonging unto the said Grantees, their heirs, executors, administrators, successors and/or assigns forever, and we do hereby bind ourselves, our heirs, executors, administrators, successors and/or assigns to Warrant and Forever Defend, all and singular the said Property and premises unto the said Grantees, their heirs, executors, administrators, successors and/or assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty, when the claim is by, through or under Grantors, but not otherwise.

**EXHIBIT**

_P-4_

tabbies®

Executed this _17th_ day of OCTOBER, 2008.

_Yvette A Armendariz_
YVETTE ARMENDARIZ F/K/A YVETTE
GUERRERO

THE STATE OF TEXAS )

COUNTY OF EL PASO )

BEFORE ME, _the notary public_ , on this day personally
appeared YVETTE ARMENDARIZ F/K/A YVETTE GUERRERO, known to me (or proved to me
on the oath of _____ or through _TX DL_ )
to be the person whose name is/are subscribed to the foregoing instrument and acknowledged to me
that he/she/they executed the same for the purposes and consideration therein expressed.
GIVEN UNDER MY HAND AND SEAL OF OFFICE, this _17th_ day of OCTOBER, 2008.

EVELYN SIMS
NOTARY PUBLIC
In and for the State of Texas
My commission expires
February 27, 2012

NOTARY PUBLIC in and for the
State of Texas
My Commission Expires:_____

Prepared by
Anderson Anderson Bright & Crout P.C.
Steven E. Anderson\William B. Crout
1533 Lee Trevino #205
El Paso, Texas 79936
Telephone No. 595-1380\592-8977
Requested by: Lone Star Title - East

Return to:
ARMANDO ARMENDARIZ
_11876 Crimson Sky_
EL PASO, TEXAS 799_36_

Doc# 200800085506
#Pages 2   #Pages 1
10/22/2008 03:18 PM
Filed & Recorded in
Official Records of
EL PASO COUNTY
DELIA BRIONES
COUNTY CLERK
Fees $28.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.

EL PASO COUNTY, TEXAS