**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 22, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, AND DAVID CHOWAIKI, | § § § § § § § | Adversary No. 12-03012-hcm |
| Plaintiffs, | § | |
| v. | § | |
| ARMANDO ARMENDARIZ YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ, | § § § | |
| Defendants. | § § | |

**ORDER SETTING RESPONSE DEADLINE AND HEARING
ON DEFENDANTS' REQUESTS FOR DISMISSAL OF ALL CLAIMS**

On January 21, 2013, Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants") filed three separate Requests For Dismissal of All Claims Per Court Order of August 6, 2012 ("Requests for Dismissal") (dkt nos. 44, 45, and 46). The Requests, although filed separately, appear to be the identical

1

pleading filed three separate times. The Court finds that the following Order should be entered and hearing set with respect to the Requests.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. By February 5, 2013, Plaintiffs shall file a Response to Defendants' Requests for Dismissal (dkt nos. 44, 45, and 46). Plaintiffs may file one Response to all three Requests for Dismissal filed by Defendants.

2. A hearing on Defendants' Requests for Dismissal is hereby set for February 13, 2013 at 10:00 am (MT), in the United States Bankruptcy Court, 8515 Lockheed, El Paso, Texas.

3. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #