

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 23, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, AND DAVID CHOWAIKI, | § § § § § § § | Adversary No. 12-03012-hcm |
| Plaintiffs, | § | |
| v. | § § | |
| ARMANDO ARMENDARIZ YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ, | § § § | |
| Defendants. | § | |

**ORDER SETTING RESPONSE DEADLINE AND HEARING
ON PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY**

On January 22, 2013, DHC Realty, LLC and other plaintiffs ("Plaintiffs") filed a Motion to Compel and For Sanctions Against Defendant Armando Armendariz (dkt no. 47), a Motion to Compel and For Sanctions against Defendant Yvette Armendariz (dkt no. 48), and a Motion to Compel and For Sanctions against Defendant Hector

1

Armendariz (dkt no. 49) (collectively "Motions to Compel"). The Court finds that the following Order should be entered and hearing set with respect to the Motions to Compel.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. By February 5, 2013, Defendants shall file a Response to the Motions to Compel (dkt nos. 47, 48, and 49).

2. A hearing on the Motions to Compel is hereby set for February 13, 2013 at 10:00 am (MT), in the United States Bankruptcy Court, 8515 Lockheed, El Paso, Texas.

3. Prior to the hearing, counsel for Plaintiffs and Defendants shall meet and confer and attempt to resolve the Motions to Compel.

4. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #