**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 22, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | Adversary No. 12-03012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
| Defendants. | § | |

**ORDER SETTING RESPONSE DEADLINE AND HEARING
ON DEFENDANTS' REQUESTS FOR DISMISSAL OF ALL CLAIMS**

On January 21, 2013, Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants") filed three separate Requests For Dismissal of All Claims Per Court Order of August 6, 2012 ("Requests for Dismissal") (dkt nos. 44, 45, and 46). The Requests, although filed separately, appear to be the identical

1

pleading filed three separate times. The Court finds that the following Order should be entered and hearing set with respect to the Requests.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. By February 5, 2013, Plaintiffs shall file a Response to Defendants' Requests for Dismissal (dkt nos. 44, 45, and 46). Plaintiffs may file one Response to all three Requests for Dismissal filed by Defendants.

2. A hearing on Defendants' Requests for Dismissal is hereby set for February 13, 2013 at 10:00 am (MT), in the United States Bankruptcy Court, 8515 Lockheed, El Paso, Texas.

3. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
       Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Jan 23, 2013
                      Form ID: pdfintp    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jan 24 2013 01:54:48      United States Trustee - EP12,
         U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
         San Antonio, TX  78295-1539
intp        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jan 24 2013 03:08:23      Valerie Wenger,
         Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                                                                                                                                                     TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2013**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj          Page 2 of 2              Date Rcvd: Jan 23, 2013
                              Form ID: pdfintp         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2013 at the address(es) listed below:
          Christopher Robert Johnston   on behalf of Defendant Armando Armendariz cjohnston@f-jlaw.com, mwoods@f-jlaw.com
          Corey W. Haugland   on behalf of Counter Defendant Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond   on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com
          TOTAL: 3