**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 23, 2013.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | Adversary No. 12-03012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
| Defendants. | § | |

**ORDER SETTING RESPONSE DEADLINE AND HEARING
ON PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY**

On January 22, 2013, DHC Realty, LLC and other plaintiffs ("Plaintiffs") filed a Motion to Compel and For Sanctions Against Defendant Armando Armendariz (dkt no. 47), a Motion to Compel and For Sanctions against Defendant Yvette Armendariz (dkt no. 48), and a Motion to Compel and For Sanctions against Defendant Hector

Armendariz (dkt no. 49) (collectively "Motions to Compel"). The Court finds that the following Order should be entered and hearing set with respect to the Motions to Compel.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. By February 5, 2013, Defendants shall file a Response to the Motions to Compel (dkt nos. 47, 48, and 49).

2. A hearing on the Motions to Compel is hereby set for February 13, 2013 at 10:00 am (MT), in the United States Bankruptcy Court, 8515 Lockheed, El Paso, Texas.

3. Prior to the hearing, counsel for Plaintiffs and Defendants shall meet and confer and attempt to resolve the Motions to Compel.

4. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Jan 23, 2013
                      Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jan 24 2013 01:54:47      United States Trustee - EP12,
         U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
         San Antonio, TX   78295-1539
intp        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jan 24 2013 02:53:20      Valerie Wenger,
         Office of the U.S. Trustee,    903 San Jacinto Blvd., Suite 230,    Austin, TX 78701-2450
                                                                                                                                                                                                                              TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2013**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj           Page 2 of 2            Date Rcvd: Jan 23, 2013
                              Form ID: pdfintp          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2013 at the address(es) listed below:
          Christopher Robert Johnston   on behalf of Defendant Armando Armendariz cjohnston@f-jlaw.com, mwoods@f-jlaw.com
          Corey W. Haugland   on behalf of Counter Defendant  Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond   on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com
          TOTAL: 3