# Exhibit 1

# FIRTH♦JOHNSTON♦MARTINEZ

## A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

**VICTOR M. FIRTH**
Member: Texas and Oklahoma Bars

**CHRISTOPHER R. JOHNSTON**[†]
Member: Texas and New Mexico Bars

**ANTONIO MARTINEZ, JR.**
Member: Texas Bar

**EDWARD DEV. BUNN, JR.**
Member: Texas and New Mexico Bars

**J. CRAWFORD KERR**
Member: Texas Bar
*Of Counsel*
**CRAWFORD S. KERR, JR.**
Member: Texas Bar

[†] Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

November 14, 2012

**VIA FACSIMILE:  (915) 541-6440**
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

     Re:    *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-03012-hcm;* In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

Dear Mr. Haugland:

    I am writing in response to the telephone call I received last week from your associate, Mr. Wall, requesting clarification on various requests for production.  Below is some clarification for the responses you inquired about as well as attached document samples:

| | |
|---|---|
| Request for Production No. 15 c.: | Requests copies of manager payroll checks with stubs; payroll reports, see attached "Management Payroll 12-31-2011" example. |
| Request for Production No. 16: | See attached "Weekly Catering Recap" example. |
| Request for Production No. 21: | All checks that were issued to Army & Air Force Exchange Service (AAFES) with a paid percentage for sales from Dona Ana, McGreggor Range, Fort Bliss, Holloman Base for the stated dates. |

C. Haugland
November 14, 2012
Page 2

| | |
|---|---|
| Request for Production No. 29: | Managers in store monthly, completed inventories for stated date range. See attached inventory spreadsheet example (10 pages). |
| Request for Production No. 38: | See attached payouts "FUDDS 1" example (1 page). |
| Request for Production No. 45: | All questionnaires, reports, and/or documents requested from Luby's Fuddruckers Restaurants, LLC auditing department. |
| Request for Production No. 48: | See attached "PO Catering Outstanding 2010" example. |

In addition to the above, Defendants' discovery was served via Certified U.S. Mail on September 17, 2012. Pursuant to FRCP §§ 33(b)(2), 34(b)(2)(A), and 6(d), Plaintiffs' responses were due no later than October 22, 2012. No attempts were made requesting additional time to respond. I only received a telephone call from Mr. Wall last week regarding the above discovery requests. Please let me know why you have not responded to my clients' discovery requests, and when you intend to serve them.

We are also in the process of preparing Defendants' responses to Plaintiffs' discovery. Many of Plaintiffs' Requests for Production seek Defendants' personal information relating to bank account statements, income tax returns, telephone records, etc. Since these documents contain Defendants' personal information, we will produce only subject to a signed confidentiality agreement. Since I am assuming your client would likewise wish to keep some of their documentation confidential, I propose a mutual confidentiality agreement. If this is agreeable to you, could you please draft a mutual agreement and send it to me for review.

Very truly yours,

FIRTH◆JOHNSTON◆MARTINEZ

Christopher R. Johnston

CRJ:mz



# Management Payroll

# 12-31-2011

## Far East

**Abraham Alfaro**
**Danny Armendariz**
**Hector Armendariz**
**Yvette Armendariz**
**Marie Drake**




## WEEKLY CATERING RECAP

**WEEK ENDING: 08/24/2008**

| CONTRACTED | M | TU | WED | TH | FRI | SAT | SUN | TOTAL |
|---|---|---|---|---|---|---|---|---|
| McGregor | $ N/A | 664 | 950 | N/A | N/A | N/A | | $1,614 |
| DONA ANNA | $ N/A | N/A | N/A | N/A | N/A | N/A | N/A | $0. |
| WHITE SANDS | $ N/A | 532 | N/A | N/A | N/A | N/A | N/A | $532 |
| ADC | $ 198 | 294 | 174 | 264 | 216 | N/A | N/A | $1,146 |

**TOTAL CONTRACTED  $3,292**

| PRIVATE | | | |
|---|---|---|---|
| JESUS  po | TUE | F. EAST | $280 |
| BECKY | TUE | WEST | $480 |
| TERRI  po | TUE | F. EAST | $400 |
| YOLONDA | TUE | F. EAST | $195 |
| PARKER | TUE | F. EAST | $480 |
| STATE FARM | TUE | WEST | $333 |
| MR. GREY | THUR | F. EAST | $550 |
| RAY | THUR | F. EAST | $261.33 |
| KATHIA  po | THUR | F. EAST | $1600 |
| JEAN | THUR | F. EAST | $125 |
| LETTY  po | FRI | F. EAST | $572 |
| LETTY | FRI | F. EAST | $195 |
| KATHY  po | FRI | F. EAST | $1100 |
| BECKY | FRI | WEST | $433 |
| MAGGIE | SAT | F. EAST | $435.11 |
| ANNA | SAT | F. EAST | $1970.15 |
| ANNA | SAT | F. EAST | $454.65 |
| HELEN | SAT | EAST | $81 |

**TOTAL PRIVATE CATERING:  $ 9,945.24**

**TOTAL CATERING BY STORE:**

| EAST: | $81 |
|---|---|
| WEST: | $913 |
| F.EAST | $12,243.24 |

**Total Catering  $13,237.24**

### WEEKLY SALES & LABOR

| | TY/ SALES | LY SALES | % + OR - | GC | HR | $ | % |
|---|---|---|---|---|---|---|---|
| EAST | 20,340 | 34,130 | -40.40 | 2029 | 558 | 3836 | 18.86% |
| WEST | 29,071 | 29,597 | -1.77% | 2728 | 772 | 5186 | 17.84% |
| F. EAST | 28,404 | N/A | N/A | 1886 | 682 | 4226 | 16.29% |
| COMPANY | 77,815 | 63,727 | +22.10% | 6643 | 2012 | 13,248 | 17.0% |

week ending 11/16/08

19

| PRODUCT | Brg | PUR | PUR | TRAN | TOTAL end inv | USED | COST | TOTAL | TOTAL PUR |
|---|---|---|---|---|---|---|---|---|---|
| ADC | | | | | | | | | |
| FUNL CAKE | Each | | | | 3 | -3 | $0.40 | -1,208331 | $0.00 |
| | | | | | | | TOTAL | -1,208331 | $0.00 |
| **MEAT** | | | | | | | | | |
| 1 lb. | Each | | | | 0 | 0 | $24.03 | 0 | $0.00 |
| 2/3 Superio Patties | lb. | | | | 0 | 0 | $1.59 | 0 | $0.00 |
| Bacon Slices | Case | | | | 7 | 207.06 | $29.58 | 207.06 | $0.00 |
| 1/2 lb (6oz) | Case | | | | 0 | 0 | $29.55 | 0 | $0.00 |
| 1/3LB (5.3) | Case | | | | 0 | 0 | $19.70 | #VALUE! | $0.00 |
| 1/5 lb (3.2) | Case | | | | ######## | 0 | $31.52 | #VALUE! | $0.00 |
| Dog Big 16 per pack 2packs | Each | | | | 0 | 0 | $0.60 | 0 | $0.00 |
| Dog Kid 48 per pack 2/ | Each | | | | 0 | 0 | $0.38 | 0 | $0.00 |
| Garden Burger 48/case | Each | | | | 0 | 0 | $0.38 | 0 | $0.00 |
| Foods riboy 6oz | Each | | | | 0 | 0 | $0.77 | 0 | $0.00 |
| .oye 6 oz | Each | | | | 0 | 0 | $2.77 | 0 | $0.00 |
| Ribeye 12 oz. | Each | | | | 0 | 0 | $6.06 | 0 | $0.00 |
| Sirloin 6 oz | Each | | | | 0 | 0 | $6.38 | 0 | $0.00 |
| Sirloin 12 oz. | Each | | | | 0 | 0 | $1.37 | 0 | $0.00 |
| Buffalo Patty 40 PC. | Each | | | | 0 | 0 | $3.29 | 0 | $0.00 |
| Beef Tripe | lb. | | | | 0 | 0 | $1.80 | 0 | $0.00 |
| | lb. | | | | 0 | 0 | $1.41 | 0 | $0.00 |
| Breakfast ham spiral | Lb. | | | | 0 | 0 | $2.99 | 0 | $0.00 |
| Sausage Links | Case | | | | 0 | 0 | $27.25 | 0 | $0.00 |
| Breakfast ham 160/ pack 4/pack | Slice | | | | 0 | 0 | $0.10 | 0 | $0.00 |
| | | | | | | | TOTAL | #VALUE! | $0.00 |
| **CHEESE/DAIRY** | | | | | | | | | |
| American | Sleeve | | | | 0 | 0 | $11.62 | 0 | $0.00 |
| Buttermilk | 1/2 Gal | | | | 0 | 0 | $2.17 | 0 | $0.00 |
| Cheddar (sliced) | Sleeve | | | | 0 | 0 | $4.06 | 0 | $0.00 |
| Cheddar/Jack Bld | Bag | | | | 0 | 0 | $11.86 | 0 | $0.00 |
| Cheese, Golden Velvet Yw Spr | Blocks | | | | 0 | 0 | $10.06 | 0 | $0.00 |
| Creamers all flavors | Case | | | | 0 | 0 | $14.05 | 0 | $0.00 |
| Garlic Marg | Each | | | | 0 | 0 | $9.70 | 0 | $0.00 |
| Margarine | Blocks | | | | 0 | 0 | $0.73 | 0 | $0.00 |
| Margarine CUPS | CASE | | | | 0 | 0 | $15.35 | 0 | $0.00 |
| Milk Gallons | Gallon | | | | 0 | 0 | $4.17 | 0 | $0.00 |
| **Jntelery Jack | Sleeve | | | | 0 | 0 | $3.31 | 0 | $0.00 |
| nessan, Shred | Sleeve | | | | 0 | 0 | $11.38 | 0 | $0.00 |
| copeck-Jack | Sleeve | | | | 0 | 0 | $6.28 | 0 | $0.00 |
| Sour Cream | lbs. | | | | 0 | 0 | $5.16 | 0 | $0.00 |
| Swiss | Sleeve | | | | 0 | 0 | $4.18 | 0 | $0.00 |
| old hard old eggs | Each | | | | 0 | 0 | $2.27 | 0 | $0.00 |
| Liquid eggsWM Citric(2ea Case) | Each | | | | 0 | 0 | $26.72 | 0 | $0.00 |
| Liquid eggs | Each | | | | 0 | 0 | $27.43 | 0 | $0.00 |
| Yogurt | Each | | | | 0 | 0 | $2.30 | 0 | $0.00 |
| | | | | | | | TOTAL | 0 | 0.00% |
| **BREAD** | | | | | | | | | |
| Sesame Seedsx | Each | | | | 0 | 0 | $6.37 | 0 | $0.00 |
| Yeast 20/cs | Each | | | | 0 | 0 | $3.50 | 0 | $0.00 |
| Baking powder | TUB | | | | 0 | 0 | $9.91 | 0 | $0.00 |
| Baking soda | BOX | | | | 0 | 0 | $1.66 | 0 | $0.00 |
| Vanilla extract | gal | | | | 0 | 0 | $4.99 | 0 | $0.00 |
| Oil Pan Coating | Each | | | | 0 | 0 | $2.72 | 0 | $0.00 |
| Dina Roll | Each | | | | 0 | 0 | $0.20 | 0 | $0.00 |

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Icing mix | TUB | 0 | $17.27 | 0 | $0.00 |
| Cinnamon Powder | Each | 0 | $7.99 | 0 | $0.00 |
| Brown sugar | BG | 0 | $0.46 | 0 | $0.00 |
| Brown sugar light | Bag | 0 | $20.10 | 0 | $0.00 |
| Sugar Powder | bag | 0 | $1.65 | 0 | $0.00 |
| Sugar | bag | 0 | $23.89 | 0 | $0.00 |
| Waffle Mix & pancake | BAG | 0 | $3.62 | 0 | $0.00 |
| All purpose flour | BAG | 0 | $16.42 | 0 | $0.00 |
| Wheat flour | BAG | 0 | $17.41 | 0 | $0.00 |
| Peanut butter | TUB | 0 | $6.29 | 0 | $0.00 |
| Brownie Fzn Half Sheet 6/case | sheet | 0 | $9.15 | 0 | $0.00 |
| Mac nuts | Lb. | 0 | $14.34 | 0 | $0.00 |
| Choc chips | BOX | 0 | $46.52 | 0 | $0.00 |
| Raisins | Lb. | 0 | $1.80 | 0 | $0.00 |
| Oatmeal | Each | 0 | $1.66 | 0 | $0.00 |
| Buns | Each | 0 | $0.01 | 0 | $0.00 |
| | TOTAL | 0 | | 0 | $0.00 | 0.00% |

**FROZEN PREPARED**

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| 1 FZN Bag 4 (8lb) | BAG | 0 | $10.83 | 0 | $0.00 |
| Chili BF H.NSTY 6 (.5lb) tub | Each | 0 | $7.57 | 0 | $0.00 |
| Breakfast potatos (6case) | BAG | 0 | $4.12 | 0 | $0.00 |
| Fries | Case | 0 | $20.46 | 0 | $0.00 |
| Jalapeno Poppers (4/case) | Bag | 0 | $11.20 | 0 | $0.00 |
| Macaroni & Cheese | Each | 0 | $0.70 | 0 | $0.00 |
| Corn dog | CASE | 0 | $25.46 | 0 | $0.00 |
| Mozzarella Cheese Sticks (6/case | Bag | 0 | $7.15 | 0 | $0.00 |
| Onion Rings | Case | 0 | $15.18 | 0 | $0.00 |
| Flour Tortilla 6" | Pack | 0 | $3.94 | 0 | $0.00 |
| Flour Tortilla 12-12" | pack | 0 | $2.63 | 0 | $0.00 |
| Tortilla Corn Pre 6-cut | Case | 0 | $24.53 | 0 | $0.00 |
| Tortilla Strips | Case | 0 | $24.72 | 0 | $0.00 |
| Tortilla Corn | Pack | 0 | $2.41 | 0 | $0.00 |
| Chicken & Sausage Gumbo | Each | 0 | $11.74 | 0 | $0.00 |
| Chicken Noodle Soup | Each | 0 | $5.21 | 0 | $0.00 |
| Clam Chowder Soup | Each | 0 | $10.51 | 0 | $0.00 |
| Tomatoe Florentine | Each | 0 | $8.15 | 0 | $0.00 |
| Tortilla Soup | Each | 0 | $5.87 | 0 | $0.00 |
| Minestrone | Each | 0 | $9.14 | 0 | $0.00 |
| Vegetable garden | Each | 0 | $8.46 | 0 | $0.00 |
| Vegetable Beef | Each | 0 | $5.16 | 0 | $0.00 |
| **egetable Blend | Case | 0 | $20.47 | 0 | $0.00 |
| | TOTAL | 0 | | 0 | $0.00 | 0.00% |

**BEVERAGES**

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Cali 5 Gallon Drink Blbs | Box | 0 | $50.20 | 0 | $0.00 |
| Coffee Decaf liquid | Each | 0 | $63.51 | 0 | $0.00 |
| Coffee Regular liquid | Each | 0 | $60.02 | 0 | $0.00 |
| Dr. Pepper Blb | Box | 0 | $9.34 | 0 | $0.00 |
| BIC Bottles | Each | 0 | $0.58 | 0 | $0.00 |
| Sugar packets | Box | 0 | $11.36 | 0 | $0.00 |
| Water bottle | bag | 0 | $23.30 | 0 | $0.00 |
| Sweet n' Low & Splenda | Box | 0 | $0.45 | 0 | $0.00 |
| Tea all flavors/24/ /eg 32 | Box | 0 | $27.90 | 0 | $0.00 |
| Grape juice | Each | 0 | $1.95 | 0 | $0.00 |
| Apple juice | Each | 0 | $1.94 | 0 | $0.00 |
| all Mexican sodas | BOTTLE | 0 | $0.55 | 0 | $0.00 |
| Orange juice | Each | 0 | $2.08 | 0 | $0.00 |
| | TOTAL | 0 | | 0 | $0.00 |

| PRODUCE | | | | | |
|---|---|---|---|---|---|
| Avocados | Case | 0 | $29.75 | 0 | $0.00 |
| Bananas | Lb | 0 | $0.45 | 0 | $0.00 |
| Cabbage Red | each | 0 | $1.35 | 0 | $0.00 |
| cantalope | each | 0 | $1.00 | 0 | $0.00 |
| Carrots Shredded | bag | 0 | $1.25 | 0 | $0.00 |
| Celery Sticks (36 ct/bunch) | Lb | 0 | $0.60 | 0 | $0.00 |
| Celery | Bunch | 0 | $0.60 | 0 | $0.00 |
| Cilantro | LB | 0 | $0.35 | 0 | $0.00 |
| Cole Slaw | LB | 0 | $0.90 | 0 | $0.00 |
| Chopped Romaine | Bag | 0 | $4.69 | 0 | $0.00 |
| Dry red chile | LB | 0 | $1.90 | 0 | $0.00 |
| Jalapenos | LB | 0 | $0.60 | 0 | $0.00 |
| Kale | Case | 0 | $2.75 | 0 | $0.00 |
| Lemons | Lb | 0 | $0.65 | 0 | $0.00 |
| Lettuce - Iceburg 24 ct | Case | 0 | $17.85 | 0 | $0.00 |
| Lettuce - shredded | Case | 0 | $3.50 | 0 | $0.00 |
| Limes | Bag | 0 | $0.65 | 0 | $0.00 |
| Long Green Chili (Anaheim) | Lb | 0 | $1.40 | 0 | $0.00 |
| Mushrooms PBello | Case | 0 | $16.50 | 0 | $0.00 |
| Mushrooms Sliced (#5 and #10) | Case | 0 | $18.00 | 0 | $0.00 |
| Potatoes (50 to 60 ct) | Case | 0 | $18.75 | 0 | $0.00 |
| Red onions | LB | 0 | $0.30 | 0 | $0.00 |
| Red onions rings | LB | 0 | $1.45 | 0 | $0.00 |
| Salad Mix | Bag | 0 | $3.44 | 0 | $0.00 |
| Strawberry | each | 0 | $1.45 | 0 | $0.00 |
| Tomatoes 5/6 | Case | 0 | $21.75 | 0 | $0.00 |
| Papaya | Lb | 0 | $2.25 | 0 | $0.00 |
| mix veg | lb | 0 | $0.80 | 0 | $0.00 |
| Jalapenos (6 - #10) | each | 0 | $0.00 | 0 | $0.00 |
| Watermelon | Can | 0 | $3.04 | 0 | $0.00 |
| Eggs | lb | 0 | $0.20 | 0 | $0.00 |
| Garlic | Dozen | 0 | $1.23 | 0 | $0.00 |
| Jalapenos whole (6 - #10) | CAN | 0 | $0.97 | 0 | $0.00 |
| Onion White | lb | 0 | $0.40 | 0 | $0.00 |
| red baby potato | lbs | 0 | $0.50 | 0 | $0.00 |
| Yellow onion rings | LB | 0 | $1.40 | 0 | $0.00 |
| TOTAL | | 0 | | | 0.00% |

| OTHER FOODS | | | | | |
|---|---|---|---|---|---|
| Noodle Cwow mein | can | 0 | $4.12 | 0 | $0.00 |
| Mandarin Oranges | Can | 0 | $4.55 | 0 | $0.00 |
| ?ine Crackers | Case | 0 | $9.94 | 0 | $0.00 |
| jar Balsamic | Bottle | 0 | $17.87 | 0 | $0.00 |
| Vinegar White | Bottle | 0 | $2.28 | 0 | $0.00 |
| Gravy mix turkey | bag | 0 | $0.42 | 0 | $0.00 |
| Sugar free syrup | BTL | 0 | $1.93 | 0 | $0.00 |
| Syrup regular | Each | 0 | $3.53 | 0 | $0.00 |
| Syrup Diet | Each | 0 | $16.69 | 0 | $0.00 |
| Jelly | Each | 0 | $14.24 | 0 | $0.00 |
| Lasagna | BOX | 0 | $8.78 | 0 | $0.00 |
| Spaghetti | bag | 0 | $1.21 | 0 | $0.00 |
| Spaghetti Sauce | CN | 0 | $4.84 | 0 | $0.00 |
| Hominy | CN | 0 | $3.02 | 0 | $0.00 |
| Teriaky sauce | TUB | 0 | $7.66 | 0 | $0.00 |
| Pineapple lbs 36/ | CN | 0 | $0.49 | 0 | $0.00 |
| Jello | BG | 0 | $5.81 | 0 | $0.00 |
| Batter mix | Each | 0 | $5.26 | 0 | $0.00 |
| Sauce Chili red | Each | 0 | $5.17 | 0 | $0.00 |
| TOTAL | | 0 | | | 0.00% |

| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Tot |
|---|---|---|---|---|---|---|---|---|
| Avocados | 1 | | | | 5 | | | 8 |
| Bananas | | 3 | | | | | | |
| Cabbage Red | | | | | 5 | | | 8 |
| cantalope | | | | | 2 | | | 2 |
| Carrots Shredded | | | 5 | | | 2 | | |
| Celery | | | | | | | | |
| Cilantro | | 1 | | 2 | 2 | | | 2 |
| Cole Slaw | | | | | 5 | | | |
| Chopped Romaine | | 4 | | | | 4 | | 12 |
| Dry red chile | | | | | 4 | 4 | | |
| Jalapenos lbs | | | 5 | | | 25 | | 55 |
| Kale | | | | | | | | |
| Lemons | 5 | | 5 | | | 10 | | 20 |
| Lettuce - Iceburg 24 ct | | 1 | 1 | 1 | 2 | | | 5 |
| Lettuce - shredded | 1 | | | | | | | 5 |
| Limes | | | | | | | | |
| Long Green Chili (Anaheim) | 25 | | | | | | | 25 |
| Mushrooms PBello | | | 1 | 2 | | | | 3 |
| Mushrooms Sliced (#5 and #10) | | | 1 | 1 | 1 | | | 3 |
| Potatoes (50 to 60 ct) | | | | | | | | 1 |
| Red onions | 5 | | 10 | 5 | | | | 20 |
| Red onions rings | | | 4 | | | | | 4 |
| Salad Mix | | | | | | | | 0 |
| Strawberry | | | | | | | | 0 |
| Tomatoes 5/6 | | | 3 | 3 | | | | 7 |
| Papaya | | | | | | | | 7 |
| mix veg | | | | | | | | 0 |
| Jalapenos (6 - #10) | | | 6 | | 6 | | | 6 |
| Watermelon | | | | | | | | 0 |
| Eggs | | | | | | | | 0 |
| Garlic | | | | | | | | 0 |
| Onion White | | | | 1 | 6 | | | 0 |
| red baby potato | | | | | | | | 0 |
| Yellow onion rings | 10 | | | 10 | 15 | | | 35 |

## PREP

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Coleslaw Prepped | Pan | | $5.00 | | $0.00 |
| Guacamole Fresh | Pan | | $6.50 | | $0.00 |
| Jalapeno Ground | Pan | | $5.00 | | $0.00 |
| Jalapeno Pan | 1/2 Pan | | $7.52 | | $0.00 |
| Lettuce Caps | 1/2 Pan | | $2.67 | | $0.00 |
| Onions Sliced | Pan | | $8.00 | | $0.00 |
| Pickles Pan | Pan | | $5.70 | | $0.00 |
| Pico De Gallo | 1/2 Pan | | $17.63 | | $0.00 |
| Prep 3 way Salad | 1/2 Pan | | $2.89 | | $0.00 |
| Prep Romaine Salad | Lb | | $0.25 | | $0.00 |
| Tomatoes Diced | 1/2 Pan | | $9.87 | | $0.00 |
| Tomatoes Sliced | Pan | | $6.44 | | $0.00 |

## DESSERTS

| Item | Unit | | TOTAL | | |
|---|---|---|---|---|---|
| Brownie all flavors | Each | 0 | $0.60 | 0 | $0.00 |
| Rainbow Sprinkles | box | 0 | $9.02 | 0 | $0.00 |
| ...rries | Each | 0 | $1.10 | 0 | $0.00 |
| caramel (17 oz) | Each | 0 | $1.71 | 0 | $0.00 |
| M&M Pieces | Each | 0 | $28.58 | 0 | $0.00 |
| Hersheys Choc Syrup #10 | Can | 0 | $7.88 | 0 | $0.00 |
| Topping,choc 16oz 12/ | can | 0 | $0.58 | 0 | $0.00 |
| Malt Powder | Each | 0 | $4.87 | 0 | $0.00 |
| LMN Pie Mge | Each | 0 | $13.28 | 0 | $0.00 |
| Strawberry Syrup (96 oz) | Each | 0 | $7.75 | 0 | $0.00 |
| Vanilla Syrup | Gallon | 0 | $13.91 | 0 | $0.00 |
| Silvered Almonds | Bag | 0 | $14.01 | 0 | $0.00 |
| Walnuts | Bag | 0 | $1.25 | 0 | $0.00 |
| Whip Cream Aerosol 15 oz | Each | 0 | $0.19 | 0 | $0.00 |
| Cookies all flavors | Each | 0 | $49.35 | 0 | $0.00 |
| Crm Cheese Ice Henry | box | 0 | $10.56 | 0 | $0.00 |
| Icing mix choc-cream | Tub | 0 | $32.33 | 0 | $0.00 |
| Fudge Henry Icing | 3 Gallon | 0 | $14.83 | 0 | $0.00 |
| Ice Cream (all flavors) | 3 Gallon | 0 | $14.83 | 0 | $0.00 |
| Vanilla Ice Cream | Bag | 0 | $0.76 | 0 | $0.00 |
| Krispies Treats | Bag | 0 | $1.28 | 0 | $0.00 |
| Marshmallows | Bag | 0 | $7.13 | 0 | $0.00 |
| Rice Krispies | Bag | 0 | $7.31 | 0 | $0.00 |
| Waffle Cone Mix add H2O | EACH | 0 | $5.00 | 0 | $0.00 |
| Chopping,choc #10 | Case | 0 | $5.00 | 0 | $0.00 |
| ...r cookie dough | Case | 0 | $26.33 | 0 | $0.00 |
| cookie dough | Case | 0 | $25.93 | 0 | $0.00 |
| Maple Pies | Each | 0 | $5.40 | 0 | $0.00 |
| Cookies Dough hay stak | Tub | 0 | $26.29 | 0 | $0.00 |
| Dough Cookie wht Choc Tripl | Case | 0 | $30.00 | 0 | $0.00 |
| Blonde w/pprmmt ckly dough | Case | 0 | $55.75 | 0 | $0.00 |
| wht choc mac dough | case | 0 | $33.83 | 0 | $0.00 |
| plain cookie dough | case | 0 | $27.83 | 0 | $0.00 |
| Dough_Choc chunk | Case | 0 | $27.83 | 0 | $0.00 |
| Rocky'd dough | Case | 0 | $37.09 | 0 | $0.00 |
| Cherry pie | Each | 0 | $7.47 | 0 | $0.00 |
| Chocolate Cream Pie | Each | 0 | $4.06 | 0 | $0.00 |
| Coconut Cream Pie | Each | 0 | $3.43 | 0 | $0.00 |
| Strawberry Cream Pie | Each | 0 | $2.38 | 0 | $0.00 |
| Pecan Pie | Each | 0 | $5.28 | 0 | $0.00 |
| Boston Pie | Each | 0 | $5.25 | 0 | $0.00 |
| Bana Cream Pie | Each | 0 | $4.06 | 0 | $0.00 |
| Kid Ice Cream Cone | Sleeve | 0 | $3.94 | 0 | $0.00 |
| | | | | 0.00% | $0.00 |

| Item | Unit | | Price | | | Total |
|---|---|---|---|---|---|---|
| Oreo Crumbs 12/ | Carton | 0 | $2.57 | 0 | | $0.00 |
| Cheese cake variety | EA | 0 | $7.55 | 0 | | $0.00 |
| Choco tort | EA | 0 | $11.74 | 0 | | $0.00 |
| **POULTRY** | | | **TOTAL** | | 0.00% | $0.00 |
| Chix Fritters 4 Bag Per Case | Bag | 0 | $11.06 | 0 | | $0.00 |
| Chicken Breast 80 per Case | Each | 0 | $0.84 | 0 | | $0.00 |
| Ostrich Patties 30/ | Each | 0 | $2.63 | 0 | | $0.00 |
| Turkey Burgers 28 per Case | Each | 0 | $3.21 | 0 | | $0.00 |
| Crispy Chicken 52/cs 4 w/ 13 | Each | 0 | $0.87 | 0 | | $0.00 |
| Chich wing brdd mrnid | bg | 0 | $24.07 | 0 | | $0.00 |
| Boneless wings 4bags cs | bg | 0 | $11.61 | 0 | | $0.00 |
| **SEAFOOD** | | | **TOTAL** | | 0.00% | $0.00 |
| Salmon Filet 32 PC. | EA | 0 | $1.44 | 0 | | $0.00 |
| Fresh cod | Case | 0 | $49.62 | 0 | | $0.00 |
| **CONDIMENTS** | | | **TOTAL** | | 0.00% | $0.00 |
| A 1 Sauce Rg & Bold | Each | 0 | $2.95 | 0 | | $0.00 |
| BBQ Pouch | Pouch | 0 | $12.79 | 0 | | $0.00 |
| Buffalo Sauce Frank's | Jug | 0 | $13.02 | 0 | | $0.00 |
| Milk Cheese Sauce(6) | Bag | 0 | $5.30 | 0 | | $0.00 |
| Chipotle BBQ | Each | 0 | $2.19 | 0 | | $0.00 |
| Heinz 57 | Each | 0 | $1.30 | 0 | | $0.00 |
| Honey Mustard | Pouch | 0 | $11.86 | 0 | | $0.00 |
| Mustard Packets | Case | 0 | $10.83 | 0 | | $0.00 |
| Yellow Mustard Pouch | Pouch | 0 | $5.74 | 0 | | $0.00 |
| Spicy Mustard Pouch | Pouch | 0 | $7.37 | 0 | | $0.00 |
| Horseradish | Each | 0 | $4.37 | 0 | | $0.00 |
| Ketchup pouch | Pouch | 0 | $8.54 | 0 | | $0.00 |
| Ketchup Packets | Case | 0 | $22.83 | 0 | | $0.00 |
| L&P Worcestershire | Each | 0 | $1.24 | 0 | | $0.00 |
| Picante Mild | Each | 0 | $8.69 | 0 | | $0.00 |
| Pickles Heinz6/ | Each | 0 | $2.98 | 0 | | $0.00 |
| Relish | Bag | 0 | $2.98 | 0 | | $0.00 |
| Tabasco Green and Red | Each | 0 | $8.00 | 0 | | $0.00 |
| Tomatoe, Diced w/Green Chili | Can | 0 | $2.48 | 0 | | $0.00 |
| Mayo Packets | Case | 0 | $1.73 | 0 | | $0.00 |
| Mayo Pouch 1.5 | Pouch | 0 | $12.42 | 0 | | $0.00 |
| Mayo Gallon | Each | 0 | $10.73 | 0 | | $0.00 |
| lula | Each | 0 | $8.86 | 0 | | $0.00 |
| ...ill sauce | BTL | 0 | $1.85 | 0 | | $0.00 |
| Honey | BTL | 0 | $2.61 | 0 | | $0.00 |
| Honey, 9 gram | Each | 0 | $12.99 | 0 | | $0.00 |
| Honey | cs | 0 | $14.90 | 0 | | $0.00 |
| | | | **TOTAL** | | 0.00% | $0.00 |
| **DRESSING/OIL** | | | | | | |
| Blue Cheese | Each | 0 | $11.89 | 0 | | $0.00 |
| Caesar | Each | 0 | $13.10 | 0 | | $0.00 |
| Canola Oil 75% (cs+4) | Each | 0 | $14.70 | 0 | | $0.00 |
| Coleslaw Dr. | Each | 0 | $10.33 | 0 | | $0.00 |
| French | Each | 0 | $8.74 | 0 | | $0.00 |
| Fry Oil | Each | 0 | $22.77 | 0 | | $0.00 |
| Golden Griddle | Each | 0 | $18.18 | 0 | | $0.00 |
| Italian Golden | Each | 0 | $5.55 | 0 | | $0.00 |
| Oriental Sesame | Each | 0 | $15.99 | 0 | | $0.00 |

| Item | Unit | | Qty | Price | | | | Value |
|---|---|---|---|---|---|---|---|---|
| Cattle bbq | Each | | 0 | $9.42 | 0 | | | $0.00 |
| Ranch Fat Free | Each | | 0 | $9.32 | 0 | | | $0.00 |
| Ranch Packets | Each | | 0 | $1.65 | 0 | | | $0.00 |
| Raspberry vinegret | Each | | 0 | $7.06 | 0 | | | $0.00 |
| Soy Sauce | Each | | 0 | $7.86 | 0 | | | $0.00 |
| Vegatable shortening | each | | 0 | $31.98 | 0 | | | $0.00 |
| Thousand Island | Each | | 0 | $9.86 | 0 | | | $0.00 |
| | | TOTAL | 0 | | 0 | 0.00% | | $0.00 |

## SPICES

| Item | Unit | Qty | Price | | | | Value |
|---|---|---|---|---|---|---|---|
| Dill weed | Bag | 0 | $9.84 | 0 | | | $0.00 |
| Blackened Seasoning | Bag | 0 | $11.86 | 0 | | | $0.00 |
| Bulk Black Pepper | Each | 0 | $24.60 | 0 | | | $0.00 |
| Cinnamon | Each | 0 | $26.72 | 0 | | | $0.00 |
| Cayenne | Each | 0 | $5.15 | 0 | | | $0.00 |
| Chill Powder | Each | 0 | $10.99 | 0 | | | $0.00 |
| Crse Grd Blk Pepper | each | 0 | $24.42 | 0 | | | $0.00 |
| Lemon Pepper | Each | 0 | $9.61 | 0 | | | $0.00 |
| Tic Gran | each | 0 | $9.90 | 0 | | | $0.00 |
| Jalano | each | 0 | $31.86 | 0 | | | $0.00 |
| Pepper Red Crush | each | 0 | $17.21 | 0 | | | $0.00 |
| Ground Mustard | Each | 0 | $27.79 | 0 | | | $0.00 |
| Fajita Spice | Each | 0 | $3.40 | 0 | | | $0.00 |
| Cajun seasoning | Each | 0 | $10.90 | 0 | | | $0.00 |
| Salt Indized | Pound | 0 | $10.29 | 0 | | | $0.00 |
| Salt Kosher | Box | 0 | $0.26 | 0 | | | $0.00 |
| Saute Seasoning | Bag | 0 | $1.19 | 0 | | | $0.00 |
| Salad Spice | Case | 0 | $3.30 | 0 | | | $0.00 |
| Taco Seasoning | Bag | 0 | $30.29 | 0 | | | $0.00 |
| White Pepper | Each | 0 | $1.87 | 0 | | | $0.00 |
| TOTAL | | 0 | $15.10 | 0 | 0.00% | | $0.00 |

## BAR CONDIMENTS

| Item | Unit | Qty | Price | | | | Value |
|---|---|---|---|---|---|---|---|
| Canada Dry Tonic Water | Each | 0 | $3.15 | 0 | | | $0.00 |
| Clamato | Each | 0 | $5.25 | 0 | | | $0.00 |
| Dole Pineapple Juice | Each | 0 | $1.47 | 0 | | | $0.00 |
| Ocean Spray Cranberry | Each | 0 | $4.47 | 0 | | | $0.00 |
| Ocean Spray Grapefruit | Each | 0 | $0.43 | 0 | | | $0.00 |
| Olives | Each | 0 | $0.44 | 0 | | | $0.00 |
| PB N/A Triple Sec | Each | 0 | $17.07 | 0 | | | $0.00 |
| mr & mrs t marg ltr | Each | 0 | $5.29 | 0 | | | $0.00 |
| es Grenadine | Each | 0 | $3.25 | 0 | | | $0.00 |
| Bull | Each | 0 | $3.39 | 0 | | | $0.00 |
| Bloodymary | Each | 0 | $1.18 | 0 | | | $0.00 |
| Pina Cola Mix | Each | 0 | $2.92 | 0 | | | $0.00 |
| Roses lime Juice | Each | 0 | $3.25 | 0 | | | $0.00 |
| Strawbeery | Each | 0 | $4.49 | 0 | | | $0.00 |
| mango | Each | 0 | $1.18 | 0 | | | $0.00 |
| peach | Each | 0 | $1.18 | 0 | | | $0.00 |
| Sweet n' Sour Mix | Each | 0 | $3.25 | 0 | | | $0.00 |
| TOTAL | | 0 | | 0 | 0.00% | | $0.00 |

## DOMESTIC BEER

| Item | Unit | Qty | Price | | | | Value |
|---|---|---|---|---|---|---|---|
| Bud Lite | Each | 0 | $0.74 | 0 | | | $0.00 |
| Budweiser | Each | 0 | $0.74 | 0 | | | $0.00 |
| Budweiser Select | Each | 0 | $0.71 | 0 | | | $0.00 |
| Bud Lite/ Bud 7oz | Each | 0 | $0.49 | 0 | | | $0.00 |
| Bud Cans | Each | 0 | $0.78 | 0 | | | $0.00 |

| | FOOD | inv total | #VALUE! | #VALUE! | $0.00 |
|---|---|---|---|---|---|
| TOTAL | | 0 | 0 | 0.00% | $0.00 |

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Bud Lt Cans | Each | 0 | $0.78 | 0 | $0.00 |
| Coors longneck | Each | 0 | $0.74 | 0 | $0.00 |
| Coors Light Longneck | Each | 0 | $0.71 | 0 | $0.00 |
| Coors Light 7oz | Each | 0 | $0.42 | 0 | $0.00 |
| Miller Genuine Draft | Each | 0 | $0.74 | 0 | $0.00 |
| Miller Lite | Each | 0 | $0.74 | 0 | $0.00 |
| Miller Litecan | Each | 0 | $0.71 | 0 | $0.00 |
| Miller Lite 7 oz | Each | 0 | $0.42 | 0 | $0.00 |
| MILLER CHILL | Each | 0 | $0.93 | 0 | $0.00 |
| Bud lite w/lime | Each | 0 | $0.88 | 0 | $0.00 |
| BUD Lite CHELADA | Each | 0 | $1.72 | 0 | $0.00 |
| O'Douls | Each | 0 | $0.71 | 0 | $0.00 |
| **TOTAL** | | | | 0.00% | $0.00 |
| **WINE** | | | | | |
| Cabernet - Split | Each | 0 | $1.12 | 0 | $0.00 |
| Cabernet - Bottle | Each | 0 | $4.49 | 0 | $0.00 |
| Chardonay - Split | Each | 0 | $0.99 | 0 | $0.00 |
| Chardonay - Bottle | Each | 0 | $0.99 | 0 | $0.00 |
| Merlot - Split | Each | 0 | $0.99 | 0 | $0.00 |
| Merlot - Bottle | Each | 0 | $0.99 | 0 | $0.00 |
| Zinfindal - Split | Each | 0 | $0.99 | 0 | $0.00 |
| Zinfindal - Bottle | Each | 0 | $7.49 | 0 | $0.00 |
| NEGRO BRUT | Each | 0 | $7.49 | 0 | $0.00 |
| Pinot | Each | 0 | $2.49 | 0 | $0.00 |
| | | | $1.31 | 0 | $0.00 |
| **TOTAL WINE** | | | | 0.00% | $0.00 |
| **KEGS** | | | | | |
| Sam adams | Deposit | 0 | $30.00 | 0 | $0.00 |
| Sam adams | Full | 0 | $48.00 | 0 | $0.00 |
| Bud Lite Empty | Deposit | 0 | $30.00 | 0 | $0.00 |
| Bud Lite Keg | Full | 0 | $30.00 | 0 | $0.00 |
| Budweiser Empty | Deposit | 0 | $30.00 | 0 | $0.00 |
| Budweiser Keg | Full | 0 | $30.00 | 0 | $0.00 |
| Coors Light Empty | Deposit | 0 | $39.50 | 0 | $0.00 |
| Coors Light Keg | Full | 0 | $30.00 | 0 | $0.00 |
| Michelob Ultra Empty | Deposit | 0 | $71.00 | 0 | $0.00 |
| Michelob Ultra Keg | Full | 0 | $30.00 | 0 | $0.00 |
| Miller Lite Empty | Deposit | 0 | $39.50 | 0 | $0.00 |
| Miller Lite Keg | Full | 0 | $30.00 | 0 | $0.00 |
| Pyramid Hefeweizen Empty | Deposit | 0 | $36.50 | 0 | $0.00 |
| Pyramid Hefeweizen Keg | Full | 0 | $48.00 | 0 | $0.00 |
| Shocktop | Deposit | 0 | $30.00 | 0 | $0.00 |
| Shocktop | Full | 0 | $29.45 | 0 | $0.00 |
| Shiner Bock Empty | Deposit | 0 | $30.00 | 0 | $0.00 |
| Shiner Bog Keg | Full | 0 | $55.00 | 0 | $0.00 |
| Woodchuck Cider Empty | Deposit | 0 | $30.00 | 0 | $0.00 |
| Woodchuck Cider Keg | Full | 0 | $58.00 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Full | 0 | $25.45 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Deposit | 0 | $30.00 | 0 | $0.00 |
| BUD SELECT | Full | 0 | $48.00 | 0 | $0.00 |
| BUD SELECT | DEPOSIT | 0 | $63.00 | 0 | $0.00 |
| DOS XX | FULL | 0 | $63.00 | 0 | $0.00 |
| DOS XX | DEPOSIT | 0 | $30.00 | 0 | $0.00 |
| **TOTAL** | | | $86.00 | 0.00% | $0.00 |
| **PREMIUM BEER** | | | | | |
| Michlob Ultra 7oz | Each | 0 | $0.41 | 0 | $0.00 |

## ALCOHOL

| Item | Unit | | | Price | | Total |
|---|---|---|---|---|---|---|
| Michlob Ultra can | Each | 0 | | $0.85 | 0 | $0.00 |
| Michlob Ultra | Each | 0 | | $0.83 | 0 | $0.00 |
| Tecate/tecate lite | Bottle | 0 | | $0.78 | 0 | $0.00 |
| Dos-XX | Bottle | 0 | | $1.00 | 0 | $0.00 |
| Dos XX can | Can | 0 | | $1.00 | 0 | $0.00 |
| Smirnoff Ice | Bottle | 0 | | $1.02 | 0 | $0.00 |
| Heineken/ lite | Bottle | 0 | | $1.06 | 0 | $0.00 |
| Bud Ale | Bottle | 0 | | $1.08 | 0 | $0.00 |
| Land Shark | Bottle | 0 | | $1.13 | 0 | $0.00 |
| Corona sol,sam adams | Bottle | 0 | | $1.13 | 0 | $0.00 |
| Corona Cans | Can | 0 | | $1.13 | 0 | $0.00 |
| Fosters | Can | 0 | | $1.50 | 0 | $0.00 |
| Guiness Pub Draught | Bottle | 0 | | $1.19 | 0 | $0.00 |
| Fat Tire | Bottle | 0 | | $1.50 | 0 | $0.00 |
| Red stripe Beer | Bottle | 0 | | $0.91 | 0 | $0.00 |
| Coors Barquet | Bottle | 0 | | $1.00 | 0 | $0.00 |
| Rolling Rock | Bottle | 0 | | $0.85 | 0 | $0.00 |
| New Castle | Bottle | 0 | | $0.85 | 0 | $0.00 |
| | Bottle | 0 | | $1.19 | 0 | $0.00 |
| TOTAL | BEER | 0 | | 0.00%  tot 0.00% | | $0.00 |
| #800 | | | | $26.10 | 0 | $0.00 |
| JOse Cuervo BLACK | | 0.5 | -0.5 | $18.25 | -9.125 | $0.00 |
| Jose Cuervo Especial | | | | $28.21 | -2.5 | $0.00 |
| Hornito's | | 0.1 | -0.1 | $25.00 | | $0.00 |
| Silver Patron | | 0.5 | -0.5 | $37.85 | -18.925 | $0.00 |
| DON Julio (Reposado) (X) (com) | | | | $31.50 | | $0.00 |
| DON Julio (Añejo) (X) | | 0.25 | -0.25 | $40.04 | -10.01 | $0.00 |
| Matador | | | | $7.57 | | $0.00 |
| Montezuma gold | | | | $9.18 | -40.56 | $0.00 |

### GIN

| Item | Unit | | | Price | | Total |
|---|---|---|---|---|---|---|
| Skoll Gin (W) | | | | $5.47 | 0 | $0.00 |
| Shoe Gin | | | | $16.16 | 0 | $0.00 |
| Tanqueray (add) | | 0.7 | | $22.80 | 0 | $0.00 |
| TOTAL | | | | | 0 | #DIV/0! | $0.00 |

### VODKA

| Item | Unit | | | Price | | Total |
|---|---|---|---|---|---|---|
| Skoll Vodka | | 0.6 | | | 0 | $0.00 |
| Smirnoff | | 0.75 | -0.3 | $5.00 | -1.5 | $0.00 |
| Skyy (Regular) | | 0.3 | -0.8 | $13.16 | 13.16 | $0.00 |
| Skyy (Melon) | | 0.8 | -0.8 | $39.58 | 0 | $0.00 |
| Skoll Regular | | 0.8 | | $11.54 | 0 | $0.00 |
| Ketel One | | 0.6 | -0.6 | $34.70 | -20.82 | $0.00 |
| Absolut Regular | | 0.75 | -0.75 | $15.81 | -11.8675 | $0.00 |
| Absolut Mandrin | | 0.8 | -0.8 | $22.79 | -18.232 | $0.00 |
| Absolut Citron | | | | $39.76 | 0 | $0.00 |
| Grey Goose | | | | $30.93 | 0 | $0.00 |
| Absolut (com) | | | | $29.63 | 0 | $0.00 |
| Absolut | | | | | 0 | $0.00 |

### RUM

| Item | Unit | | | Price | | Total |
|---|---|---|---|---|---|---|
| Skoll Rum | | 0.6 | 0 | | -39.2495 | $0.00 |
| Malibu | | | 0 | | | $0.00 |

| Item | | | Price | | |
|---|---|---|---|---|---|
| Myer's Rum | 0.6 | 0.6 | $5.26 | -3.156 | $0.00 |
| Bacardi | 0.95 | 0.95 | $14.12 | -13.414 | $0.00 |
| Bacardi O | 0.55 | -0.95 | $9.15 | -5.0325 | $0.00 |
| Bacardi Limon | 0.4 | -0.4 | $41.56 | -16.624 | $0.00 |
| Bacardi 151 Degrees | 0.6 | -0.6 | $21.58 | -12.948 | $0.00 |
| Parrot Bay Pineapple | | | $22.93 | | $0.00 |
| Parrot Bay Coconut (com) | 0.8 | -0.8 | $19.99 | -15.992 | $0.00 |
| Bacardi light | | | $14.49 | 0 | $0.00 |
| Bacardi light | 0.95 | -0.95 | $15.00 | -14.25 | $0.00 |
| Captain Morgan Spiced Rum | | | $12.58 | 0 | $0.00 |
| **SCOTCH/WHISKEY** | | | TOTAL $14.90 | -81.4165 | #DIV/0! $0.00 |
| Highland Mist Scotch | 0.1 | 0 | | | $0.00 |
| Evan William Whiskey | 0.2 | 0 | | | $0.00 |
| Seagrams 7 | | | | | $0.00 |
| Jack Daniels | 0.75 | -0.75 | $30.30 | -22.725 | $0.00 |
| Jim Beam (4 Year) | 0.75 | -0.75 | $10.24 | -7.68 | $0.00 |
| Canadian Club | 0.5 | -0.5 | $14.50 | -7.25 | $0.00 |
| ___d Turkey | | | $24.50 | | $0.00 |
| my Walker Red (com) | 0.8 | -0.8 | $50.02 | -40.016 | $0.00 |
| Johnny Walker Black (com) | | | $10.49 | | $0.00 |
| Jameson 750 | | | $19.39 | | $0.00 |
| Crown Royal | 0.5 | -0.5 | $47.03 | -23.515 | $0.00 |
| Crown Royal | 0.5 | -0.5 | $33.82 | -16.91 | $0.00 |
| Buchanans | 0.1 | -0.1 | $26.10 | -2.61 | $0.00 |
| Chivas Regal | 0.4 | -0.4 | $26.10 | -10.44 | $0.00 |
| Glenlivet | 0.75 | -0.75 | $48.94 | -36.705 | $0.00 |
| Glenfiddich | | | $31.82 | | $0.00 |
| **COGNAC/BRANDY** | | | TOTAL $51.80 | -167.851 | #DIV/0! $0.00 |
| Presidente (Brandy) | 0.5 | 0 | | | $0.00 |
| Calvados (com) | 0.5 | -0.5 | $8.77 | 0 | $0.00 |
| Courvoisier | 0.8 | -0.8 | $23.20 | -18.56 | $0.00 |
| Cointreau | 0.8 | -0.8 | $25.20 | -20.16 | $0.00 |
| Hennessy | 0.8 | -0.8 | $51.32 | -41.056 | $0.00 |
| | | | $32.90 | | $0.00 |
| **MISCELLANEOUS** | | | TOTAL $33.05 | -59.616 | #DIV/0! $0.00 |
| Fire Water | | | | | $0.00 |
| Southern Comfort | 0.9 | -0.1 | $18.74 | -1.874 | $0.00 |
| Tequila Rose | | | $22.64 | | $0.00 |
| Rumple Minze | | | $27.18 | | $0.00 |
| Jagerschlager | | | $39.10 | | $0.00 |
| jellco | | | $22.98 | | $0.00 |
| Jagermeister | | | $25.61 | | $0.00 |
| Amaretto (Disaronno) (com) | | | $22.00 | | $0.00 |
| Kahlua | | | $22.40 | | $0.00 |
| Bailey's | | | | | $0.00 |
| Chambord | 0.1 | -0.1 | $20.25 | -2.025 | $0.00 |
| Grand Marnier | | | $22.55 | | $0.00 |
| Grand Marnier | | | $40.67 | | $0.00 |
| **LIQUERS** | | | TOTAL $37.69 | -3.899 | -0.02% $0.00 |
| Apfel Korn (Berentz) | 0.5 | | | | $0.00 |
| Crème De Cacao (Brown) | 0.8 | -0.8 | $13.00 | -10.4 | $0.00 |
| Crème De Banana | | | $14.20 | | $0.00 |
| Dekuyper Blue Curacao | 0.5 | -0.5 | $11.05 | -5.525 | $0.00 |
| Dekuyper Amaretto | 0.5 | -0.5 | $9.20 | -4.6 | $0.00 |
| Dekuyper Peach Tree | 0.2 | -0.2 | $9.29 | -1.858 | $0.00 |
| Dekuyper Cherry Berry | 0.2 | -0.2 | $8.99 | -1.798 | $0.00 |
| Dekuyper Sour Apple | | | $9.21 | 0 | $0.00 |

| Item | | | | NET SALES / LIQUOR |
|---|---|---|---|---|
| Dekuyper Watermelon | 0.8 | -0.8 | $11.05 | -8.84 | $0.00 |
| Dekuyper Butter Shots | | 0 | $9.60 | 0 | $0.00 |
| Dekuyper Peppermints | | 0 | $9.50 | | $0.00 |
| Dekuyper Razamataizz (com) | 0.6 | -0.6 | $7.37 | -4,422 | $0.00 |
| Godiva Dark Liquer | | 0 | $9.50 | | $0.00 |
| M&R Dry Vermouth | | 0 | $10.13 | | $0.00 |
| M&R Sweet Vermouth | | 0 | $16.32 | | $0.00 |
| BOLS TRIP SEC | 0.3 | -0.3 | $6.83 | -2,049 | $0.00 |
| Midori Melon | | 0 | $3.25 | 0 | $0.00 |
| Dekuypers melon | 0.75 | | $5.29 | 0 | $0.00 |
| | | 0 | $7.35 | 0 | $0.00 |
| | | 0 | $7.35 | 0 | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| | | TOTAL LIQUOR | 0 | 0 | $0.00 |
|---|---|---|---|---|---|

| | NET SALES | 23,064 |
|---|---|---|
| | FOOD | 22,903 |
| | FOOD COST % | 99.30% |

| | | PURCHASES | |
|---|---|---|---|
| Liquor | 52.17 | | |
| Wine | 45.63 | | |
| ...er | 516.48 | | |
| Misc. | | | |
| | $65.12 | | $0.00 |

| FOOD | AMOUNT | REPAIRS/MAIN | AMOUNT | SUPPLIES | AMOUNT | GAS | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALMART | $7.28 | HAREWARE | $61.96 | OFFICE DEP | $64.47 | GAS | $15.00 |
| WALMART | $4.40 | HOME DEP | $11.26 | BALLOONS | $89.36 | GAS | $15.00 |
| ALBERSON | $13.00 | HOME DEP | $43.28 | WALMART | $6.35 | GAS | $15.00 |
| WALMART | $35.82 | HOME DEP | $50.95 | OFFICE DEP | $50.87 | GAS | $15.00 |
| WALMART | $4.96 | JOHNSTONE | $20.07 | WALMART | $44.00 | GAS | $15.00 |
| WALMART | $5.52 | RIO INDUSTRI | $3.00 | OFFICE DEP | $50.87 | GAS | $20.00 |
| WALMART | $5.21 | OVEN MOTOR | $350.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $27.46 | HOME DEP | $26.51 | WALMART | $10.23 | GAS | $20.00 |
| WALMART | $14.84 | MARIO | $40.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $13.80 | HB | | $21.60 | WALMART | $11.86 | |
| WALMART | $14.62 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | $146.91 | | $628.63 | | $364.79 | | $155.00 |

FUDDS 1

$1,295.33

PO Catering
Outstanding 2010

12/21/2011

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **EAST** | | | | |
| 1 | 2/24/2011 | Helen /Glen cove (yisd) | $ | 110.00 | 1 | 5/7/2010 | Hill Crt. School (YISD) | $ | 175.00 |
| 2 | 3/30/2011 | Eastlake (sisd) | $ | 234.00 | 2 | 7/24/2010 | Pecos High (PISD) | $ | 154.00 |
| 3 | 4/24/2011 | Arelie | $ | 150.00 | 3 | 12/16/2010 | Presidio | $ | 265.53 |
| 4 | 5/16/2011 | Eastwood (yisd) | $ | 243.00 | 4 | 1/8/2010 | Ector Country ISD | $ | 250.00 |
| 5 | 5/18/2011 | Eastwood (yisd) | $ | 220.50 | 5 | 9/23/2011 | Tracy | $ | 142.00 |
| 6 | 6/17/2011 | Susan | $ | 97.43 | 6 | 10/11/2011 | Humana | $ | 196.73 |
| 7 | 6/29/2011 | Fort Bliss | $ | 500.00 | 7 | 10/20/2011 | Tracy | $ | 142.00 |
| 8 | 7/6/2011 | Jesus EPCC | $ | 195.50 | 8 | 11/1/2011 | Tracy | $ | 142.00 |
| 9 | 8/3/2011 | Jesus EPCC | $ | 207.00 | 9 | 12/10/2011 | GC Services | $ | 155.88 |
| 10 | 8/10/2011 | Eastlake (sisd) | $ | 468.00 | 10 | 12/11/2011 | GC Services | $ | 216.50 |
| 11 | 8/15/2011 | Sonya /Damian Elem | $ | 300.00 | 11 | 12/14/2011 | Ranchland | $ | 69.86 |
| 12 | 8/16/2011 | Irving High (Eisd) | $ | 1,200.00 | 12 | 12/15/2011 | Riverside | $ | 129.74 |
| 13 | 8/17/2011 | Eastlake (sisd) | $ | 477.00 | 13 | 12/17/2011 | Gc Services | $ | 303.10 |
| 14 | 8/24/2011 | Eastlake (sisd) | $ | 312.00 | | | | | |
| 15 | 9/16/2011 | MWR/ Biggs Park | $ | 1,000.00 | | | Total | $ | 2,342.34 |
| 16 | 10/27/2011 | Hill Crest (yisd) | $ | 479.20 | | | | | |
| 17 | 10/29/2011 | Eastwood (yisd) | $ | 430.00 | | WEST | | | |
| 18 | 11/3/2011 | Hill Crest (yisd) | $ | 496.30 | | | | | |
| 19 | 11/4/2011 | Ysleta (yisd) | | 316-256 | 1 | 4/9/2011 | Franklin | $ | 185.00 |
| 20 | 11/9/2011 | Epia | $ | 1,461.38 | 2 | 11/18/2011 | Ysleta | $ | 51.00 |
| 21 | 11/11/2011 | Canutillo (sisd) | $ | 200.00 | 3 | 12/7/2011 | Cobre Highschool | $ | 98.00 |
| 22 | 11/15/2011 | Canutillo midd (SISD) | $ | 845.75 | | | | | |
| 23 | 11/16/2011 | USO | $ | 3,000.00 | | | Total | $ | 334.00 |
| 24 | 11/30/2011 | Eastlake | $ | 148.50 | | | | | |
| 25 | 12/8/2011 | Eastlake | $ | 225.00 | | | | | |
| 26 | 12/9/2011 | Tina | $ | 416.30 | | | | | |
| 27 | 12/9/2011 | Ray | $ | 148.84 | | | **Grand Total** | $ | **10,959.91** |
| 28 | 12/10/2011 | USO | $ | 7,000.00 | | | | | |
| 29 | 12/13/2011 | Canutillo | $ | 600.00 | | | | | |
| 30 | 12/13/2011 | Che | $ | 25.00 | | | | | |
| 31 | 12/13/2011 | Ernie | $ | 324.75 | | | | | |
| 32 | 12/13/2011 | Eastlake | $ | 207.00 | | | | | |
| 33 | 12/14/2011 | EPISD | $ | 307.50 | | | | | |
| 34 | 12/14/2011 | Mcgoffin | $ | 958.80 | | | | | |
| 35 | 12/16/2011 | Gc Services | $ | 2,269.46 | | | | | |
| 36 | 12/16/2011 | Housing Authority | $ | 3,495.00 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Ysleta Independet School | $ | 175.00 | we don't know to which Po correspond |
| | University Medical Center of El paso | $ | 204.36 | we don't know to which Po corespond |
| | Virginia Medina Check | $ | 60.00 | |
| | Returned ck | | | |
| 1 | 9/30/2011 | Alorica | $ | 45.96 |
| 2 | 10/18/2011 | Alorica | $ | 32.44 |
| 3 | 10/19/2011 | Alorica | $ | 64.18 |
| 4 | 10/20/2011 | Alorica | $ | 83.54 |
| 5 | 10/21/2011 | Alorica | $ | 56.44 |
| 6 | 10/24/2011 | Alorica | $ | 69.83 |
| 7 | 10/25/2011 | Alorica | $ | 66.05 |
| 8 | 10/27/2011 | Alorica | $ | 33.51 |
| 9 | 11/3/2011 | Alorica | $ | 37.81 |

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

**415 NORTH MESA, THIRD FLOOR**
**EL PASO, TEXAS 79901**

**TELEPHONE (915) 532-7500**
**FACSIMILE (915) 532-7503**

<u>-17-- Pages</u> (including this sheet)

**November 14, 2012**

**TO:**     Mr. Corey W. Haugland          **FAX NO.:** (915) 541-6440
            James & Haugland, P.C.

**FROM:**   Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

*Re:*   *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,*
        *Chowaiki Holdings, LLC, et al. v. Armando Armendariz, et al.;* Adversary
        No. 12-03012-hcm; In the United States Bankrutcy Court for the Western
        District of Texas, El Paso Division

**MESSAGE:**  See attached correspondence and attachments in the above referenced
matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

TRANSACTION REPORT

NOV-14-2012 WED 01:54 PM

FOR: Firth*Johnston*Martinez    915 532 7503

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|------|-------|----------|---------|-------|------|------|----|----|
| NOV-14 | 01:49 PM | 5416440 | 5'21" | 17 | FAX TX | OK | 290 | |

TOTAL :    5M 21S  PAGES:  17

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

**415 NORTH MESA, THIRD FLOOR**
**EL PASO, TEXAS 79901**

**TELEPHONE (915) 532-7500**
**FACSIMILE (915) 532-7503**

-17- Pages (including this sheet)

**November 14, 2012**

TO:    Mr. Corey W. Haugland         FAX NO.: (915) 541-6440
       James & Haugland, P.C.

FROM:  Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re:    DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,
       Chowaiki Holdings, LLC, et al. v. Armando Armendariz, et al.; Adversary
       No. 12-03012-hcm; In the United States Bankrutcy Court for the Western
       District of Texas, El Paso Division

**MESSAGE:** See attached correspondence and attachments in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.