# Exhibit 2

# FIRTH♦JOHNSTON♦MARTINEZ
## A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

**VICTOR M. FIRTH**
Member: Texas and Oklahoma Bars

**CHRISTOPHER R. JOHNSTON†**
Member: Texas and New Mexico Bars

**ANTONIO MARTINEZ, JR.**
Member: Texas Bar

**EDWARD DEV. BUNN, JR.**
Member: Texas and New Mexico Bars

**J. CRAWFORD KERR**
Member: Texas Bar
*Of Counsel*

**CRAWFORD S. KERR, JR.**
Member: Texas Bar

† Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

November 26, 2012

**VIA FACSIMILE: (915) 541-6440**
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

Re: *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-03012-hcm;* In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

Dear Mr. Haugland:

I am writing in response to your letter dated November 21, 2012, regarding Defendants' responses to Plaintiffs' requests for discovery in the above matter. Please find attached a copy of the list of potential non-expert witnesses in response to Interrogatory No. 2 for all Defendants as requested. I will be sending signed verifications for the responses to Interrogatories to you tomorrow. I have not received any response regarding a mutual confidentiality agreement which I proposed in my letter of November 14th. Given that much of the documentation is too voluminous to produce, as stated in the responses, various documents will be made available for inspection at a mutually agreed time. Other documentation, as it contains personal information, will be produced subject to the confidentiality agreement. Once the agreement is finalized and executed by all parties, we will produce the requested documents.

Very truly yours,

FIRTH♦JOHNSTON♦MARTINEZ

Christopher R. Johnston

CRJ:mz

## LIST OF POTENTIAL NON-EXPERT WITNESSES

General Response: For each of the below witnesses, no compensation has been promised and any compensation provided will be in accordance with the Federal Rules of Civil Procedure.

David Chowaiki—Plaintiff
301 Williams St.
El Paso, TX 79901
(915) 637-1970
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Abraham Chowaiki—Father of Plaintiff David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Nadia Nahmed—Mother of Plaintiff David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Hilel Chowaiki—Part owner of various Plaintiff entities, brother of Plaintiff David Chowaiki
301 Williams St.
El Paso, TX 79901
(915) 637-1970
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Ernie Gluck—Consultant of Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Leticia Luna—Prep/Catering team at one or more of Plaintiff entities
1210 Country Club Road
Apt. #6
Santa Teresa, N.M.
(915) 328-1572
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Gary J. Gutierrez—Vending/Game Technician for Plaintiff entities
Address unknown at this time
(915) 345-1800
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jasmine Cervantes—Catering team at one or more of Plaintiff entities
11640 Maquitico Crt.
El Paso, TX 79936
(915) 234-6765
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Tim Giangrossi— Manager at one or more of Plaintiff entities
2317 Ashley River Road      and/or     881 Paris Island Gateway
Apt. B                                  Beauford, SC  29906
Charleston, SC  29414
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Rita Rodriguez—Former employee at one or more of Plaintiff entities
129 Ventura Dr.
El Paso, TX  79907
(915) 443-8786
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Danny Armendariz—Former General Manager for one or more of Plaintiff entities
Janway Dr.
El Paso, TX
(915) 630-3196
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Graciela Castro—Former employee at one or more of Plaintiff entities
Address unknown at this time
El Paso, TX
(915) 249-5960
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Marie Drake—Former General Manager for one or more of Plaintiff entities
81 Camille Drive #27
El Paso, TX 79912
(915) 691-5000
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Lisa Lipscomb—Former cashier at one or more of Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Angel Cruz— Former supervisor/catering/inventory/special events inventory employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Sandy Nevarez—Worked at events catered by one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Javier Lopez, performed wood work for one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Carlos Calderon—Lawn Maintenance for one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jesus Trinidad—Former employee of one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Yvonne Vallejo—Assistant Principal at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jeanette Williams—Principal at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Rachel Montellano—Teacher at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Manuel Segovia—Owner Segovia's Produce, service provider to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jerry Quintero—Owner of Quinteros Meat, service provider to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Alex Gippin—Former City Manager for one or more Plaintiff entities
Address unknown at this time
(580) 647-2921
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jeff Cordero--- Former General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Ray Montano—Former General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Abraham Alfaro---General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Lorraine Gomez—Current or former girlfriend of Abraham Chowaiki
10144 Stedham Circle
El Paso, TX 79927
(915) 204-7219
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Richard Hanson---Former Catering Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Ivan Alfaro –Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Detective Nicole Ram—Detective at El Paso Police Department
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Jesse Esparza—Former CFO for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Vicky Carrasco –Accountant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Rosa Mendez –Accountant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Maribel Alonso—Office employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Marisol Alonso --- Office employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Sharon Dillard —Former Accountant for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Helen Price— Former Accountant for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Don Kingery—Computer Technician
ELPTech
416 Paseo Real
Chaparral, N.M. 88081
(915) 208-5842
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Karon Scalora—Corporate Consultant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Greg Smith— Corporate Consultant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Luis Chacon—Warehouse employee for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Guadalupe Medina —Maintenance for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Hector Saenz—Warehouse Employee/Maintenance for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Dora Saenz—Former manager/vending coin counter for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Tracy Presley—Girlfriend of David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Alex Medrano Jr. —Owner of AMR Equipment Sales
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Lorenzo Carrillo – Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Iveth Macias—Former catering verifier/cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Elvira Rangel—Prep catering at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Oscar Galvan—Cook/catering at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Leslie Orosco—Supervisor at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Flavio Garcia—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Laura Summers—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Timothy Myers—Former manager at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Maribel Myers—Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Maria Sanchez—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Angel Gallegos—Cook at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Angelina Gallegos—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Fernando Salazar—Former breakfast cook at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Gerardo Portillo—Former Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Terrie Todd—Former Executive Director of Amigo Airsho
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Carol Roberts-Spence—Former Executive Director Amigo Airsho
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Robert Medrano—Associated with event(s) catered by one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Raul Barraza—Provides/provided services to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Christy Alcala—Representative for Glazers; provides services to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Nayeli Gonzalez—Cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Jonny Villalobos—Delivery driver for US Foods
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Many Delgado—Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Adriana Balderrama—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Darlene Montoya—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Tanya Montano—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Syndil Cedillo—Cashier/catering at one or more Plaintiff entities
3712 Tierra Alamo
El Paso, TX 79938
(915) 867-4457
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Sara Dubow—Sales representative for KTSM
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Joe Lucero—Marketing Associate for Sysco
601 Comanche Rd NE
Albuquerque, NM. 87107
915-256-6366
800-669-3663 Ext. 1809
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Elizabeth Dupont—Marketing Associate for Sysco
Address unknown at this time
(915) 238-7916
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Trisha Roney—Army & Air Force Exchange Service, Services & Vending
Slater & Chaffee Rd. Fort Bliss, Tx 79918
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Tomas Alva—Army & Air Force Exchange Service, Services & Vending
Slater & Chaffee Rd. Fort Bliss, TX 79918
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Yolanda Facio—ADC Accounts Payable; accounts payable for one or more Plaintiffs
101 Lindbergh Drive
Santa Teresa, NM 88008
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Amanda Anguiano—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Todd Roberts—General Manager for ProTech Home Systems
7370 Remcon Circle
El Paso, TX 79912
915-241-7558
915-755-8884
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Kelly Simon
William Chancellor
Patrick Morrison
K. Simon Construction
12236 Maria Seanes
El Paso, TX 79936
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

<u>13 Pages</u> (including this sheet)

**November 26, 2012**

TO:    Mr. Corey W. Haugland          FAX NO.: (915) 541-6440
       James & Haugland, P.C.

FROM:  Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re:   *DHC Realty, INc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al; Adversary No. 12-03012-hcm; In the United States Bankruptcy Court for the Western District of Texas, El Paso Division*

MESSAGE:   See attached correspondence in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
************************************************************************
*                      TRANSACTION REPORT                               *
*                                                NOV-26-2012 MON 04:03 PM *
*                                                                        *
*    FOR: Firth*Johnston*Martinez        915 532 7503                    *
*                                                                        *
*------------------------------------------------------------------------*
*    SEND                                                                *
*   DATE  START    RECEIVER         TX TIME   PAGES TYPE     NOTE    M# DP*
*------------------------------------------------------------------------*
*  NOV-26 03:58 PM 5416440           4'05"     13   FAX TX   OK      300 *
*------------------------------------------------------------------------*
*                               TOTAL :    4M 5S  PAGES: 13              *
************************************************************************
```

# FIRTH♦JOHNSTON♦MARTINEZ
### A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

**13 Pages** (Including this sheet)

**November 26, 2012**

**TO:**  Mr. Corey W. Haugland       **FAX NO.:** (915) 541-6440
James & Haugland, P.C.

**FROM:**  Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re: DHC Realty, INc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al; Adversary No. 12-03012-hcm; In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

**MESSAGE:** See attached correspondence in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.