# Exhibit 1

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

**VICTOR M. FIRTH**
Member: Texas and Oklahoma Bars

**CHRISTOPHER R. JOHNSTON**[†]
Member: Texas and New Mexico Bars

**ANTONIO MARTINEZ, JR.**
Member: Texas Bar

**EDWARD DEV. BUNN, JR.**
Member: Texas and New Mexico Bars

**J. CRAWFORD KERR**
Member: Texas Bar
*Of Counsel*
**CRAWFORD S. KERR, JR.**
Member: Texas Bar

[†] Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

November 14, 2012

**VIA FACSIMILE: (915) 541-6440**
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

Re: *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-03012-hcm;* In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

Dear Mr. Haugland:

I am writing in response to the telephone call I received last week from your associate, Mr. Wall, requesting clarification on various requests for production. Below is some clarification for the responses you inquired about as well as attached document samples:

| | |
|---|---|
| Request for Production No. 15 c.: | Requests copies of manager payroll checks with stubs; payroll reports, see attached "Management Payroll 12-31-2011" example. |
| Request for Production No. 16: | See attached "Weekly Catering Recap" example. |
| Request for Production No. 21: | All checks that were issued to Army & Air Force Exchange Service (AAFES) with a paid percentage for sales from Dona Ana, McGreggor Range, Fort Bliss, Holloman Base for the stated dates. |

C. Haugland
November 14, 2012
Page 2

| | |
|---|---|
| Request for Production No. 29: | Managers in store monthly, completed inventories for stated date range. See attached inventory spreadsheet example (10 pages). |
| Request for Production No. 38: | See attached payouts "FUDDS 1" example (1 page). |
| Request for Production No. 45: | All questionnaires, reports, and/or documents requested from Luby's Fuddruckers Restaurants, LLC auditing department. |
| Request for Production No. 48: | See attached "PO Catering Outstanding 2010" example. |

In addition to the above, Defendants' discovery was served via Certified U.S. Mail on September 17, 2012. Pursuant to FRCP §§ 33(b)(2), 34(b)(2)(A), and 6(d), Plaintiffs' responses were due no later than October 22, 2012. No attempts were made requesting additional time to respond. I only received a telephone call from Mr. Wall last week regarding the above discovery requests. Please let me know why you have not responded to my clients' discovery requests, and when you intend to serve them.

We are also in the process of preparing Defendants' responses to Plaintiffs' discovery. Many of Plaintiffs' Requests for Production seek Defendants' personal information relating to bank account statements, income tax returns, telephone records, etc. Since these documents contain Defendants' personal information, we will produce only subject to a signed confidentiality agreement. Since I am assuming your client would likewise wish to keep some of their documentation confidential, I propose a mutual confidentiality agreement. If this is agreeable to you, could you please draft a mutual agreement and send it to me for review.

Very truly yours,

FIRTH♦JOHNSTON♦MARTINEZ

Christopher R. Johnston

CRJ:mz



# Management Payroll

# 12-31-2011

### Far East

**Abraham Alfaro**
**Danny Armendariz**
**Hector Armendariz**
**Yvette Armendariz**
**Marie Drake**

 

## WEEKLY CATERING RECAP

WEEK ENDING: 08/24/2008

| CONTRACTED | M | TU | WED | TH | FRI | SAT | SUN | TOTAL |
|---|---|---|---|---|---|---|---|---|
| McGregor | $ N/A | 664 | 950 | N/A | | N/A | N/A | $1,614 |
| DONA ANNA | $ N/A | N/A | N/A | N/A | N/A | N/A | N/A | $0 |
| WHITE SANDS | $ N/A | 532 | N/A | N/A | N/A | N/A | N/A | $532 |
| ADC | $ 198 | 294 | 174 | 264 | 216 | N/A | N/A | $1,146 |

**TOTAL CONTRACTED $3,292**

**PRIVATE**

| Name | | Day | Store | Amount |
|---|---|---|---|---|
| JESUS | po | TUE | F. EAST | $280 |
| BECKY | | TUE | WEST | $480 |
| TERRI | po | TUE | F. EAST | $400 |
| YOLONDA | | TUE | F. EAST | $195 |
| PARKER | | TUE | F. EAST | $480 |
| STATE FARM | | TUE | WEST | $333 |
| MR. GREY | | THUR | F. EAST | $550 |
| RAY | | THUR | F. EAST | $261.33 |
| KATHIA | po | THUR | F. EAST | $1600 |
| JEAN | | THUR | F. EAST | $125 |
| LETTY | po | FRI | F. EAST | $572 |
| LETTY | | FRI | F. EAST | $195 |
| KATHY | po | FRI | F. EAST | $1100 |
| BECKY | | FRI | WEST | $433 |
| MAGGIE | | SAT | F. EAST | $435.11 |
| ANNA | | SAT | F. EAST | $1970.15 |
| ANNA | | SAT | F. EAST | $454.65 |
| HELEN | | SAT | EAST | $81 |

**TOTAL PRIVATE CATERING: $ 9,945.24**

TOTAL CATERING BY STORE:

EAST: $81
WEST: $913
F.EAST $12,243.24

**Total Catering $13,237.24**

### WEEKLY SALES & LABOR

| | TY/ SALES | LY SALES | % + OR - | GC | HR | $ | % |
|---|---|---|---|---|---|---|---|
| EAST | 20,340 | 34,130 | -40.40 | 2029 | 558 | 3836 | 18.86% |
| WEST | 29,071 | 29,597 | -1.77% | 2728 | 772 | 5186 | 17.84% |
| F. EAST | 28,404 | N/A | N/A | 1886 | 682 | 4226 | 16.29% |
| COMPANY | 77,815 | 63,727 | +22.10% | 6643 | 2012 | 13,248 | 17.0% |

week ending 11/16/08

| PRODUCT | ADC | Bng | PUR | PUR | TRAN | TOTAL end inv | USED | COST | TOTAL | TOTAL PUR |
|---|---|---|---|---|---|---|---|---|---|---|
| **MEAT** | | | | | | | | | | |
| FUNL CAKE | Each | | | | | | | | | |
| 1 lb. | Each | | | | | 3 | | $24.03 | 0 | $0.00 |
| 2/3 Superio Patties | lb. | | | | | | 0 | $11.59 | 0 | $0.00 |
| Bacon Slices | Case | | | | | | 7 | $29.58 | 207.06 | $0.00 |
| 1/2 lb (8oz) | Case | | | | | | 0 | $29.55 | 0 | $0.00 |
| 1/3 LB (5.3) | Case | | | | | ###### | 0 | $19.70 | #VALUE! | $0.00 |
| 1/5 lb (3.2) | Case | | | | | | 0 | $31.52 | 0 | $0.00 |
| Dog Big 15 per pack 2packs | Each | | | | | | 0 | $0.60 | 0 | $0.00 |
| Dog Kid 48 per pack 2/ | Each | | | | | | 0 | $0.38 | 0 | $0.00 |
| Garden Burger 48/case | Case | | | | | | 0 | $0.77 | 0 | $0.00 |
| Foods ribey 6oz | Each | | | | | | 0 | $2.77 | 0 | $0.00 |
| ..eye 6 oz. | Each | | | | | | 0 | $6.06 | 0 | $0.00 |
| Ribeye 12 oz. | Each | | | | | | 0 | $6.38 | 0 | $0.00 |
| Sirloin 6 oz. | Each | | | | | | 0 | $1.37 | 0 | $0.00 |
| Sirloin 12 oz. | Each | | | | | | 0 | $3.29 | 0 | $0.00 |
| Buffalo Patty 40 PC. | Each | | | | | | 0 | $1.80 | 0 | $0.00 |
| Beef Tripe | Lb. | | | | | | 0 | $1.41 | 0 | $0.00 |
| Breakfast ham spiral | Lb. | | | | | | 0 | $2.99 | 0 | $0.00 |
| Sausage Links | Case | | | | | | 0 | $27.25 | 0 | $0.00 |
| Breakfast ham 160/ pack 4/pack | Slice | | | | | | 0 | $0.10 | 0 | $0.00 |
| **19 CHEESE/DAIRY** | | | | | | | TOTAL | | #VALUE! | #VALUE! |
| American | Sleeve | | | | | | 0 | $11.62 | 0 | $0.00 |
| Buttermilk | 1/2 Gal | | | | | | 0 | $2.17 | 0 | $0.00 |
| Cheddar (sliced) | Sleeve | | | | | | 0 | $4.06 | 0 | $0.00 |
| Cheddar/Jack Bld | Bag | | | | | | 0 | $11.86 | 0 | $0.00 |
| Cheese, Golden Velvet Ylw Spr | Blocks | | | | | | 0 | $10.06 | 0 | $0.00 |
| Creamers all flavors | Case | | | | | | 0 | $14.05 | 0 | $0.00 |
| Garlic Marg | Each | | | | | | 0 | $9.70 | 0 | $0.00 |
| Margarine | Blocks | | | | | | 0 | $0.73 | 0 | $0.00 |
| Margarine CUPS | CASE | | | | | | 0 | $15.35 | 0 | $0.00 |
| Milk Gallons | Gallon | | | | | | 0 | $4.17 | 0 | $0.00 |
| Monterey Jack | Sleeve | | | | | | 0 | $3.31 | 0 | $0.00 |
| ..ressan, Shed | Sleeve | | | | | | 0 | $11.38 | 0 | $0.00 |
| ..pperJack | Sleeve | | | | | | 0 | $6.28 | 0 | $0.00 |
| Sour Cream | lbs | | | | | | 0 | $1.16 | 0 | $0.00 |
| Swiss | Sleeve | | | | | | 0 | $4.43 | 0 | $0.00 |
| ..pld hard ckd eggs | Each | | | | | | 0 | $2.27 | 0 | $0.00 |
| ..liquid eggsW Citric(2ea Case) | Each | | | | | | 0 | $26.72 | 0 | $0.00 |
| ..liquid eggs | Each | | | | | | 0 | $27.43 | 0 | $0.00 |
| Yogurt | Each | | | | | | TOTAL | $2.30 | 0 | 0.00% |
| **BREAD** | | | | | | | | | | |
| Sesame Seedsx | Each | | | | | | 0 | $6.37 | 0 | $0.00 |
| Yeast 20/cs | Each | | | | | | 0 | $3.50 | 0 | $0.00 |
| Baking powder | TUB | | | | | | 0 | $9.91 | 0 | $0.00 |
| Baking soda | BOX | | | | | | 0 | $1.66 | 0 | $0.00 |
| Vanilla extract | gal | | | | | | 0 | $4.99 | 0 | $0.00 |
| Oil Pan Coating | Each | | | | | | 0 | $2.72 | 0 | $0.00 |
| Cina Roll | Each | | | | | | 0 | $0.20 | 0 | $0.00 |

| Item | Unit | | | | | | |
|---|---|---|---|---|---|---|---|
| Icing mix | TUB | | | | 0 | $17.27 | 0 | $0.00 |
| Cinnamon Powder | Each | | | | 0 | $7.99 | 0 | $0.00 |
| Brown sugar | BG | | | | 0 | $0.46 | 0 | $0.00 |
| Brown sugar light | Bag | | | | 0 | $20.10 | 0 | $0.00 |
| Sugar Powder | bag | | | | 0 | $1.65 | 0 | $0.00 |
| Sugar | bag | | | | 0 | $23.89 | 0 | $0.00 |
| Waffle Mix & pancake | BAG | | | | 0 | $3.42 | 0 | $0.00 |
| All purpose flour | BAG | | | | 0 | $16.89 | 0 | $0.00 |
| Wheat flour | BAG | | | | 0 | $17.41 | 0 | $0.00 |
| Peanut butter | TUB | | | | 0 | $6.29 | 0 | $0.00 |
| Brownie Fzn Half Sheet 6/case | sheet | | | | 0 | $9.15 | 0 | $0.00 |
| Mac nuts | Lb. | | | | 0 | $14.34 | 0 | $0.00 |
| Choc chips | BOX | | | | 0 | $46.52 | 0 | $0.00 |
| Raisans | Lb. | | | | 0 | $1.80 | 0 | $0.00 |
| Oatmeal | Lb. | | | | 0 | $1.66 | 0 | $0.00 |
| Buns | Each | | | | 0 | $0.01 | 0 | $0.00 |
| **FROZEN PREPARED** | | | | | TOTAL | | 0 | 0.00% |
| Il FZN Bag 4 (8lb) | BAG | | | | 0 | $10.83 | 0 | $0.00 |
| Chili BF HMSTY 6 ( 5lb) tub | Each | | | | 0 | $7.57 | 0 | $0.00 |
| Breakfast potatos (6case) | BAG | | | | 0 | $4.12 | 0 | $0.00 |
| Fries | Case | | | | 0 | $20.46 | 0 | $0.00 |
| Jalapeno Poppers (4/case) | Bag | | | | 0 | $11.20 | 0 | $0.00 |
| Macaroni & Cheese | Each | | | | 0 | $0.70 | 0 | $0.00 |
| Corn dog | CASE | | | | 0 | $25.46 | 0 | $0.00 |
| Mozzerella Cheese Sticks (6/case) | Bag | | | | 0 | $7.15 | 0 | $0.00 |
| Onion Rings | Case | | | | 0 | $15.18 | 0 | $0.00 |
| Flour Tortilla 6" | pack | | | | 0 | $0.94 | 0 | $0.00 |
| Flour Tortilla 12-12" | Pack | | | | 0 | $2.53 | 0 | $0.00 |
| Tortilla Corn Pre 6-cut | Case | | | | 0 | $24.13 | 0 | $0.00 |
| Tortilla Strips | Case | | | | 0 | $24.72 | 0 | $0.00 |
| Tortilla Corn | Pack | | | | 0 | $2.41 | 0 | $0.00 |
| Chicken & Sausage Gumbo | Each | | | | 0 | $11.74 | 0 | $0.00 |
| Chicken Noodle Soup | Each | | | | 0 | $5.21 | 0 | $0.00 |
| Clam Chowder Soup | Each | | | | 0 | $10.51 | 0 | $0.00 |
| Tomatoe Florentine | Each | | | | 0 | $8.15 | 0 | $0.00 |
| Tortilla Soup | Each | | | | 0 | $5.87 | 0 | $0.00 |
| Minestrone | Each | | | | 0 | $9.14 | 0 | $0.00 |
| Vegetable garden | Each | | | | 0 | $8.46 | 0 | $0.00 |
| Vegetable Beef | Each | | | | 0 | $5.16 | 0 | $0.00 |
| Vegetable Blend | Case | | | | 0 | $20.47 | 0 | $0.00 |
| **BEVERAGES** | | | | | TOTAL | | 0 | 0.00% |
| AAll 5 Gallon Drink Bibs | Box | | | | 0 | $50.20 | 0 | $0.00 |
| Coffee Decaf liquid | Each | | | | 0 | $63.51 | 0 | $0.00 |
| Cofee Regular liquid | Each | | | | 0 | $60.02 | 0 | $0.00 |
| Dr. Pepper Bib | Box | | | | 0 | $9.34 | 0 | $0.00 |
| IBC Bottles | Each | | | | 0 | $0.58 | 0 | $0.00 |
| Sugar packets | Box | | | | 0 | $11.36 | 0 | $0.00 |
| Sugar Gran | bag | | | | 0 | $23.30 | 0 | $0.00 |
| Water bottle | Each | | | | 0 | $0.45 | 0 | $0.00 |
| Sweet n' Low & Splenda | Box | | | | 0 | $27.90 | 0 | $0.00 |
| Tea all flavors24/ reg 32 | Each | | | | 0 | $0.30 | 0 | $0.00 |
| Gape juice | Each | | | | 0 | $1.95 | 0 | $0.00 |
| Apple juice | Each | | | | 0 | $1.94 | 0 | $0.00 |
| all Mexican sodas | BOTTLE | | | | 0 | $0.55 | 0 | $0.00 |
| Orange juice | Each | | | | 0 | $2.08 | 0 | $0.00 |

## PRODUCE

| Item | Unit | Qty | Price | Ext | Total |
|---|---|---|---|---|---|
| Avocados | Case | 0 | $29.75 | 0 | $0.00 |
| Bananas | Lb | 0 | $0.45 | 0 | $0.00 |
| Cabbage Red | Lb | 0 | $1.35 | 0 | $0.00 |
| cantalope | each | 0 | $1.00 | 0 | $0.00 |
| Carrots Shredded | bag | 0 | $1.25 | 0 | $0.00 |
| Celery Sticks (36 ct/bunch) | Lb | 0 | $0.60 | 0 | $0.00 |
| Cilantro | Bunch | 0 | $0.35 | 0 | $0.00 |
| Cole Slaw | LB | 0 | $0.90 | 0 | $0.00 |
| Cut Romaine | Bag | 0 | $4.69 | 0 | $0.00 |
| Dry red chile | LB | 0 | $1.90 | 0 | $0.00 |
| Jalapenos | lb | 0 | $0.60 | 0 | $0.00 |
| Kale | Case | 0 | $12.75 | 0 | $0.00 |
| Lemons | Lb | 0 | $0.85 | 0 | $0.00 |
| Lettuce - Iceburg 24 ct | Case | 0 | $17.50 | 0 | $0.00 |
| Lettuce - shredded | Bag | 0 | $3.50 | 0 | $0.00 |
| Limes | lb | 0 | $0.65 | 0 | $0.00 |
| "ng Green Chili (Anaheim) | Lb | 0 | $1.40 | 0 | $0.00 |
| shrooms PBello | Case | 0 | $16.50 | 0 | $0.00 |
| mushrooms Sliced (#5 and #10) | Case | 0 | $18.00 | 0 | $0.00 |
| Potatoes (50 to 60 ct.) | Case | 0 | $18.75 | 0 | $0.00 |
| Red onions | LB | 0 | $0.30 | 0 | $0.00 |
| Red onions rings | Bag | 0 | $1.45 | 0 | $0.00 |
| Salad Mix | Bag | 0 | $3.44 | 0 | $0.00 |
| Strawberry | each | 0 | $2.25 | 0 | $0.00 |
| Tomatoes 5/6 | Case | 0 | $21.75 | 0 | $0.00 |
| Papaya | lb | 0 | $0.80 | 0 | $0.00 |
| mix veg | each | 0 | $0.00 | 0 | $0.00 |
| Jalapenos (6 - #10) | Can | 0 | $2.97 | 0 | $0.00 |
| Watermelon | lb | 0 | $0.20 | 0 | $0.00 |
| Eggs | Dozen | 0 | $1.23 | 0 | $0.00 |
| Jalapenos whole (6 - #10) | CAN | 0 | $3.04 | 0 | $0.00 |
| Garlic | lb | 0 | $0.90 | 0 | $0.00 |
| Onion White | lb | 0 | $0.40 | 0 | $0.00 |
| Red baby potato | lbs | 0 | $0.50 | 0 | $0.00 |
| Yellow onion rings | LB | 0 | $1.40 | 0 | $0.00 |
| TOTAL | | 0 | | 0 | 0.00% |

## OTHER FOODS

| Item | Unit | Qty | Price | Ext | Total |
|---|---|---|---|---|---|
| Noodle Cwow mein | can | 0 | $4.12 | 0 | $0.00 |
| Mandarin Oranges | Can | 0 | $4.55 | 0 | $0.00 |
| "ne Crackers | Case | 0 | $9.94 | 0 | $0.00 |
| gar Balsamic | Bottle | 0 | $17.87 | 0 | $0.00 |
| Vinegar White | Bottle | 0 | $2.28 | 0 | $0.00 |
| Gravy mix turkey | bag | 0 | $0.42 | 0 | $0.00 |
| Sugar free syrup | BTL | 0 | $1.93 | 0 | $0.00 |
| Syrup regular | Each | 0 | $3.53 | 0 | $0.00 |
| Syrup Diet | Each | 0 | $16.69 | 0 | $0.00 |
| Jelly | BOX | 0 | $14.24 | 0 | $0.00 |
| Spaghetti | bag | 0 | $8.78 | 0 | $0.00 |
| Lasagna | bag | 0 | $1.21 | 0 | $0.00 |
| Spaghetti Sauce | CN | 0 | $4.84 | 0 | $0.00 |
| Hominy | cn | 0 | $3.02 | 0 | $0.00 |
| Teriaky sauce | TUB | 0 | $7.66 | 0 | $0.00 |
| Pinneapple tibs 36/ | CN | 0 | $0.49 | 0 | $0.00 |
| Jello | BG | 0 | $1.61 | 0 | $0.00 |
| Batter mix | Each | 0 | $5.26 | 0 | $0.00 |
| Sauce Chili red | Each | 0 | $5.17 | 0 | $0.00 |
| TOTAL | | 0 | | 0 | 0.00% |

### Weekly usage tally

| Item | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Tot |
|---|---|---|---|---|---|---|---|---|
| Avocados | 1 | | | | 1 | | | 2 |
| Bananas | | 3 | | | 5 | | | 8 |
| Cabbage Red | | | | | 5 | | | 5 |
| cantalope | | | | | 2 | | | 2 |
| Carrots Shredded | 5 | | | | | | | 5 |
| Celery | | | 1 | | 1 | | | 2 |
| Cilantro | | | | 1 | 1 | | | 2 |
| Cole Slaw lb | | | | | 5 | | | 5 |
| Chopped Romaine | 4 | | | | 4 | 4 | | 12 |
| Dry red chile | | | | | | | | 0 |
| Jalapenos lbs | 25 | | 5 | | 25 | | | 55 |
| Kale | | | | | | | | 0 |
| Lemons | 5 | | 5 | | 10 | | | 20 |
| Lettuce - Iceburg 24 ct | | 1 | 1 | 1 | 2 | | | 5 |
| Lettuce - shredded | 1 | | | | | | | 1 |
| Limes | | | | | | | | 0 |
| Long Green Chili (Anaheim) | 25 | | | | | | | 25 |
| Mushrooms PBello | | | 1 | | | 1 | | 2 |
| Mushrooms Sliced (#5 and #10) | 2 | | 1 | | | | | 3 |
| Potatoes (50 to 60 ct.) | | | | 1 | | | | 1 |
| Red onions | 5 | | 10 | 5 | | | | 20 |
| Red onions rings | 4 | | | | | | | 4 |
| Salad Mix | | | | | | | | 0 |
| Strawberry | | | | | 1 | | | 1 |
| Tomatoes 5/6 | | 3 | 3 | | | | | 7 |
| Papaya | | | | | | 6 | | 6 |
| mix veg | | | | | | | | 0 |
| Jalapenos (6 - #10) | | 6 | | | | | | 6 |
| Watermelon | | | | | | | | 0 |
| Eggs | | | | | | | | 0 |
| Jalapenos whole (6 - #10) | | | | | | | | 0 |
| Garlic | | | | | | | | 0 |
| Onion White | | | | | | | | 0 |
| red baby potato | | | | | | | | 0 |
| Yellow onion rings | 10 | | | | 10 | 15 | | 35 |

| PREP | | | | | |
|---|---|---|---|---|---|
| Coleslaw Prepped | Pan | | 0 | $5.00 | $0.00 |
| Guacamole Fresh | Pan | | 0 | $6.50 | $0.00 |
| Jalapeno Ground | Pan | | 0 | $5.00 | $0.00 |
| Jalapeno Pan | 1/2 Pan | | 0 | $7.52 | $0.00 |
| Lettuce Caps | Pan | | 0 | $2.67 | $0.00 |
| Onions Sliced | Pan | | 0 | $8.00 | $0.00 |
| Pickles Pan | 1/2 Pan | | 0 | $5.70 | $0.00 |
| Pico De Gallo | 1/2 Pan | | 0 | $17.63 | $0.00 |
| Prep 3 way Salad | Lb | | 0 | $2.89 | $0.00 |
| Prep Romaine Salad | Lb | | 0 | $0.25 | $0.00 |
| Tomatoes Diced | 1/2 Pan | | 0 | $9.87 | $0.00 |
| Tomatoes Sliced | Pan | | 0 | $6.44 | $0.00 |
| | | TOTAL | 0 | 0.00% | $0.00 |
| DESSERTS | | | | | |
| Brownie all flavors | Each | | 0 | $0.60 | $0.00 |
| Rainbow Sprinkles | box | | 0 | $9.02 | $0.00 |
| erries | Each | | 0 | $11.10 | $0.00 |
| ramel (17 oz) | Each | | 0 | $1.71 | $0.00 |
| M&M Pieces | Each | | 0 | $28.58 | $0.00 |
| Hersheys Choc Syrup #10 | Can | | 0 | $7.68 | $0.00 |
| Topping,choc 16oz 12/ | can | | 0 | $1.85 | $0.00 |
| Malt Powder | Each | | 0 | $9.58 | $0.00 |
| LMN Pie Mge | Each | | 0 | $4.87 | $0.00 |
| Strawberry Syrup (96 oz) | Each | | 0 | $13.28 | $0.00 |
| Vanilla Syrup | Gallon | | 0 | $7.75 | $0.00 |
| Slivered Almonds | Sleeve | | 0 | $13.91 | $0.00 |
| Walnuts | Bag | | 0 | $14.01 | $0.00 |
| Whip Cream Aerosol 15 oz | Each | | 0 | $1.25 | $0.00 |
| Cookies all flavors | Each | | 0 | $0.19 | $0.00 |
| CRM Cheese Ice Henry | Tub | | 0 | $49.35 | $0.00 |
| Icing mix choc cream | box | | 0 | $10.56 | $0.00 |
| Fudge Henry Icing | Tub | | 0 | $32.33 | $0.00 |
| Ice Cream (all flavors) | 3 Gallon | | 0 | $14.83 | $0.00 |
| Vanilla Ice Cream | 3 Gallon | | 0 | $14.83 | $0.00 |
| Krispies Treats | Each | | 0 | $0.75 | $0.00 |
| Marshmallows | Bag | | 0 | $1.28 | $0.00 |
| Rice Krispies | Bag | | 0 | $7.13 | $0.00 |
| Waffle Cone Mix add H2O | Bag | | 0 | $7.31 | $0.00 |
| opping,choc #10 | EACH | | 0 | $5.00 | $0.00 |
| ar cookie dough | Case | | 0 | $26.33 | $0.00 |
| ' cookie dough | Case | | 0 | $25.93 | $0.00 |
| Apple Pies | Each | | 0 | $5.40 | $0.00 |
| Cookies Dough hay stak | Tub | | 0 | $26.29 | $0.00 |
| Dough Cookiewht Choc Tripl | Case | | 0 | $30.00 | $0.00 |
| Blonde w/pprmnt cky dough | Case | | 0 | $55.75 | $0.00 |
| wht choc mac dough | case | | 0 | $33.83 | $0.00 |
| m&n cookie dough | case | | 0 | $27.83 | $0.00 |
| Dough Choc chunk | Case | | 0 | $27.83 | $0.00 |
| rocky rd dough | Case | | 0 | $37.09 | $0.00 |
| Cherry pie | Each | | 0 | $7.47 | $0.00 |
| Chocolate Cream Pie | Each | | 0 | $4.06 | $0.00 |
| Coconut Cream Pie | Each | | 0 | $4.43 | $0.00 |
| Strawberry Cream Pie | Each | | 0 | $7.38 | $0.00 |
| Pecan Pie | Each | | 0 | $5.38 | $0.00 |
| Boston Pie | Each | | 0 | $5.25 | $0.00 |
| Bana Cream Pie | Each | | 0 | $4.06 | $0.00 |
| Kid Ice Cream Cone | Sleeve | | 0 | $3.94 | $0.00 |

| Item | Unit | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Oreo Crumbs 12/ | Carton | | 0 | $2.57 | 0 | | 0 | $0.00 |
| Cheese cake variety | EA | | 0 | $7.55 | 0 | | 0 | $0.00 |
| Choco tort | EA | | 0 | $11.74 | 0 | | 0 | $0.00 |
| **POULTRY** | | | | TOTAL | | 0.00% | | $0.00 |
| Chix Fritters 4 Bag Per Case | Bag | | 0 | $11.06 | 0 | | 0 | $0.00 |
| Chicken Breast 80 per Case | Each | | 0 | $0.84 | 0 | | 0 | $0.00 |
| Ostrich Patties 30/ | Each | | 0 | $2.63 | 0 | | 0 | $0.00 |
| Turkey Burgers 28 per Case | Each | | 0 | $3.21 | 0 | | 0 | $0.00 |
| Crispy Chicken 52/cs 4 w/ 13 | Each | | 0 | $0.87 | 0 | | 0 | $0.00 |
| Chich wing brdd mmtd | bg | | 0 | $24.07 | 0 | | 0 | $0.00 |
| Boneless wings 4bags cs | bg | | 0 | $11.61 | 0 | | 0 | $0.00 |
| **SEAFOOD** | | | | TOTAL | | 0.00% | | $0.00 |
| Salmon Filet 32 PC. | EA | | 0 | $1.44 | 0 | | 0 | $0.00 |
| Fresh cod | Case | | 0 | $49.62 | 0 | | 0 | $0.00 |
| **CONDIMENTS** | | | | TOTAL | | 0.00% | | $0.00 |
| A1 Sauce Rg & Bold | Each | | 0 | $2.95 | 0 | | 0 | $0.00 |
| BBQ Pouch | Pouch | | 0 | $12.79 | 0 | | 0 | $0.00 |
| Buffalo Sauce Frank's | Jug | | 0 | $13.02 | 0 | | 0 | $0.00 |
| Mix Cheese Sauce(6) | Bag | | 0 | $5.30 | 0 | | 0 | $0.00 |
| Chipotle BBQ | Each | | 0 | $2.19 | 0 | | 0 | $0.00 |
| Heinz 57 | Each | | 0 | $1.30 | 0 | | 0 | $0.00 |
| Honey Mustard | Pouch | | 0 | $11.86 | 0 | | 0 | $0.00 |
| Mustard Packets | Case | | 0 | $10.83 | 0 | | 0 | $0.00 |
| Yellow Mustard Pouch | Pouch | | 0 | $5.74 | 0 | | 0 | $0.00 |
| Spicy Mustard Pouch | Pouch | | 0 | $7.37 | 0 | | 0 | $0.00 |
| Horseradish | Each | | 0 | $4.37 | 0 | | 0 | $0.00 |
| Ketchup pouch | Pouch | | 0 | $8.54 | 0 | | 0 | $0.00 |
| Ketchup Packets | Case | | 0 | $22.83 | 0 | | 0 | $0.00 |
| L&P Worcestershire | Each | | 0 | $1.24 | 0 | | 0 | $0.00 |
| Picante Mild | Each | | 0 | $8.69 | 0 | | 0 | $0.00 |
| Pickles Heinz6/ | Bag | | 0 | $2.98 | 0 | | 0 | $0.00 |
| Relish | Each | | 0 | $8.00 | 0 | | 0 | $0.00 |
| Tabasco Green and Red | Each | | 0 | $2.48 | 0 | | 0 | $0.00 |
| Tomatoe, Diced w/Green Chili | Can | | 0 | $1.73 | 0 | | 0 | $0.00 |
| Mayo Packets | Case | | 0 | $12.42 | 0 | | 0 | $0.00 |
| Mayo Pouch 1.5 | Pouch | | 0 | $10.73 | 0 | | 0 | $0.00 |
| Mayo Gallon | Each | | 0 | $8.86 | 0 | | 0 | $0.00 |
| Iula | BTL | | 0 | $1.85 | 0 | | 0 | $0.00 |
| Chili sauce | BTL | | 0 | $2.61 | 0 | | 0 | $0.00 |
| Honey | Each | | 0 | $12.99 | 0 | | 0 | $0.00 |
| Honey 9 gram | cs | | 0 | $14.90 | 0 | | 0 | $0.00 |
| **DRESSING/OIL** | | | | TOTAL | | 0.00% | | $0.00 |
| Blue Cheese | Each | | 0 | $11.89 | 0 | | 0 | $0.00 |
| Caesar | Each | | 0 | $13.10 | 0 | | 0 | $0.00 |
| canola Oil 75% (cs+4) | Each | | 0 | $14.70 | 0 | | 0 | $0.00 |
| Coleslaw Dr. | Each | | 0 | $10.33 | 0 | | 0 | $0.00 |
| French | Each | | 0 | $8.74 | 0 | | 0 | $0.00 |
| Fry Oil | Each | | 0 | $22.77 | 0 | | 0 | $0.00 |
| Golden Griddle | Each | | 0 | $18.18 | 0 | | 0 | $0.00 |
| Italian Golden | Each | | 0 | $5.55 | 0 | | 0 | $0.00 |
| Oriental Sesame | Each | | 0 | $15.99 | 0 | | 0 | $0.00 |

| Item | Unit | | | | Price | Qty | Total |
|---|---|---|---|---|---|---|---|
| Cattle bbq | Each | | | | $9.42 | 0 | $0.00 |
| Ranch Fat Free | Each | | | | $9.32 | 0 | $0.00 |
| Ranch Packets | Each | | | | $1.65 | 0 | $0.00 |
| Raspberry vinegret | Each | | | | $7.06 | 0 | $0.00 |
| Soy Sauce | Each | | | | $7.86 | 0 | $0.00 |
| Vegatable shortening | each | | | | $31.98 | 0 | $0.00 |
| Thousand Island | Each | | | | $9.86 | 0 | $0.00 |
| **SPICES** | | | | | **TOTAL** | 0 | 0.00% |
| Dill weed | Bag | | | | $9.84 | 0 | $0.00 |
| Blackened Seasoning | Bag | | | | $11.86 | 0 | $0.00 |
| Bulk Black Pepper | Each | | | | $24.60 | 0 | $0.00 |
| Cinnamon | Each | | | | $26.72 | 0 | $0.00 |
| Cayenne | Each | | | | $5.15 | 0 | $0.00 |
| Chili Powder | Each | | | | $29.42 | 0 | $0.00 |
| Crse Grd Blk Pepper | each | | | | $9.61 | 0 | $0.00 |
| Lemon Pepper | Each | | | | $9.90 | 0 | $0.00 |
| Gar Gran | Each | | | | $31.86 | 0 | $0.00 |
| egano | each | | | | $17.21 | 0 | $0.00 |
| Pepper Red Crush | each | | | | $27.79 | 0 | $0.00 |
| Ground Mustard | Each | | | | $3.40 | 0 | $0.00 |
| Fajita Spice | Each | | | | $10.99 | 0 | $0.00 |
| Cajun seasonig | Each | | | | $10.29 | 0 | $0.00 |
| Salt Iodized | Pound | | | | $0.43 | 0 | $0.00 |
| Salt Kosher | Box | | | | $0.26 | 0 | $0.00 |
| Saute Seasoning | Bag | | | | $1.19 | 0 | $0.00 |
| Spud Spice | Case | | | | $30.29 | 0 | $0.00 |
| Taco Seasoning | Bag | | | | $1.87 | 0 | $0.00 |
| White Pepper | Each | | | | $15.10 | 0 | $0.00 |
| **BAR CONDIMENTS** | | | | | **TOTAL** | 0 | 0.00% |
| Canada Dry Tonic Water | Each | | | | $3.15 | 0 | $0.00 |
| Clamato | Each | | | | $2.25 | 0 | $0.00 |
| Dole Pineapple Juice | Each | | | | $1.47 | 0 | $0.00 |
| Ocean Spray Cranberry | Each | | | | $1.18 | 0 | $0.00 |
| Ocen Spray Grapefruit | Each | | | | $0.44 | 0 | $0.00 |
| Olives | Each | | | | $17.07 | 0 | $0.00 |
| PB N/A Triple Sec | Each | | | | $5.29 | 0 | $0.00 |
| rm & mrs t marg ltr | Each | | | | $3.25 | 0 | $0.00 |
| es Grenadine | Each | | | | $3.39 | 0 | $0.00 |
| Bull | Each | | | | $1.18 | 0 | $0.00 |
| Bloodymary | Each | | | | $2.92 | 0 | $0.00 |
| Pina Cola Mix | Each | | | | $3.25 | 0 | $0.00 |
| Roses lime Juice | Each | | | | $4.49 | 0 | $0.00 |
| Strawbeery | Each | | | | $1.18 | 0 | $0.00 |
| mango | Each | | | | $1.18 | 0 | $0.00 |
| peach | Each | | | | $3.25 | 0 | $0.00 |
| Sweet n' Sour Mix | Each | | | | | 0 | $0.00 |
| | | TOTAL | FOOD | #VALUE! | #VALUE! | inv total | $0.00 |
| **DOMESTIC BEER** | | | | | | 0 | |
| Bud Lite | Each | | | | $0.74 | 0 | $0.00 |
| Budweiser | Each | | | | $0.74 | 0 | $0.00 |
| Budweiser Select | Each | | | | $0.71 | 0 | $0.00 |
| Bud Lite/Bud 7oz | Each | | | | $0.49 | 0 | $0.00 |
| Bud Cans | Each | | | | $0.78 | 0 | $0.00 |

| Item | Unit | | | | | | | | | | Price | Qty | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bud Lt Cans | Each | | | | | | | | | | $0.78 | 0 | $0.00 |
| Coors longneck | Each | | | | | | | | | | $0.74 | 0 | $0.00 |
| Coors Light Longneck | Each | | | | | | | | | | $0.74 | 0 | $0.00 |
| Coors Light 7oz | Each | | | | | | | | | | $0.42 | 0 | $0.00 |
| Miller Genuine Draft | Each | | | | | | | | | | $0.71 | 0 | $0.00 |
| Miller Lite | Each | | | | | | | | | | $0.74 | 0 | $0.00 |
| Miller Litecan | Each | | | | | | | | | | $0.74 | 0 | $0.00 |
| Miller Lite 7 oz | Each | | | | | | | | | | $0.42 | 0 | $0.00 |
| MILLER CHILL | Each | | | | | | | | | | $0.93 | 0 | $0.00 |
| Bud lite w/lime | Each | | | | | | | | | | $0.88 | 0 | $0.00 |
| BUD Lite CHELADA | Each | | | | | | | | | | $1.72 | 0 | $0.00 |
| O'Douls | Each | | | | | | | | | | $0.71 | 0 | $0.00 |
| **WINE** | | | | | | | | | | | **TOTAL** | 0 | 0.00% |
| Cabernet - Split | Each | | | | | | | | | | $1.12 | 0 | $0.00 |
| Cabernet - Bottle | Each | | | | | | | | | | $4.49 | 0 | $0.00 |
| Chardonnay - Split | Each | | | | | | | | | | $0.99 | 0 | $0.00 |
| ardonnay - Bottle | Each | | | | | | | | | | $9.00 | 0 | $0.00 |
| ot - Split | Each | | | | | | | | | | $0.99 | 0 | $0.00 |
| Merlot - Bottle | Each | | | | | | | | | | $9.00 | 0 | $0.00 |
| Zinfindal - Split | Each | | | | | | | | | | $0.99 | 0 | $0.00 |
| Zinfindal - Bottle | Each | | | | | | | | | | $0.42 | 0 | $0.00 |
| NEGRO BRUT | Each | | | | | | | | | | $7.49 | 0 | $0.00 |
| pinot | Each | | | | | | | | | | $2.49 | 0 | $0.00 |
| | | | | | | | | | | | $1.31 | | |
| **KEGS** | | | | | | | | | | | **TOTAL WINE** | 0 | 0.00% |
| Sam adams | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Sam adams | Full | | | | | | | | | | $48.00 | 0 | $0.00 |
| Bud Lite Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Bud Lite Keg | Full | | | | | | | | | | $39.50 | 0 | $0.00 |
| Budweiser Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Budweiser Keg | Full | | | | | | | | | | $39.50 | 0 | $0.00 |
| Coors Light Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Coors Light Keg | Full | | | | | | | | | | $71.00 | 0 | $0.00 |
| Michelob Ultra Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Michelob Ultra Keg | Full | | | | | | | | | | $39.50 | 0 | $0.00 |
| Miller Lite Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Miller Lite Keg | Full | | | | | | | | | | $36.50 | 0 | $0.00 |
| Pyramid Hefeweizen Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| mid Hefeweizen Keg | Full | | | | | | | | | | $48.00 | 0 | $0.00 |
| cktop | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Shocktop | Full | | | | | | | | | | $29.45 | 0 | $0.00 |
| Shiner Bock Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Shiner Bog Keg | Full | | | | | | | | | | $56.00 | 0 | $0.00 |
| Woodchuck Cider Empty | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| Woodchuck Cider Keg | Full | | | | | | | | | | $58.00 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Deposit | | | | | | | | | | $30.00 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Full | | | | | | | | | | $25.45 | 0 | $0.00 |
| BUD SELECT | DEPOSIT | | | | | | | | | | $48.00 | 0 | $0.00 |
| BUD SELECT | FULL | | | | | | | | | | $63.00 | 0 | $0.00 |
| DOS XX | DEPOSIT | | | | | | | | | | $30.00 | 0 | $0.00 |
| DOS XX | FULL | | | | | | | | | | $86.00 | 0 | $0.00 |
| **PREMIUM BEER** | | | | | | | | | | | **TOTAL** | 0 | 0.00% |
| Michlob Ultra 7oz | Each | | | | | | | | | | $0.41 | 0 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ALCOHOL** | | | | | | | |
| Michelob Ultra can | Each | | | 0 | $0.85 | 0 | $0.00 |
| Michlob Ultra | Each | | | 0 | $0.83 | 0 | $0.00 |
| Tecate/tecate lite | Bottle | | | 0 | $0.78 | 0 | $0.00 |
| Dos XX | Bottle | | | 0 | $1.00 | 0 | $0.00 |
| Dos XX can | Can | | | 0 | $1.00 | 0 | $0.00 |
| Smirnoff Ice | Bottle | | | 0 | $1.00 | 0 | $0.00 |
| Heineken/ lite | Bottle | | | 0 | $1.02 | 0 | $0.00 |
| Bud Ale | Bottle | | | 0 | $1.06 | 0 | $0.00 |
| Land Shark | Bottle | | | 0 | $0.88 | 0 | $0.00 |
| Corona sol,sam adams | Bottle | | | 0 | $1.13 | 0 | $0.00 |
| Corona Cans | Bottle | | | 0 | $1.13 | 0 | $0.00 |
| Fosters | Can | | | 0 | $1.50 | 0 | $0.00 |
| Fat Tire | Bottle | | | 0 | $1.13 | 0 | $0.00 |
| Red stripe Beer | Bottle | | | 0 | $1.00 | 0 | $0.00 |
| Guiness Pub Draught | Bottle | | | 0 | $0.91 | 0 | $0.00 |
| Coors Barquet | Bottle | | | 0 | $0.85 | 0 | $0.00 |
| Rolling Rock | Bottle | | | 0 | $0.85 | 0 | $0.00 |
| New Castle | Bottle | | | 0 | $1.19 | 0 | $0.00 |
| | | | TOTAL BEER | | TOTAL | 0 0.00% | |
| | | | | | | tot 0.00% | |
| 1800 | | 0.5 | 0 | $26.10 | 0 | | $0.00 |
| JOse Cuervo Especial | | | -0.5 | $18.25 | -9.125 | | $0.00 |
| Jose Cuervo BLACK | | | 0 | $28.21 | 0 | | $0.00 |
| Herrito's | | | 0 | $25.00 | 0 | | $0.00 |
| Silver Patron | | 0.1 | -0.1 | $37.85 | 0 | | $0.00 |
| Don Julio (Reposado) (X) (corr) | | 0.5 | -0.5 | $31.50 | -18.925 | | $0.00 |
| DON Julio (Añejo) (X) | | | 0 | $40.04 | -2.5 | | $0.00 |
| Matador | | 0.25 | -0.25 | $7.57 | -10.01 | | $0.00 |
| Montezuma gold | | | 0 | $9.18 | 0 | | $0.00 |
| | | | TOTAL | | -40.56 #DIV/0! | | $0.00 |
| **GIN** | | | | | | | |
| Skoll Gin (W) | | | 0 | $5.47 | 0 | | $0.00 |
| Sloe Gin | | 0.7 | 0 | $16.16 | 0 | | $0.00 |
| Tanqueray (add) | | | TOTAL | | $22.80 #DIV/0! | | $0.00 |
| **VODKA** | | | | | | | |
| Skoll Vodka | | 0.6 | 0 | $11.54 | 0 | | $0.00 |
| Smirnoff | | 0.75 | 0 | $39.58 | 0 | | $0.00 |
| Skyy (Regular) | | 0.3 | -0.3 | $5.00 | -1.5 | | $0.00 |
| Skyy (Melon) | | 0.8 | -0.8 | $13.16 | 13.16 | | $0.00 |
| Stoli Regular | | | 0 | $39.58 | 0 | | $0.00 |
| Ketel One | | | 0 | $11.54 | 0 | | $0.00 |
| Absolut Regular | | 0.6 | -0.6 | $34.70 | -20.82 | | $0.00 |
| Absolut Mandrin | | 0.75 | -0.75 | $15.81 | -11.8575 | | $0.00 |
| Absolut Citron | | 0.8 | -0.8 | $22.79 | -18.232 | | $0.00 |
| Grey Goose | | | 0 | $39.76 | 0 | | $0.00 |
| Absolut (corr) | | | 0 | $29.63 | 0 | | $0.00 |
| | | | TOTAL | | $22.05 -39.2495 #DIV/0! | | $0.00 |
| **RUM** | | | | | | | |
| Skol Rum | | 0.6 | 0 | | 0 | | $0.00 |
| Malibu | | | | | | | $0.00 |

| Item | | | | | | |
|---|---|---|---|---|---|---|
| Myer's Rum | 0.6 | -0.6 | $5.26 | -3.156 | | $0.00 |
| Bacardi | 0.95 | -0.95 | $14.12 | -13.414 | | $0.00 |
| Bacardi O | 0.55 | -0.55 | $9.15 | -5.0325 | | $0.00 |
| Bacardi Limon | 0.4 | -0.4 | $41.56 | -16.624 | | $0.00 |
| Bacardi 151 Degrees | 0.4 | -0.4 | $41.56 | -16.624 | | $0.00 |
| Parrot Bay Pineapple | 0.6 | -0.6 | $21.58 | -12.948 | | $0.00 |
| Parrot Bay Coconut (com) | 0 | 0 | $22.93 | 0 | | $0.00 |
| bacardi light | 0.8 | -0.8 | $19.99 | -15.992 | | $0.00 |
| Captain Morgan Spiced Rum | 0.95 | -0.95 | $14.49 | 0 | | $0.00 |
| | 0.95 | -0.95 | $15.00 | -14.25 | | $0.00 |
| | | | $12.58 | 0 | | $0.00 |
| **SCOTCH/WHISKEY** | | | | | | |
| Highland Mist Scotch | | | $14.90 | 0 | | $0.00 |
| Evan William Whiskey | 0.1 | 0 | TOTAL | -81.4165 | #DIV/0! | $0.00 |
| Seagrams 7 | 0.2 | -0.75 | $30.30 | -22.725 | | $0.00 |
| Jack Daniels | 0.75 | -0.75 | $10.24 | -7.68 | | $0.00 |
| Jim Beam (4 Year) | 0.75 | -0.75 | $14.50 | -7.25 | | $0.00 |
| Canadian Club | 0.5 | -0.5 | $21.60 | 0 | | $0.00 |
| "d Turkey | | -0.8 | $50.02 | -40.016 | | $0.00 |
| nny Walker Red (com) | 0.8 | 0 | $10.49 | 0 | | $0.00 |
| johnny Walker Black (com) | 0 | 0 | $19.39 | 0 | | $0.00 |
| Jameson 750 | 0.5 | -0.5 | $47.03 | -23.515 | | $0.00 |
| Crown Royal | 0.5 | -0.5 | $33.82 | -16.91 | | $0.00 |
| Buchanans | 0.1 | -0.1 | $26.10 | -2.61 | | $0.00 |
| Chivas Regal | 0.4 | -0.4 | $26.10 | -10.44 | | $0.00 |
| Glenlivet | 0.75 | -0.75 | $48.94 | -36.705 | | $0.00 |
| | | | $31.82 | 0 | | $0.00 |
| **COGNAC/BRANDY** | | | | | | |
| Presidente (Brandy) | 0.5 | 0 | TOTAL | -167.851 | #DIV/0! | $0.00 |
| X-Rated (com) | | | $51.80 | 0 | | $0.00 |
| Hypnotic | | 0 | $8.77 | 0 | | $0.00 |
| Courvoisier | 0.8 | -0.8 | $23.20 | -18.56 | | $0.00 |
| Cointreau | | 0 | $25.20 | 0 | | $0.00 |
| Hennessy | 0.8 | -0.8 | $51.32 | -41.056 | | $0.00 |
| | | | $32.90 | 0 | | $0.00 |
| **MISCELLANEOUS** | | | | | | |
| Fire Water | 0 | 0 | TOTAL | -59.616 | #DIV/0! | $0.00 |
| Southern Comfort | | | $33.05 | 0 | | $0.00 |
| Tequila Rose | 0.9 | 0 | $37.69 | 0 | | $0.00 |
| Rumple Minze | 0.1 | -0.1 | $18.74 | -1.874 | | $0.00 |
| Goldschager | | 0 | $22.64 | 0 | | $0.00 |
| jelico | | 0 | $27.18 | 0 | | $0.00 |
| j…germeister | | 0 | $39.10 | 0 | | $0.00 |
| Amaretto (Disaronno) (com) | | 0 | $22.98 | 0 | | $0.00 |
| Kahlua | | 0 | $25.61 | 0 | | $0.00 |
| Bailey's | | 0 | $22.00 | 0 | | $0.00 |
| Chambord | 0.1 | -0.1 | $20.25 | -2.025 | | $0.00 |
| Grand Marnier | | 0 | $22.40 | 0 | | $0.00 |
| | | | $22.55 | 0 | | $0.00 |
| **LIQUERS** | | | | | | |
| Apfel Korn (Berentze) | | 0 | $40.67 | 0 | | $0.00 |
| Creme De Cacao (Brown) | 0.5 | 0 | TOTAL | -3.899 | -0.02% | $0.00 |
| Crème De Banana | 0.8 | -0.8 | $13.00 | -10.4 | | $0.00 |
| Dekuyper Blue Curacao | | 0 | $14.20 | 0 | | $0.00 |
| Dekuyper Amaretto | 0.5 | -0.5 | $11.05 | -5.525 | | $0.00 |
| Dekuyper Peach Tree | 0.2 | -0.2 | $9.29 | -1.858 | | $0.00 |
| Dekuyper Cherry Berry | 0.2 | -0.2 | $8.99 | -1.798 | | $0.00 |
| Dekuyper Sour Apple | | 0 | $9.21 | 0 | | $0.00 |

| Item | | | |
|---|---|---|---|
| Dekuyper Watermelon | -0.8 | $11.05 | -8.84 |
| Dekuyper Butter Shots | 0 | $9.60 | 0 |
| Dekuyper Peppermints | 0 | $9.50 | 0 |
| Dekuyper Razzamatazz (com) | -0.6 | $7.37 | -4.422 |
| Godiva Dark Liquer | 0 | $9.50 | 0 |
| M&R Dry Vermouth | 0 | $10.13 | 0 |
| M&R Sweet Vermouth | 0 | $16.32 | 0 |
| BOLS TRIP SEC | -0.3 | $6.83 | -2.049 |
| Midori Melon | 0 | $3.25 | 0 |
| Dekuypers melon | 0 | $5.29 | 0 |
| | 0 | $7.35 | 0 |
| | 0 | $7.35 | 0 |

| | | | |
|---|---|---|---|
| TOTAL | LIQUOR | 0 | 0 |
| NET SALES | | 23,064 | |
| FOOD | | 22,903 | |
| FOOD COST % | | 99.30% | |

| | | |
|---|---|---|
| PURCHASES | | |
| Liquor | 52.17 | |
| Wine | 45.63 | |
| er | 516.48 | |
| Misc. | $65.12 | $0.00 |

| FOOD | AMOUNT | REPAIRS/MAIN | AMOUNT | SUPPLIES | AMOUNT | GAS | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALMART | $7.28 | HAREWARE | $61.96 | OFFICE DEP | $64.47 | GAS | $15.00 |
| WALMART | $4.40 | HOME DEP | $11.26 | BALLOONS | $89.36 | GAS | $15.00 |
| ALBERSON | $13.00 | HOME DEP | $43.28 | WALMART | $6.35 | GAS | $15.00 |
| WALMART | $35.82 | HOME DEP | $50.95 | OFFICE DEP | $50.87 | GAS | $15.00 |
| WALMART | $4.96 | JOHNSTONE | $20.07 | WALMART | $44.00 | GAS | $15.00 |
| WALMART | $5.52 | RIO INDUSTRI | $3.00 | OFFICE DEP | $50.87 | GAS | $20.00 |
| WALMART | $5.21 | OVEN MOTOR | $350.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $27.46 | HOME DEP | $26.51 | WALMART | $10.23 | GAS | $20.00 |
| WALMART | $14.84 | MARIO | $40.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $13.80 | HB | $21.60 | WALMART | $11.86 | | |
| WALMART | $14.62 | | | | | | |
| | $146.91 | | $628.63 | | $364.79 | | $155.00 |

FUDDS 1

$1,295.33

PO Catering
Outstanding 2010                                                     12/21/2011

| # | Date | SAB EAST | Amount | | # | Date | EAST | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/24/2011 | Helen /Glen cove (yisd) | $ 110.00 | | 1 | 5/7/2010 | Hill Crt. School (YISD) | $ 175.00 |
| 2 | 3/30/2011 | Eastlake (sisd) | $ 234.00 | | 2 | 7/24/2010 | Pecos High (PISD) | $ 154.00 |
| 3 | 4/24/2011 | Arelie | $ 150.00 | | 3 | 12/16/2010 | Presidio | $ 265.53 |
| 4 | 5/16/2011 | Eastwood (yisd) | $ 243.00 | | 4 | 1/8/2010 | Ector Country ISD | $ 250.00 |
| 5 | 5/18/2011 | Eastwood (yisd) | $ 220.50 | | 5 | 9/23/2011 | Tracy | $ 142.00 |
| 6 | 6/17/2011 | Susan | $ 97.43 | | 6 | 10/11/2011 | Humana | $ 196.73 |
| 7 | 6/29/2011 | Fort Bliss | $ 500.00 | | 7 | 10/20/2011 | Tracy | $ 142.00 |
| 8 | 7/6/2011 | Jesus EPCC | $ 195.50 | | 8 | 11/1/2011 | Tracy | $ 142.00 |
| 9 | 8/3/2011 | Jesus EPCC | $ 207.00 | | 9 | 12/10/2011 | GC Services | $ 155.88 |
| 10 | 8/10/2011 | Eastlake (sisd) | $ 468.00 | | 10 | 12/11/2011 | GC Services | $ 216.50 |
| 11 | 8/15/2011 | Sonya /Damian Elem | $ 300.00 | | 11 | 12/14/2011 | Ranchland | $ 69.86 |
| 12 | 8/16/2011 | Irving High (Eisd) | $ 1,200.00 | | 12 | 12/15/2011 | Riverside | $ 129.74 |
| 13 | 8/17/2011 | Eastlake (sisd) | $ 477.00 | | 13 | 12/17/2011 | Gc Services | $ 303.10 |
| 14 | 8/24/2011 | Eastlake (sisd) | $ 312.00 | | | | | |
| 15 | 9/16/2011 | MWR/ Biggs Park | $ 1,000.00 | | | | Total | $ 2,342.34 |
| 16 | 10/27/2011 | Hill Crest (yisd) | $ 479.20 | | | | | |
| 17 | 10/29/2011 | Eastwood (yisd) | $ 430.00 | | | WEST | | |
| 18 | 11/3/2011 | Hill Crest (yisd) | $ 496.30 | | | | | |
| 19 | 11/4/2011 | Ysleta (yisd) | 316-256 | | 1 | 4/9/2011 | Franklin | $ 185.00 |
| 20 | 11/9/2011 | Epia | $ 1,461.38 | | 2 | 11/18/2011 | Ysleta | $ 51.00 |
| 21 | 11/11/2011 | Canutillo (cisd) | $ 200.00 | | 3 | 12/7/2011 | Cobre Highschool | $ 98.00 |
| 22 | 11/15/2011 | Canutillo midd (CISD) | $ 645.75 | | | | | |
| 23 | 11/16/2011 | USO | $ 3,000.00 | | | | Total | $ 334.00 |
| 24 | 11/30/2011 | Eastlake | $ 148.50 | | | | | |
| 25 | 12/8/2011 | Eastlake | $ 225.00 | | | | | |
| 26 | 12/9/2011 | Tina | $ 416.30 | | | | | |
| 27 | 12/9/2011 | Ray | $ 148.84 | | | | | |
| 28 | 12/10/2011 | USO | $ 7,000.00 | | | | Grand Total | $ 10,959.91 |
| 29 | 12/13/2011 | Canutillo | $ 600.00 | | | | | |
| 30 | 12/13/2011 | Che | $ 25.00 | | | | | |
| 31 | 12/13/2011 | Ernie | $ 324.75 | | | | | |
| 32 | 12/13/2011 | Eastlake | $ 207.00 | | | | | |
| 33 | 12/14/2011 | EPISD | $ 307.50 | | | | | |
| 34 | 12/14/2011 | Mcgoffin | $ 958.80 | | | | | |
| 35 | 12/16/2011 | Gc Services | $ 2,269.46 | | | | | |
| 36 | 12/16/2011 | Housing Authority | $ 3,495.00 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Ysleta Independet School | $ | 175.00 | we don't know to which Po corespond |
| | | University Medical Center of El paso | $ | 204.36 | we don't know to which Po corespond |
| | Returned ck | Virginia Medina Check | $ | 60.00 | |
| 1 | 9/30/2011 | Alorica | $ | 45.96 | |
| 2 | 10/18/2011 | Alorica | $ | 32.44 | |
| 3 | 10/19/2011 | Alorica | $ | 64.18 | |
| 4 | 10/20/2011 | Alorica | $ | 83.54 | |
| 5 | 10/21/2011 | Alorica | $ | 56.44 | |
| 6 | 10/24/2011 | Alorica | $ | 69.83 | |
| 7 | 10/25/2011 | Alorica | $ | 66.05 | |
| 8 | 10/27/2011 | Alorica | $ | 33.51 | |
| 9 | 11/3/2011 | Alorica | $ | 37.81 | |

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

**-17-- Pages** (including this sheet)

**November 14, 2012**

**TO:** Mr. Corey W. Haugland  **FAX NO.:** (915) 541-6440
James & Haugland, P.C.

**FROM:** Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re: *DHC Realty, Inc., Debtor;* Case No. 11-30977-hcm; *DHC Realty, LLC, Chowaiki Holdings, LLC, et al. v. Armando Armendariz, et al.;* Adversary No. 12-03012-hcm; In the United States Bankrutcy Court for the Western District of Texas, El Paso Division

**MESSAGE:** See attached correspondence and attachments in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
********************************************************************************
*  12-03012-hcm  Doc#58-1  Filed 02/05/13  Entered 02/05/13 21:54:55  Exhibit Exhibit 2 Pg 01  *
*                           TRANSACTION REPORT                                  *
*                                                      NOV-14-2012 WED 01:54 PM *
*                                                                               *
*       FOR:  Firth*Johnston*Martinez       915 532 7503                        *
*                                                                               *
*-------------------------------------------------------------------------------*
*       SEND                                                                    *
*  DATE   START    RECEIVER         TX TIME  PAGES TYPE      NOTE       M#  DP  *
*-------------------------------------------------------------------------------*
*  NOV-14 01:49 PM 5416440           5'21"    17   FAX TX    OK         290     *
*-------------------------------------------------------------------------------*
*                                      TOTAL :   5M 21S  PAGES:  17             *
********************************************************************************
```

# FIRTH♦JOHNSTON♦MARTINEZ
A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

--17-- Pages (including this sheet)

November 14, 2012

TO:    Mr. Corey W. Haugland    FAX NO.: (915) 541-6440
        James & Haugland, P.C.

FROM:  Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re:  *DHC Realty, Inc., Debtor*; Case No. 11-30977-hcm; *DHC Realty, LLC, Chowaiki Holdings, LLC, et al. v. Armando Armendariz, et al.*; Adversary No. 12-03012-hcm; In the United States Bankrutcy Court for the Western District of Texas, El Paso Division

**MESSAGE:** See attached correspondence and attachments in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.