

**SIGNED this 20th day of February, 2013.**

_____
**JOHN C. AKARD
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | ADV. NO. 12-3012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs and Counter-Defendants | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
| Defendants and Counter-Plaintiffs. | § | |

**ORDER REGARDING DEFENDANTS' REQUEST FOR DISMISSAL
OF ALL CLAIMS PER COURT ORDER OF AUGUST 6, 2012 (DOCKET NO. 44)**

On February 13, 2012, the Court conducted a hearing on the Request for Dismissal of All

Claims Per Court Order of August 6, 2012 (herein "Motion")(docket no. 44) filed by Armando

1

Armendariz, Yvette Armendariz, and Hector Armendariz, Defendants and Counter-Plaintiffs herein (collectively "Defendants"). After considering the Motion, the Response thereto filed by DHC Realty, LLC, Chowaiki Holdings, LLC, El Paso DHC Enterprises, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, and David Chowaiki, Plaintiffs and Counter-Defendants herein (collectively "Plaintiffs"), the Court's Orders entered August 6, 2012 (docket no. 14) and September 7, 2012 (docket no. 20), the pleadings, the record, and the arguments and statements of counsel, finds that the Motion should be granted as set forth herein and that the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED with respect to Plaintiffs' causes of action against Defendants for fraudulent transfers and post-petition transfers/transactions; and

2. Plaintiffs' causes of action against Defendants for avoidance of fraudulent transfers (Count 1) and avoidance of post-petition transactions (Count 2) set forth in Plaintiff's Original Complaint (docket no. 1) are hereby DISMISSED.

# # #