

**SIGNED this 20th day of February, 2013.**

_____
**JOHN C. AKARD
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
|     Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | ADV. NO. 12-3012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
|     Plaintiffs and Counter-Defendants | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
|     Defendants and Counter-Plaintiffs. | § | |

**ORDER DISMISSING, AS DUPLICATIVE, DEFENDANTS' REQUEST FOR
DISMISSAL OF ALL CLAIMS PER COURT ORDER OF AUGUST 6, 2012
(DOCKET NO. 46)**

On February 13, 2012, the Court conducted a hearing on the Request for Dismissal of All

1

Claims Per Court Order of August 6, 2012 (herein "Motion")(docket no. 46) filed by Armando Armendariz, Yvette Armendariz, and Hector Armendariz, Defendants and Counter-Plaintiffs herein (collectively "Defendants"). This Motion is duplicative of the Defendants' Request for Dismissal of All Claims Per Court Order of August 6, 2012 filed at docket no. 44, which has been ruled upon by separate Order entered of even date herewith. The Court finds that the following Order should be entered with respect to the Motion at docket no. 46.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Request for Dismissal of All Claims Per Court Order of August 6, 2012 (herein "Motion")(docket no. 46) filed by Defendants is hereby DISMISSED as duplicative.

# # #