

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 20, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, AND DAVID CHOWAIKI, | §§§§§§§ | Adversary No. 12-03012-hcm |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ, | §§§ | |
| Defendants. | § | |

**ORDER EXTENDING CERTAIN SCHEDULING ORDER DEADLINES**

On this day the Court considered the Motion to Extend Deadlines ("Motion") (dkt no. 54) filed by Plaintiffs in this adversary proceeding. Defendants have not filed a timely Response to such Motion. The Court finds that good cause has been shown for extending certain deadlines set forth in the Scheduling Order entered September 6,

1

2012 in this adversary proceeding (dkt no. 20) ("Scheduling Order") and that the following Order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. The Scheduling Order entered by the Court (dkt no. 20) is hereby modified as follows:

    (A) By May 31, 2013, all fact and expert discovery shall be completed.

    (B) By June 14, 2013, authorized representatives of each of the parties and their respective counsel shall conduct and have completed mediation before a third party neutral mediator. The parties shall agree on the selection of the mediator, if the parties cannot agree the Court will appoint a mediator at the request of any party. Unless otherwise agreed by the parties, the cost of such mediation shall be shared equally between Plaintiffs and Defendants.

    (C) By July 1, 2013, the parties shall file a proposed Pre-Trial Order pursuant to the Local Bankruptcy Rules and the Addendum located in Appendix L-7016-a of the Local Bankruptcy Rules, and file proposed findings of fact and conclusions of law.

    (D) Counsel for all parties shall attend and a Pre-Trial Conference/Docket Call is hereby set for July 10, 2013 at 3:30 pm (MT) in the United States Bankruptcy Court, 511 E. San Antonio Ave, 4th floor, El Paso, Texas.

2. Except as expressly modified herein, the Scheduling Order and the deadlines set forth therein shall remain in full force and effect.

3. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #