**SIGNED this 20th day of February, 2013.**

_____
**JOHN C. AKARD
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | ADV. NO. 12-3012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs and Counter-Defendants | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
| Defendants and Counter-Plaintiffs. | § | |

**ORDER REGARDING DEFENDANTS' REQUEST FOR DISMISSAL
OF ALL CLAIMS PER COURT ORDER OF AUGUST 6, 2012 (DOCKET NO. 44)**

On February 13, 2012, the Court conducted a hearing on the Request for Dismissal of All Claims Per Court Order of August 6, 2012 (herein "Motion")(docket no. 44) filed by Armando

1

Armendariz, Yvette Armendariz, and Hector Armendariz, Defendants and Counter-Plaintiffs herein (collectively "Defendants"). After considering the Motion, the Response thereto filed by DHC Realty, LLC, Chowaiki Holdings, LLC, El Paso DHC Enterprises, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, and David Chowaiki, Plaintiffs and Counter-Defendants herein (collectively "Plaintiffs"), the Court's Orders entered August 6, 2012 (docket no. 14) and September 7, 2012 (docket no. 20), the pleadings, the record, and the arguments and statements of counsel, finds that the Motion should be granted as set forth herein and that the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED with respect to Plaintiffs' causes of action against Defendants for fraudulent transfers and post-petition transfers/transactions; and

2. Plaintiffs' causes of action against Defendants for avoidance of fraudulent transfers (Count 1) and avoidance of post-petition transactions (Count 2) set forth in Plaintiff's Original Complaint (docket no. 1) are hereby DISMISSED.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Feb 20, 2013
                   Form ID: pdfintp    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.
```
dft         +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
pla         +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
pla         +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
pla         +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
pla         +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
dft         +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
dft         +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Feb 21 2013 02:05:05     United States Trustee - EP12,
              U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
              San Antonio, TX  78295-1539
intp        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Feb 21 2013 02:09:05     Valerie Wenger,
              Office of the U.S. Trustee,    903 San Jacinto Blvd., Suite 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cc*         +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
cd*         +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*         +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*         +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*         +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
cc*         +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
cc*         +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
                                                                                  TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj          Page 2 of 2          Date Rcvd: Feb 20, 2013
                              Form ID: pdfintp         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2013 at the address(es) listed below:

          Christopher Robert Johnston    on behalf of Defendant Armando Armendariz cjohnston@f-jlaw.com, mwoods@f-jlaw.com
          Corey W. Haugland    on behalf of Counter Defendant  Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond    on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com

                                                                                                  TOTAL: 3