**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 20, 2013.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30977-hcm |
| | § | |
| DHC REALTY, INC. | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| DHC REALTY, LLC; CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | Adversary No. 12-03012-hcm |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, AND DAVID CHOWAIKI, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ARMANDO ARMENDARIZ | § | |
| YVETTE ARMENDARIZ, AND | § | |
| HECTOR ARMENDARIZ, | § | |
| Defendants. | § | |

**ORDER EXTENDING CERTAIN SCHEDULING ORDER DEADLINES**

On this day the Court considered the Motion to Extend Deadlines ("Motion") (dkt no. 54) filed by Plaintiffs in this adversary proceeding. Defendants have not filed a timely Response to such Motion. The Court finds that good cause has been shown for extending certain deadlines set forth in the Scheduling Order entered September 6,

1

2012 in this adversary proceeding (dkt no. 20) ("Scheduling Order") and that the following Order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED ADJUDGED AND DECREED **AND NOTICE** IS HEREBY GIVEN AS FOLLOWS:

1. The Scheduling Order entered by the Court (dkt no. 20) is hereby modified as follows:

    (A) By May 31, 2013, all fact and expert discovery shall be completed.

    (B) By June 14, 2013, authorized representatives of each of the parties and their respective counsel shall conduct and have completed mediation before a third party neutral mediator. The parties shall agree on the selection of the mediator, if the parties cannot agree the Court will appoint a mediator at the request of any party. Unless otherwise agreed by the parties, the cost of such mediation shall be shared equally between Plaintiffs and Defendants.

    (C) By July 1, 2013, the parties shall file a proposed Pre-Trial Order pursuant to the Local Bankruptcy Rules and the Addendum located in Appendix L-7016-a of the Local Bankruptcy Rules, and file proposed findings of fact and conclusions of law.

    (D) Counsel for all parties shall attend and a Pre-Trial Conference/Docket Call is hereby set for July 10, 2013 at 3:30 pm (MT) in the United States Bankruptcy Court, 511 E. San Antonio Ave, 4th floor, El Paso, Texas.

2. Except as expressly modified herein, the Scheduling Order and the deadlines set forth therein shall remain in full force and effect.

3. The Clerk of the Court shall cause a copy of this Order to be served on all counsel of record in this adversary proceeding.

# # #

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Armendariz,
    Defendant

Adv. Proc. No. 12-03012-hcm

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Feb 20, 2013
                   Form ID: pdfintp     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.
```
dft        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
pla        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
dft        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
dft        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Feb 21 2013 02:05:03     United States Trustee - EP12,
              U.S. Trustee's Office,   615 E. Houston, Suite 533,   P.O. Box 1539,
              San Antonio, TX  78295-1539
intp       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Feb 21 2013 02:09:04     Valerie Wenger,
              Office of the U.S. Trustee,   903 San Jacinto Blvd., Suite 230,   Austin, TX 78701-2450
                                                                                             TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
cd*        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
cc*        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
cc*        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
                                                                                 TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 22, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3          User: hilliardj          Page 2 of 2          Date Rcvd: Feb 20, 2013
                              Form ID: pdfintp         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2013 at the address(es) listed below:

          Christopher Robert Johnston    on behalf of Defendant Armando Armendariz cjohnston@f-jlaw.com, mwoods@f-jlaw.com
          Corey W. Haugland    on behalf of Counter Defendant  Chowaiki Holdings, LLC chaugland@jghpc.com
          Sidney J. Diamond    on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com

                                                                                TOTAL: 3