# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC, | § | Case No.:  11-30977-hcm |
| | § | |
| Debtor, | § | |
| | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, and DAVID CHOWAIKI | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No.:  12-03012-hcm |
| | § | |
| ARMANDO ARMENDARIZ, | § | |
| YVETTE ARMENDARIZ, and | § | |
| HECTOR ARMENDARIZ, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| ARMANDO ARMENDARIZ and | § | |
| YVETTE ARMENDARIZ | § | |
| | § | |
| Counterclaimants | § | |
| | § | |
| v. | § | |
| | § | |
| DAVID CHOWAIKI | § | |
| | § | |
| | § | |
| Counter-Defendant | § | |
| | § | |

## AMENDED COUNTERCLAIM OF DEFENDANTS
## ARMANDO ARMENDARIZ AND YVETTE ARMENDARIZ

TO THE HONORABLE COURT:

Defendants and Counterclaimants Armando Armendariz ("Mr. Armendariz") and Yvette Armendariz ("Mrs. Armendariz"), (collectively "Counterclaimants"), by their undersigned counsel, bring the following Counterclaim against Counter-Defendant David Chowaiki ("Counter-Defendant" or "David Chowaiki"), and in support of thereof show:

### PARTIES

1.      Counterclaimant ARMANDO ARMENDARIZ is an individual who is a resident of El Paso, Texas.

2.      Counterclaimant YVETTE ARMENDARIZ is an individual who is a resident of El Paso, Texas.

3.      Counter-Defendant DAVID CHOWAIKI ("David Chowaiki") is an individual with his residence in El Paso, Texas, and service of process can be obtained by serving David through his attorney of record Corey W. Haugland, James & Haugland, P.C., P.O. Box 1770, El Paso, Texas 79949.

### FACTUAL BACKGROUND

1.      Mr. Armendariz had been employed as a general manager for various major fast food restaurant chains, including Carl's Jr., Little Caesars, and Boston Market for over fifteen years with great success.  Armando was named General Manager of the Year and his restaurant, Restaurant of the Year, two years in a row out of approximately thirty Carl's Jr. restaurants.  With Little Caesar's, Armando won district manager of the year. With Mr. Armendariz's extensive experience and success, he can be considered an

expert in managing the operations of restaurants, and specifically, managing food costs and labor costs.  Mr. Armendariz has received more than twenty awards from Carl's Jr., his employer prior to Fuddruckers, including numerous awards for Food Costs Percentage to Budget and Labor Costs Percentage to Budget.  In summary, Mr. Armendariz is incredibly knowledgeable, talented and successful in managing fast food restaurant operations.  His success continued at Fuddruckers.

2.      David Chowaiki is part owner, with his brother Hilel, of three Fuddruckers restaurants in El Paso, part of the Fuddruckers restaurant franchise owned by Luby's Fuddruckers Restaurants, LLC.  The names of the operating entities of the El Paso Fuddruckers are El Paso DHC Enterprises, LLC ("DHC East"), El Paso DHC Enterprises West LLC ("DHC West"), and El Paso DHC Enterprises Far East, LLC ("DHC Far East") (collectively "El Paso Fuddruckers").

3.      David Chowaiki hired Mr. Armendariz as a restaurant manager trainee for DHC East in February 2006.  Out of eight managers, Mr. Armendariz was promoted to General Manager and chosen to open the DHC West restaurant location on April 24, 2006.  Mr. Armendariz did so well as General Manager that within two months, on June 26, 2006, he was promoted to Director of Operations for both DHC East and DHC West.

4.      Mr. Armendariz was informed by David Chowaiki's brother, Hilel Chowaiki, Vice President of El Paso Fuddruckers, that prior to his hiring, DHC East had managed to generate $1,000,000.00 in its first three months of operations, and yet, Mr. Armendariz was told that in spite of this, the operation had somehow lost money.

5.      As Director of Operations, Mr. Armendariz, had a very limited view of the financial outlook as to how the El Paso Fuddruckers operations were doing.  However, from his

limited perspective as Director of Operations, the existing locations DHC East and DHC West were doing well, until a third location was opened in 2007.

6.      David Chowaiki and his brother Hilel decided to open a third location of Fuddruckers, DHC Far East, which caused a decrease in sales at DHC East and DHC West.  The nearby DHC East location, was projected to experience a 5% loss in sales as a result of the opening of DHC Far East.  Instead of the expected 5% loss, DHC East experienced a 20-40% loss in sales, upon the opening of DHC Far East in 2007.  From Mr. Armendariz's perspective, as Director of Operations, these greater than expected losses, as well as the fact that each of the El Paso Fuddruckers was paying an outrageous $15,000.00 per month in rent costs, significantly hurt the El Paso Fuddruckers financially.  In addition, David Chowaiki had some 4 to 5 percent of monthly sales per store being taken away and put into the entity Chowaiki Holdings, LLC.

7.      By 2008, sales were consistently decreasing at El Paso Fuddruckers.  In late 2008, David Chowaiki encouraged Mr. Armendariz to reduce management labor due to the continuing decrease in sales.  Mr. Armendariz expressed his concern about the continued losses, however he was told by the El Paso Fuddruckers Chief Financial Officer, Jesse Esparza, that as long as the losses were within $100,000.00, the El Paso Fuddruckers were doing fine.  This would seem an impossible situation for any restaurant owner.

8.      In July 2009, David Chowaiki was loaned $150,000.00 and $50,000.00 by two separate individuals, Robert Malooly and Leo Gus Haddad.  These loans were agreed to be paid back at 12% interest, and were secured by Promissory Notes and Deeds of

Trust.   David Chowaiki was also loaned $50,000.00 by his own CFO, Mr. Esparza. David Chowaiki was also loaned another $25,000.00 and $50,000.00 by Mr. Haddad. While the reason for David requesting these personal loans is not known at this time, it appears that they were needed due to David Chowaiki's failing businesses.

9.     By 2010, not only were the El Paso Fuddruckers allegedly failing, due to David Chowaiki's poor business practices, but David Chowaiki's other business, Basic Sports Apparel, saw its million dollar credit line revoked.   As a further sign of David Chowaiki's financial troubles, during Mr. Armendariz's employment with El Paso Fuddruckers, David Chowaiki routinely failed to pay Mr. Armendariz in a timely manner.   Payroll checks would be issued to him, but he would be told not to cash them.   When Mr. Armendariz was finally told he was able to cash them, sometimes six months later, he would have to be reissued his original paychecks stating that they were for a pay period six months prior.   An example of such reissued paychecks is attached hereto as Exhibit 1.

10.     It is clear that David Chowaiki's mismanagement and inability to run a successful business drove him eventually to seek money from wherever he could.

11.     Eventually David Chowaiki, at this point desperate for money, asked his own employee, Mr. Armendariz, for a personal loan.   On March 26, 2010, Mr. Armendariz was approached by David Chowaiki as well as his brother Hilel at their office and they discussed their difficult financial situation with him; they needed a way to recoup the $1,000,000.00 from the Basic Sports Apparel loan which was revoked.   Mr. Armendariz, as a friend of David Chowaiki and his brother Hilel, wanted to help as much as he was able, and offered to loan David Chowaiki $50,000.00 to be paid back within six months with interest.   The $50,000.00 was part of an $80,000.00 home equity loan which

Armando had obtained for the purposes of purchasing an investment rental property. On March 29, 2010, Mrs. Armendariz gave David Chowaiki a cashier's check for $50,000.00, GECU Cashier's Check No. 714810 dated March 29, 2010, made payable to David Chowaiki, a copy of which is attached hereto as Exhibit 2.

12.     David Chowaiki's financial difficulties continued.   On or about June 3, 2010, David Chowaiki and his brother Hilel mentioned their financial problems to Mr. Armendariz again, and again, Mr. Armendariz offered to loan another $50,000.00 to David Chowaiki.   On June 7, 2010, Armando handed David Chowaiki two more cashier's checks totaling $50,000.00, both made payable to David Chowaiki:  El Paso Employees Federal Credit Union Cashier's Check No. 01 0000634472, dated June 7, 2010, for $22,777.00, and GECU Cashier's Check No. 726540, dated June 7, 2010, for $27,223.00.  Copies of these cashier's checks are attached hereto as Exhibits 3 and 4.

13.     Each of these three cashier's checks were endorsed and cashed by David Chowaiki, and were to be paid back with 12% interest by January of 2011.

14.     By March 2012, David Chowaiki had still not paid the $100,000.00 loan back to Mr. Armendariz, and Mr. Armendariz requested that the interest to date be paid.   On March 30, 2012, Mr. Armendariz was given a check from DHC East for the amount of $14,321.92.    In the memo section of the check it stated "Interest to date @ 7.5%/annum-Loan to Fuddruckers".  A copy of the DHC East check is attached hereto as Exhibit 5.

15.     Mr. Armendariz refused this check from David Chowaiki as not only was the amount of interest, 7.5%, not correct, but the loan which Mrs. Armendariz had made to David Chowaiki was a personal loan, and not a "Loan to Fuddruckers" as stated on the

DHC East check.  By attempting to pay back the personal loan from Mrs. Armendariz in this manner, and not honoring the agreement between David Chowaiki and Mr. Armendariz, it became clear to Mr. and Mrs. Armendariz that David Chowaiki had no intention of paying back the loan as agreed.  David Chowaiki took advantage of Mr. and Mrs. Armendariz's good will, realizing that they had not taken the steps to secure their personal loan with a promissory note or other means, as had Mr. Malooly and Mr. Haddad who had loaned David Chowaiki $150,000.00 and $50,000.00 a year prior.  In all, including the loan from Mrs. Armendariz, David Chowaiki has received personal loans totaling $425,000.00.  There may in fact be more which are unknown to Counterclaimants at this time.

16.     At this point, David Chowaiki had developed a strategy to deal not only with the $100,000.00 loan from Mrs. Armendariz, but his dire financial situation with the failing Fuddruckers restaurants as well:  Claim that Mr. Armendariz along with Mrs. Armendariz had somehow devised an elaborate plan to steal not just $100,000.00, but hundreds of thousands of dollars from the El Paso Fuddruckers, declare bankruptcy, and then represent to the Court that the couple was in fact to blame for their dire financial situation.  With David Chowaiki's strategy, not only did he seek to avoid paying back the $100,000.00 loan from Mrs. Armendariz, but also find a way to financially ruin Mr. and Mrs. Armendariz and blame them for his financial problems.

17.     On April 3, 2012 Mr. Armendariz presented David Chowaiki with a doctor's note authorizing a medical leave of absence due to glaucoma, and requested payment in full for the loan.  Mr. Armendariz was told that David Chowaiki would call him after discussing the matter with his brother Hilel.  On April 16, 2012, while still on medical

leave and still recovering from glaucoma, Armando was terminated[1]. Mrs. Armendariz was terminated at the same time as Mr. Armendariz, and has to date not been paid back the $100,000.00 loaned to David Chowaiki with interest. David Chowaiki is delinquent in the payment of the debt described above. David has failed to make any proper payments on the debt. Demand has been made for immediate payment of the full principal balance owing of $100,000.00, plus interest at the rate of twelve percent per annum (12.00%). David Chowaiki has failed and refused to pay this debt.

18. In addition to the above, following the termination of Counterclaimants, to date, David Chowaiki has engaged in a campaign of slander against Mr. Armendariz. Examples of such slanderous statements are set forth below. Each of the statements referenced below are false. David Chowaiki is aware of the false nature of each of the slanderous statements alleged. These statements were intentionally made, and were made with intent to harm. These statements have been damaging to Mr. Armendariz. These statements include, among other things, the following statements:

19. Mr. Jesus de la Trinidad ("Mr. de la Trinidad") will confirm that on November 30, 2012, David Chowaiki, at approximately 4:00 p.m., stated to him that Mr. Armendariz had stolen thousands of hamburgers from El Paso Fuddruckers, and that Mr. Armendariz was a felon.

20. Mr. Armendariz, on December 21, 2012, at approximately 12:00 p.m., encountered Mr. Abraham Alfaro, an employee of David Chowaiki and El Paso Fuddruckers, at a catering event at the Housing Authority of the City of El Paso. Mr. Alfaro was in an El Paso Fuddruckers uniform and arrived in an El Paso Fuddruckers

---

[1] Counter-defendant will have a separate suit for the wrongful termination of Armando and Yvette filed against him.

Amended Counterclaim of Defendants Armando Armendariz and Yvette Armendariz

catering van.   Mr. Alfaro informed Mr. Armendariz that David Chowaiki, along with his brother Hilel, had stated that Mr. Armendariz was a felon and that he had attorneys who had expunged this felony.

21.    Danny Armendariz, a former employee at El Paso Fuddruckers, also referenced in Plaintiffs' Complaint, will verify that Mr. Abraham Alfaro was instructed by David Chowaiki to state that Mr. Armendariz was fired for theft and that Mr. Armendariz was a felon because he had stolen thousands of dollars from Little Ceasar's and that he was still paying them back.  This conversation took place on April 17, 2012.

22.    Mr. Hector Saenz, an employee for David Chowaiki and El Paso Fuddruckers, will attest that David Chowaiki instructed him to tell employees in the El Paso Fuddruckers that Mr. Armendariz was going to jail for stealing.

23.    Ms. Marie Drake, a former employee for El Paso Fuddruckers, will testify that she was bribed by the David Chowaiki and his brother Hilel with the promise of paying her vacation pay to get her to go to the El Paso Fuddruckers main office at 301 Williams St., El Paso, with the help of Mr. Tim Giangrossi.  Once there, Ms. Drake was questioned by David Chowaiki, his brother Hilel, and Mr. Gluck about Mr. Armendariz.  David Chowaiki tried to make her say things that were not true about how Mr. Armendariz worked.  Ms. Drake's response to David Chowaiki, was that she was not going to say something untrue just to get her job back.  Ms. Drake will testify as to David Chowaiki's attempts to induce her to make slanderous statements about Mr. Armendariz after his termination.

24.    David Chowaiki's statements against Mr. Armendariz after his termination referenced above clearly amount to slander.  Other such similar statements in addition to the above have been made as well.

## CAUSE OF ACTION – BREACH OF CONTRACT

25.    Counterclaimants hereby incorporate by reference the allegations in paragraphs 1 through 24 herein above as fully set forth in this paragraph.

26.    Counterclaimants would show that the actions and/or omissions of David Chowaiki described herein constituted breach of contract.  David Chowaiki obtained money from Mrs. Armendariz for which David Chowaiki failed to tender payment to Yvette.   David Chowaiki's actions constitute breach of contract for which Mrs. Armendariz hereby sues.  Therefore, David Chowaiki actions caused the damages to Mrs. Armendariz as described herein allowing Mrs. Armendariz to obtain relief from this Court for the damages established by the trier of fact.

## CAUSE OF ACTION – DEFAMATION

27.    Counterclaimants hereby incorporate by reference the allegations in paragraphs 1 through 24 herein above as fully set forth in this paragraph.

28.    Counterclaimants would show that David Chowaiki has engaged in continuous defamatory conduct against Mr. Armendariz since the date of his termination on April 16, 2012, specifically numerous slanderous statements, including but not limited to those set forth above.

## ACTUAL LIQUIDATED DAMAGES

29.    Yvette's liquidated damages as agreed to be paid by under the agreement is $119,467.63, which amount is hereby claimed due.  Therefore, Yvette claims liquidated damages totaling $119,467.63.

## ADDITIONAL DAMAGES

30.    Counterclaimants have suffered additional damages as a result of David Chowaiki's defamatory conduct.

## ATTORNEY'S FEES

31.     Counterclaimants request all costs and reasonable and necessary attorney's fees incurred by Counterclaimants herein, including all fees and costs of court necessary, as the Court finds within its jurisdiction and deems equitable and just, as provided by (a) Chapter 38 of the Texas Civil Practice and Remedies Code, and (b) common law.

**WHEREFORE, PREMISES CONSIDERED**, Counterclaimants request that David Chowaiki be cited to appear and to answer and that on final trial, Counterclaimants have judgment against David Chowaiki for:

a)      $100,000.00, plus prejudgment interest;

b)      Damages

c)      Additional damages

d)      Attorney's fees;

e)      Costs of court;

f)      Post-judgment interest; and

g)      Such other and further relief to which it may be justly entitled.

Respectfully submitted,

**FIRTH♦JOHNSTON♦MARTINEZ**
Attorneys for Defendants
415 North Mesa, Suite 300
El Paso, Texas 79901
Phone:  (915) 532-7500
Fax:     (915) 532-7503

   /s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON
State Bar No. 10834200

# EXHIBIT 1

## CHOWAIKI HOLDINGS LLC

10030

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 |

Pay Period: 01/16/2011 - 01/31/2011              Pay Date: 07/12/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 43,501.81 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -5,148.00 |
| Social Security Employee | -166.10 | -1,827.08 |
| Medicare Employee | -57.35 | -630.78 |
| | -691.45 | -7,605.86 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -3,260.51 |
| Dental Insurance | -49.28 | -246.40 |
| | -345.69 | -3,506.91 |

| Net Pay | 2,917.57 | 32,389.04 |
|---|---|---|

*Replacement for check no.1525 (GECU) dated 1/31/11*

Memo
Replacement for GECU ck no. 1525

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

## CHOWAIKI HOLDINGS LLC

1525

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936 | | | | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |

Pay Period: 01/16/2011 - 01/31/2011                                      Pay Date: 01/31/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 7,909.42 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -936.00 |
| Social Security Employee | -166.10 | -332.20 |
| Medicare Employee | -57.35 | -114.69 |
| | -691.45 | -1,382.89 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -592.82 |
| Dental Insurance | -49.28 | -98.56 |
| | -345.69 | -691.38 |

| Net Pay | 2,917.57 | 5,835.15 |
|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

10031

## CHOWAIKI HOLDINGS LLC

| | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| | | | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |
| Employee | | | Pay Period: 02/01/2011 - 02/15/2011 | | Pay Date: 07/12/2011 |

Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 47,456.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -5,616.00 |
| Social Security Employee | -166.09 | -1,993.17 |
| Medicare Employee | -57.34 | -688.02 |
| | -691.43 | -8,297.29 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -3,556.92 |
| Dental Insurance | -49.28 | -295.68 |
| | -345.69 | -3,852.60 |

| Net Pay | 2,917.59 | 35,306.63 |
|---|---|---|

*Replacement for GECU ck. no. 1535 dated 2/15/11*

Memo
Replacement for GECU ck. no. 1535

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

1535

### CHOWAIKI HOLDINGS LLC

| | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| | | | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |
| Employee | | | Pay Period: 02/01/2011 - 02/15/2011 | | Pay Date: 02/15/2011 |

Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 11,864.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -1,404.00 |
| Social Security Employee | -166.09 | -498.29 |
| Medicare Employee | -57.34 | -172.03 |
| | -691.43 | -2,074.32 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -889.23 |
| Dental Insurance | -49.28 | -147.84 |
| | -345.69 | -1,037.07 |

| Net Pay | 2,917.59 | 8,752.74 |
|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

# CHOWAIKI HOLDINGS LLC

Employee
Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936

Pay Period: 02/16/2011 - 02/18/2011                     Pay Date: 08/03/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 47,456.52 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -5,616.00 |
| Social Security Employee | | | -166.10 | -1,993.17 |
| Medicare Employee | | | -57.34 | -688.12 |
| | | | -691.44 | -8,297.29 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -3,556.92 |
| Dental Insurance | | | -49.28 | -197.12 |
| | | | -345.69 | -3,754.04 |

| Net Pay | | | 2,917.58 | 35,405.19 |
|---|---|---|---|---|

Memo
Replacement for GECU ck 1546 issued on 2/28/2011

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

---

## CHOWAIKI HOLDINGS LLC

1546

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936 | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |

Pay Period: 02/16/2011 - 02/18/2011                     Pay Date: 02/28/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 15,818.84 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -1,872.00 |
| Social Security Employee | | | -166.10 | -664.39 |
| Medicare Employee | | | -57.34 | -229.37 |
| | | | -691.44 | -2,765.76 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -1,185.64 |
| Dental Insurance | | | -49.28 | -197.12 |
| | | | -345.69 | -1,382.76 |

| Net Pay | | | 2,917.58 | 11,670.32 |
|---|---|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

## CHOWAIKI HOLDINGS LLC

10051

| Employee | | | | | SSN | |
|----------|--|--|--|--|-----|--|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | |
| | | | | | Pay Period: 03/01/2011 - 03/15/2011 | Pay Date: 08/03/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Salary | | | 3,954.71 | 51,411.23 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Federal Withholding | -468.00 | -6,084.00 |
| Social Security Employee | -166.10 | -2,159.27 |
| Medicare Employee | -57.35 | -745.47 |
| | -691.45 | -8,988.74 |

| Adjustments to Net Pay | Current | YTD Amount |
|------------------------|---------|------------|
| Health Insurance | -296.41 | -3,853.33 |
| Dental Insurance | -49.28 | -246.40 |
| | -345.69 | -4,099.73 |

| Net Pay | 2,917.57 | 38,322.76 |
|---------|----------|-----------|

Memo
Repalacement for GECU ck 1556 issued on 3/15/2011

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

## CHOWAIKI HOLDINGS LLC

1556

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|----------|--|--|--|--|-----|--------------------|--|------------------|
| Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 03/01/2011 - 03/15/2011 | | | Pay Date: 03/15/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Salary | | | 3,954.71 | 19,773.55 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Federal Withholding | -468.00 | -2,340.00 |
| Social Security Employee | -166.10 | -830.49 |
| Medicare Employee | -57.35 | -286.72 |
| | -691.45 | -3,457.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|------------------------|---------|------------|
| Health Insurance | -296.41 | -1,482.05 |
| Dental Insurance | -49.28 | -246.40 |
| | -345.69 | -1,728.45 |

| Net Pay | 2,917.57 | 14,587.89 |
|---------|----------|-----------|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

# CHOWAIKI HOLDINGS LLC

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936 | | | | | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |
| | | | | | | Pay Period: 03/16/2011 - 03/31/2011 | Pay Date: 08/03/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 55,365.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -6,552.00 |
| Social Security Employee | -166.10 | -2,325.37 |
| Medicare Employee | -57.34 | -802.81 |
| | -691.44 | -9,680.18 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -4,149.74 |
| Dental Insurance | -49.28 | -295.68 |
| | -345.69 | -4,445.42 |

| Net Pay | 2,917.58 | 41,240.34 |
|---|---|---|

Memo

Replacement for GECU ck 1566 issued on 3/31/2011

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

---

# CHOWAIKI HOLDINGS LLC

1566

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Pase, TX 79936 | | | | | ***-**-4930 | Married/(none) | Fed-3/0/TX-0/0 |
| | | | | | | Pay Period: 03/16/2011 - 03/31/2011 | Pay Date: 03/31/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 23,728.26 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -2,808.00 |
| Social Security Employee | -166.10 | -996.59 |
| Medicare Employee | -57.34 | -344.06 |
| | -691.44 | -4,148.65 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -1,778.46 |
| Dental Insurance | -49.28 | -295.68 |
| | -345.69 | -2,074.14 |

| Net Pay | 2,917.58 | 17,505.47 |
|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

# CHOWAIKI HOLDINGS LLC

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/01/2011 - 04/15/2011 | | | Pay Date: 09/02/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 63,275.36 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -7,488.00 |
| Social Security Employee | -166.09 | -2,657.57 |
| Medicare Employee | -57.34 | -917.49 |
| | -691.43 | -11,063.06 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -4,742.56 |
| Dental Insurance | 0.00 | -295.68 |
| | -296.41 | -5,038.24 |

| Net Pay | 2,966.87 | 47,174.06 |
|---|---|---|

Memo
Replacement for GECU ck 1580, issued on 4/15/11.

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

---

## CHOWAIKI HOLDINGS LLC

**1580**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/01/2011 - 04/15/2011 | | | Pay Date: 04/15/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 27,682.97 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -468.00 | -3,276.00 |
| Social Security Employee | -166.09 | -1,162.68 |
| Medicare Employee | -57.34 | -401.40 |
| | -691.43 | -4,840.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -296.41 | -2,074.87 |
| Dental Insurance | 0.00 | -295.68 |
| | -296.41 | -2,370.55 |

| Net Pay | 2,966.87 | 20,472.34 |
|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

# CHOWAIKI HOLDINGS LLC

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/16/2011 - 04/29/2011 | | | Pay Date: 09/02/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 63,275.36 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -7,488.00 |
| Social Security Employee | | | -166.10 | -2,657.57 |
| Medicare Employee | | | -57.35 | -917.49 |
| | | | -691.45 | -11,063.06 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -4,742.56 |
| Dental Insurance | | | 0.00 | -295.68 |
| | | | -296.41 | -5,038.24 |

| Net Pay | | | 2,966.85 | 47,174.06 |
|---|---|---|---|---|

**Memo**

Replacement for GECU ck 1592, issued on 4/30/11

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

---

## CHOWAIKI HOLDINGS LLC

1592

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/16/2011 - 04/29/2011 | | | Pay Date: 04/30/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 31,637.68 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -3,744.00 |
| Social Security Employee | | | -166.10 | -1,328.78 |
| Medicare Employee | | | -57.35 | -458.75 |
| | | | -691.45 | -5,531.53 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -2,371.28 |
| Dental Insurance | | | 0.00 | -295.68 |
| | | | -296.41 | -2,666.96 |

| Net Pay | | | 2,966.85 | 23,439.19 |
|---|---|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

**CHOWAIKI HOLDINGS LLC**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/30/2011 - 05/15/2011 | | | Pay Date: 09/02/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 63,275.36 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -7,488.00 |
| Social Security Employee | | | -166.10 | -2,657.57 |
| Medicare Employee | | | -57.34 | -917.49 |
| | | | -691.44 | -11,063.06 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -4,742.56 |
| Dental Insurance | | | 0.00 | -295.68 |
| | | | -296.41 | -5,038.24 |

| Net Pay | | | 2,966.86 | 47,174.06 |
|---|---|---|---|---|

**Memo**

Replacement for GECU ck 1598, issued on 5/15/11

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

---

**CHOWAIKI HOLDINGS LLC**

**1598**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Armando A Armendariz, 11316 Lindenwood Ave., El Paso, TX 79936 | | | | | ***-**-4930 | Married/(none) | | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 04/30/2011 - 05/15/2011 | | | Pay Date: 05/15/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 3,954.71 | 35,592.39 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -468.00 | -4,212.00 |
| Social Security Employee | | | -166.10 | -1,494.88 |
| Medicare Employee | | | -57.34 | -516.09 |
| | | | -691.44 | -6,222.97 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Insurance | | | -296.41 | -2,667.69 |
| Dental Insurance | | | 0.00 | -295.68 |
| | | | -296.41 | -2,963.37 |

| Net Pay | | | 2,966.86 | 26,406.05 |
|---|---|---|---|---|

Chowaiki Holdings, LLC, 301 Williams Street, El Paso, TX 79901 915-532-0561

# EXHIBIT 2

GECU                                                                    312081089

# Share Draft

| Sequence | Capture Date | Member No. | Draft No. | Draft Amt. |
|----------|--------------|------------|-----------|------------|
| 98071734 | 03292010 | 88000010 | 714810 | 50000.00 |



# EXHIBIT 3

View Image

*evolve Federal Credit Union*

*312.*

# Share Draft - Viewing Image

| Sequence | Capture Date | Member No. | Draft No. | Draft Amt. |
|----------|-------------|------------|-----------|------------|
| 73714862 | 06102010 | 685003119025567 | 634472 | 22777.00 |



El Paso Employees
FEDERAL CREDIT UNION
8840 GAZELLE, EL PASO, TX 79925-5931
(915) 593-5866

NCUA

NOTICE TO MEMBERS:
THE PURCHASE OF CW MEDIUM TYPE440
WILL BE REGARDED BEFORE THIS CHECK
WILL BE REPLACED OR REFUNDED IN THE
EVENT IT IS LOST, MISPLACED OR
STOLEN.

88-91000/120

01 0000634472

DATE
06/07/10

$22,777.00

PAY ** Twenty-Two Thousand Seven Hundred Seventy-Seven and 00/100 DOLLARS **

TO THE
ORDER
OF

DAVID CHOWAIKI

YVETTE ARMENDARIZ

REMITTED BY:

**CASHIER'S CHECK**
VOID AFTER SIXTY DAYS

AUTHORIZED SIGNATURE

⑆0634472⑆ ⑇312081005⑆685003119025567⑈

6/9/2010
3-098
0006

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

[ Close ]

2

# EXHIBIT 4

*GECU*                                         *312081089*

# Share Draft - Viewing Image

| Sequence | Capture Date | Member No. | Draft No. | Draft Amt. |
|---|---|---|---|---|
| 73471262 | 06092010 | 88000010 | 726540 | 27223.00 |

THIS DOCUMENT HAS A PRISMATIC PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK

**GECU**
WE'RE WITH YOU

No. 726540

VALID FOR ONE YEAR FROM DATE OF ISSUE.
June 07, 2010

A 90 DAY WAITING PERIOD AND AN
INDEMNIFYING BOND MAY BE REQUIRED
TO REPLACE THIS CHECK.

TO THE ORDER OF   ****DAVID CHOWAIKI****************************************   $27,223.00

PAY

***TWENTY SEVEN THOUSAND TWO HUNDRED TWENTY THREE and 00/100******   DOLLARS

RE: YVETTE GUERRERO ARMENDARIZ

**CASHIER'S CHECK**
**GECU**

P.O. BOX 20998, EL PASO, TEXAS 79998

82-8106
3120

By _____  AUTHORIZED SIGNATURE

By _____  AUTHORIZED SIGNATURE

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $2000.00

⑈726540⑈  ⑆312081089⑆  8800001⑈

6/9/2010
3098
0006

*FEDERAL RESERVE BOARD OF GOVERNORS F.R. CO*

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTE USE

ENDORSED AS DRAWN

[ Close ]

# Exhibit 5



EL PASO DHC ENTERPRISES LLC
301 WILLIAMS ST
EL PASO, TEXAS 79901
(915) 532-0561

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61-1110

10216

3/30/2012

PAY TO THE
ORDER OF ___ Armando A. Armendariz

Fourteen Thousand Three Hundred Twenty-One and 92/100************************************

$ ***14,321.92

Armando A. Armendariz

DOLLARS

MEMO ___ Interest to Date@7.5%/annum–Loan to Fuddruckers

AUTHORIZED SIGNATURE

Security features. Details on back.

⑆"010216"  ⑈ :111000061: 936476225⑈"

**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone:  (915) 532-3327
Fax:      (915) 532-3355

   /s/ Sidney J. Diamond
SIDNEY J. DIAMOND
State Bar No. 5803000

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on March 4, 2013, a true and correct copy of the foregoing Amended Counterclaim of Defendants Armando Armendariz and Yvette Armendariz, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770