*109 . 127 267r49 Iw*
*2 pop*

Doc# 20080094716

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

GF# ▉▉▉▉▉▉
Asset # 1009473990

## SPECIAL WARRANTY DEED

**Date:** _10-28_, 2008 (*Effective 11-4-08*)

**Grantor:** INDYMAC BANK, F.S.B.

**Grantor's Mailing Address (including county):**
7700 Parmer Lane, Building D
Austin, TX 78729

(_____Travis_____ County)

**Grantee:** ARMANDO ARMENDARIZ and YVETTE ARMENDARIZ

**Grantee's Mailing Address (including county):**

(_El Paso_ County)  *11876 Crimson Sky El Paso, TX 79936*

**Consideration:**

The sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to the undersigned in hand paid by Grantee herein named, the receipt of which is hereby acknowledged.

**Property (including any improvements):**

Lot Twenty-nine (29), Block Twenty-four (24), TIERRA DEL ESTE UNIT THREE (3), an Addition to the City of El Paso, El Paso County, Texas, according to the map thereof on File in Book 77, Page 2, 2A & 2B, Plat Records of El Paso County, Texas

**Reservations from and Exceptions to Conveyance and Warranty:**

This conveyance is made and accepted subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, conditions and easements, if any, relating to the herein above described property, but only to the extent they are still in effect, shown of record in the herein above mentioned County and State, and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent that they are still in effect, relating to the herein above described property.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through, or under Grantor, but not otherwise, except as to the reservations from and exceptions to warranty.

12340 TIERRA HUMEDA, EL PASO, TX 79938

EXHIBIT
P-5

POOR QUALITY ORIGINAL
BEST AVAILABLE IMAGE

When the context requires, singular nouns and pronouns include the plural.

EXECUTED on the date first above written.

INDYMAC BANK, F.S.B.

By: _____
(name)
(title)           Tim Beadnell
                  Vice President
                  HLS-REO

STATE OF _Texas_ )
COUNTY OF _Williamson_ )

This instrument was acknowledged before me on the _28_ day of _October_ _____, 2008, by _____Tim Beadnell_____, _____ of INDYMAC BANK, F.S.B., a federal savings bank, on behalf of said savings bank.

_____
Notary Public in and for the
State of _Texas_

AFTER RECORDING RETURN TO:

11876 Crimson Sky
El Paso, TX 79938

12340 TIERRA HUMEDA, EL PASO, TX 79938

POOR QUALITY ORIGINAL
BEST AVAILABLE IMAGE

Doc# 20080094716
WPages 2   WHFPages 1
12/01/2008 02:17 PM
Filed & Recorded in
Official Records of
EL PASO COUNTY
DELIA BRIONES
COUNTY CLERK
Fees $28.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.

EL PASO COUNTY, TEXAS