Doc# 20090018358

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

11316 LINDENWOOD
EL PASO, TX 79936

## SPECIAL WARRANTY DEED WITH VENDOR'S LIEN
(Vendor's Lien Reserved and Assigned to Third Party Lender)

STATE OF     Texas
COUNTY OF    El Paso

THAT THE UNDERSIGNED, UNITED STATES OF AMERICA, hereinafter called "Grantor", whether one or more, for and in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration to the undersigned in hand paid by the Grantee herein named, the receipt of which is hereby acknowledged, and the further consideration of the execution and delivery by the Grantee of that one certain promissory note of even date herewith in the principal sum of $ 252,700.00 , payable to the order of ___ GECU ___ as therein specified, providing for acceleration of maturity and for attorney's fees, the payment of which note is secured by the vendor's lien herein retained, and is additionally secured by a deed of trust of even date herewith to ___ Steve Anderson ___, TRUSTEE, has GRANTED, SOLD AND CONVEYED and by these presents does GRANT, SELL AND CONVEY unto ARMANDO ARMENDARIZ and YVETTE G ARMENDARIZ, 11316 LINDENWOOD, EL PASO, TX 79936, herein referred to as the "Grantee", whether one or more, the real property described as follows, to-wit:

**LOT 5, BLOCK 9, KIMBERLY HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 12, PAGE 55, PLAT RECORDS OF EL PASO COUNTY, TEXAS.**

This conveyance, however, is made and accepted subject to any and all restrictions, encumbrances, easements, covenants and conditions, if any, relating to the hereinabove described property as the same are filed for record in the County Clerk's Office of El Paso County, Texas.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Grantee, Grantee's heirs, executors, administrators, successors and/or assigns forever; and Grantor does hereby bind Grantor, Grantor's heirs, executors, administrators, successors and/or assigns to WARRANT AND FOREVER DEFEND all singular the said premises unto the said Grantee, Grantee's heirs, executors, administrators, successors and/or assigns, against every person whomsoever claiming or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

But it is expressly agreed that the Vendor's Lien, as well as Superior Title in and to the above described premises, is retained against the above described property, premises, and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Deed shall become absolute. _____ GECU _____, ("Lender"), at the instance and request of the Grantee herein, having advanced and paid in cash to the Grantor herein that portion of the purchase price of the herein described property as is evidenced by the hereinabove described Note, the Vendor's Lien, together with the Superior Title to said property, is retained herein for the benefit of said Lender and the same are hereby TRANSFERRED AND ASSIGNED to said Lender, its successors and assigns. Grantor covenants to specially warrant the title to the Property hereby conveyed against any claim or action arising from the case styled "UNITED STATES OF AMERICA v. REAL PROPERTY LOCATED AT 11316 LINDENWOOD, EL PASO, TEXAS, WITH ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON," Case No. EP-07-CV-187-KC, in the United States District Court Western District of Texas, El Paso Division, the Order, dated July 16, 2008, having been recorded as Document #20080074120 in the Official Public Records of El Paso County, Texas and such property being the same property conveyed to Grantor by virtue of that certain Order described herein.

TX-SWDVL/US Marshall



EXHIBIT P-6

TX-086929
11316 LINDENWOOD
EL PASO, TX 79936

EXECUTED this 8th day of January, 2009.

UNITED STATES OF AMERICA

By: _____
Title: Brett Thomas, Supervisory Deputy U.S. Marshal

STATE OF Texas
COUNTY OF Harris

BEFORE ME, the undersigned Notary Public, on this day personally appeared Brett Thomas Sousa, of UNITED STATES OF AMERICA, personally known to me (or proved to me on the oath of _____, or through official identification described as _____) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Given under my hand and seal of office this 8th day of January, 2009.

My Commission Expires:
01-09-010

_____
Notary Public for the State of Texas

Barbara Lowe
Printed Name of Notary Public

RETURN TO:
ARMANDO & YVETTE G ARMENDARIZ
11316 LINDENWOOD
EL PASO, TX 79936

PREPARED BY:
Barrett Daffin Frappier Turner and Engel, L.L.P.
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

PLACE OF CLOSING:
FIRST FIDELITY TITLE
17480 NO DALLAS PKWY, SUITE 121
Dallas, TX 75287

Doc# 2009010358
#Pages 2  #NFPages 1
3/19/2009 9:41:10 AM
Filed & Recorded in
Official Records in
El Paso County
Delia Briones
County Clerk
Fees $20.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.

EL PASO COUNTY, TEXAS

File a Motion:

2-03012-hcm DHC Realty, LLC et al v. Armendariz et al
Type: ap                Office: 3 (El Paso)              Judge: hcm
Lead Case: 3-11-bk-30977

Please note the document number and
click following link to upload the proposed order.
Upload Order

## U.S. Bankruptcy Court

## Western District of Texas

Notice of Electronic Filing

The following transaction was received from Corey W. Haugland entered on 1/22/2013 at 7:26 PM
CST and filed on 1/22/2013
**Case Name:**       DHC Realty, LLC et al v. Armendariz et al
**Case Number:**     12-03012-hcm
**Document Number:** 47

**Docket Text:**
Motion Plaintiffs' Motion to Compel and for Sanctions Against Armando Armendariz Filed by Corey W. Haugland for Plaintiffs David Chowaiki, Chowaiki Holdings, LLC, DHC Realty, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, El Paso DHC Enterprises, LLC. (Attachments: # (1) Exhibit Exhibit P-1# (2) Exhibit Exhibit P-2# (3) Exhibit Exhibit P-3# (4) Exhibit Exhibit P-4# (5) Exhibit Exhibit P-5# (6) Exhibit Exhibit P-6) (Haugland, Corey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** _0122181213_001.pdf
**Electronic document Stamp:**
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-0
[15d116cba2557d6ff0ca00cee45d9aeff0c932bbb5dc323a1ab5d3f0f026a782452
a6486efec558f183147ed0b916348fc753f88d3749a9cd46449a829900f8]]
**Document description:** Exhibit Exhibit P-1
**Original filename:** _0122181241_001.pdf
**Electronic document Stamp:**
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-1
[909a3460b1efb847bc7941b0e82de7538eb8f2fe2d64239fbd808c37cbd5a2f70bb
a5c1e5793862ed11d76e57cac34acdf43641faa8cadfa5eaa7c6e08d62ab]]
**Document description:** Exhibit Exhibit P-2
**Original filename:** _0122181302_001.pdf

Electronic document Stamp:
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-2
[4ce232c7d60f1d949b3d10196f7f3e144e35bc0381beb2780b91ec7b9f7cfc57eae
d68329d550b12c71026df38e81aa9bad31dd05aad495436a580bd552c0bc]]
Document description:Exhibit Exhibit P-3
Original filename:_0122181328_001.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-3
[99eace2eb776ef5742e65374f0662b0a4bafcde38f08846a0db33030fb803dff09b
eeb5f6bf3f3de64f63541c827148a35627294a132429a16e52e91f6d8fd5]]
Document description:Exhibit Exhibit P-4
Original filename:_0122181346_001.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-4
[47102c501be27166e2bebb423e0e900859acfb4b7b7675a49681410e4d87e8ca2d2
c3ee1d582f142b57590f041266984591e5c039178052b0216c576b5741b7]]
Document description:Exhibit Exhibit P-5
Original filename:_0122181402_001.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-5
[3c22b89a68b948a5fcd398f06efd1675d0429895f7adb759219f3010e51e87f4972
5c3a9835215b97af3bd553751aca172e1a242149f248227b08d9b262dec3]]
Document description:Exhibit Exhibit P-6
Original filename:_0122181428_001.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=988230274 [Date=1/22/2013] [FileNumber=18259137-6
[7d039eb0e69b284f8eb25daed7248d8a3731394f2989dff894795bc77f2ad47dfbf
fd8dc7dcea5477592ca11b82b8ca82cf89ec01b4897f8a2968528fcbd556]]

**12-03012-hcm Notice will be electronically mailed to:**

Sidney J. Diamond on behalf of Counter Claimant Armando Armendariz
sbc@sidneydiamond.com

Corey W. Haugland on behalf of Counter Defendant Chowaiki Holdings, LLC
haugland@jghpc.com

Christopher Robert Johnston on behalf of Defendant Armando Armendariz
johnston@f-jlaw.com, mwoods@f-jlaw.com

**12-03012-hcm Notice will not be electronically mailed to:**

Valerie Wenger
Office of the U.S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

J.S.B.C. Western District of Texas (LIVE) 12-03012-hcm Doc#81-6 Filed 03/19/13 Entered 03/19/13 18:18:24 Exhibit P-6 Pg 6 of 6 Page 3 of 3

1/22/2013