**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 20, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DHC REALTY, LLC, § | | CASE NO. 11-30977-HCM |
| § | | |
| Debtor § | | |
| § | | (Chapter 11) |
| § | | |
| DHC REALTY, LLC, CHOWAIKI § | | |
| HOLDINGS, LLC, EL PASO DHC § | | |
| ENTERPRISES, LLC, EL PASO DHC § | | |
| ENTERPRISES FAR EAST, LLC, § | | |
| EL PASO DHC ENTERPRISES WEST, § | | |
| LLC AND DAVID CHOWAIKI, § | | |
| § | | |
| Plaintiffs, § | | ADV. NO. 12-03012-HCM |
| § | | |
| v. § | | |
| § | | |
| ARMANDO ARMENDARIZ, § | | |
| YVETTE ARMENDARIZ, AND § | | |
| HECTOR ARMENDARIZ, § | | |
| § | | |
| Defendants. § | | |

**ORDER SETTING DEADLINE AND HEARING
ON PLAINTIFFS' SECOND MOTIONS TO COMPEL**

On March 19, 2013, DHC Realty, LLC, Chowaiki Holdings, LLC, El Paso DHC Enterprises, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, and David Chowaiki ("Plaintiffs") filed their Second Motions to Compel and

1

for Sanctions Against Hector Armendariz, Yvette Armendariz, and Armando Armendariz ("Defendants") (collectively "Motions") (dkt nos. 79, 80, and 81) in this adversary proceeding. The Court finds that the following Order should be entered setting a deadline and a hearing on the Motions.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED and **NOTICE IS HEREBY GIVEN** AS FOLLOWS:

1. Defendants shall file and serve a Response to the Motions by April 5, 2013 at 12:00 (noon) (MT). Each of the Defendants may file a separate Response to each of the Motions, or the Defendants may file one consolidated Response to the Motions if the consolidated Response specifically addresses each of the Motions.

2. A hearing on the Motions is hereby set for April 9, 2013 at 1:30 p.m. (MT) in the U.S. Bankruptcy Court, 511 E. San Antonio Avenue, 4th Floor, El Paso, Texas.

3. Prior to the hearing, respective counsel for Plaintiffs and Defendants shall meet and confer and attempt to resolve the Motions or narrow the issues in dispute with respect to the Motions.

# # #