**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 20, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE:<br>DHC REALTY, LLC,<br><br>Debtor | § § § § § | CASE NO. 11-30977-HCM<br><br>(Chapter 11) |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC AND DAVID CHOWAIKI,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, AND HECTOR ARMENDARIZ,<br><br>Defendants. | § § § § § § § § § § § § § § § § | ADV. NO. 12-03012-HCM |

**ORDER SETTING DEADLINE AND HEARING
ON PLAINTIFFS' SECOND MOTIONS TO COMPEL**

On March 19, 2013, DHC Realty, LLC, Chowaiki Holdings, LLC, El Paso DHC Enterprises, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, and David Chowaiki ("Plaintiffs") filed their Second Motions to Compel and

1

for Sanctions Against Hector Armendariz, Yvette Armendariz, and Armando Armendariz ("Defendants") (collectively "Motions") (dkt nos. 79, 80, and 81) in this adversary proceeding. The Court finds that the following Order should be entered setting a deadline and a hearing on the Motions.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED and **NOTICE IS HEREBY GIVEN** AS FOLLOWS:

1. Defendants shall file and serve a Response to the Motions by April 5, 2013 at 12:00 (noon) (MT). Each of the Defendants may file a separate Response to each of the Motions, or the Defendants may file one consolidated Response to the Motions if the consolidated Response specifically addresses each of the Motions.

2. A hearing on the Motions is hereby set for April 9, 2013 at 1:30 p.m. (MT) in the U.S. Bankruptcy Court, 511 E. San Antonio Avenue, 4th Floor, El Paso, Texas.

3. Prior to the hearing, respective counsel for Plaintiffs and Defendants shall meet and confer and attempt to resolve the Motions or narrow the issues in dispute with respect to the Motions.

###

United States Bankruptcy Court
Western District of Texas

DHC Realty, LLC,
    Plaintiff

Adv. Proc. No. 12-03012-hcm

Armendariz,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: hilliardj     Page 1 of 2     Date Rcvd: Mar 20, 2013
                  Form ID: pdfintp     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2013.
```
dft        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
pla        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
pla        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
dft        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
dft        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Mar 20 2013 23:55:25     United States Trustee - EP12,
              U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
              San Antonio, TX 78295-1539
intp       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Mar 20 2013 23:57:00     Valerie Wenger,
              Office of the U.S. Trustee,    903 San Jacinto Blvd., Suite 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cc*        +Armando Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
cd*        +Chowaiki Holdings, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +DHC Realty, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +David Chowaiki,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises Far East, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises West, LLC,    301 Williams,    El Paso, TX 79901-1813
cd*        +El Paso DHC Enterprises, LLC,    301 Williams,    El Paso, TX 79901-1813
cc*        +Hector Armendariz,    14201 Desert Sage,    Horizon City, TX 79928-6446
cc*        +Yvette Armendariz,    11316 Lindenwood Avenue,    El Paso, TX 79936-2414
                                                                             TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0542-3           User: hilliardj            Page 2 of 2            Date Rcvd: Mar 20, 2013
                               Form ID: pdfintp           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:

```
              Christopher Robert Johnston    on behalf of Defendant Armando Armendariz cjohnston@f-jlaw.com,
               mwoods@f-jlaw.com
              Corey W. Haugland    on behalf of Counter Defendant  Chowaiki Holdings, LLC chaugland@jghpc.com
              Sidney J. Diamond    on behalf of Counter Claimant Armando Armendariz usbc@sidneydiamond.com
                                                                                             TOTAL: 3
```