# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DHC REALTY, LLC, | § | Case No.:  11-30977-hcm |
| | § | |
| Debtor, | § | |
| | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, and DAVID CHOWAIKI | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No.:  12-03012-hcm |
| | § | |
| ARMANDO ARMENDARIZ, | § | |
| YVETTE ARMENDARIZ, and | § | |
| HECTOR ARMENDARIZ, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| ARMANDO ARMENDARIZ and | § | |
| YVETTE ARMENDARIZ | § | |
| | § | |
| Counterclaimants | § | |
| | § | |
| v. | § | |
| | § | |
| DHC REALTY, LLC, CHOWAIKI | § | |
| HOLDINGS, LLC, EL PASO DHC | § | |
| ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, | § | |
| EL PASO DHC ENTERPRISES | § | |
| WEST, LLC, DAVID CHOWAIKI, and | § | |
| HILEL CHOWAIKI | § | |
| | § | |
| Counterdefendants | § | |

## STIPULATED CONFIDENTIALITY ORDER CONCERNING
## PROTECTED FINANCIAL AND PERSONAL INFORMATION

THIS MATTER having come before the Court, IT IS HEREBY ORDERED:

1.      Defendants' financial and personal information is confidential and its disclosure is protected.

2.      "Defendants' Financial and Personal Information" refers to any documentation which Defendants have stated they will agree to produce in response to Plaintiffs' requests for production of documents subject to the receipt of a signed confidentiality agreement, as well as any documentation Plaintiffs have received from any financial institution from any subpoena.

3.      Defendants' Financial and Personal Information shall not be disclosed by any party, their counsel, expert witnesses, lay witnesses, representatives or employees to any person <u>except</u> as follows:

A.      Counsel for the parties to this lawsuit, their paralegals and clerical staff.

B.      The parties, to the extent necessary, to enable them to assist in the prosecution or defense of this action.

C.      Designated experts or agents of such experts, employed by the parties for the purpose of consulting, preparing reports, and/or testifying in this proceeding.

D.      It is the obligation of counsel to insure the strict compliance with these disclosure requirements.

E.      Any person, party or counsel who violates the terms of this order is subject to the contempt powers of the court and any sanction available under Federal Rules of Civil Procedure.

---

Stipulated Confidentiality Order Concerning Protected Financial and Personal Information

4.    None of Defendants' Financial and Personal Information shall be stored or sent to any computer server outside the computer server of the Plaintiffs' counsel of record.

5.    All of Defendants' Financial and Personal Information, along with any and all copies, whether electronic or in hard copy, shall be destroyed or returned to counsel for Defendants within 15 (fifteen) days of the completion of this action.  Plaintiffs' counsel of record shall certify all Defendants' financial information was either returned or destroyed within 15 (fifteen) days of the completion of this matter.

6.    Defendants' Financial and Personal Information shall not be stored on any data base and Plaintiffs' counsel of record must certify that none of Defendants' financial information shall ever be delivered to or stored on any such information data base for any use or purpose whatsoever.

7.    This order shall not affect the admission and use of Plaintiffs' financial information at trial.


Approved:


_____        _____
Corey Haugland                         Christopher Johnston, Esq.
116 East Country Club Road             415 North Mesa, Third Floor
Roswell, New Mexico 88201              El Paso, Texas 79901
(575)623-1976                          (915)532-7500
Attorney for Plaintiffs                Attorney for Defendants