# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re:<br><br>DHC REALTY, LLC,<br><br>    Debtor, | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:  11-30977-hcm |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, and DAVID CHOWAIKI<br><br>    Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, and HECTOR ARMENDARIZ,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No.:  12-03012-hcm |
| ARMANDO ARMENDARIZ and YVETTE ARMENDARIZ<br><br>    Counterclaimants<br><br>v.<br><br>DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, DAVID CHOWAIKI, and HILEL CHOWAIKI<br><br>    Counterdefendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

Response to Plaintiffs' Motion to Compel and for Sanctions Against Hector Armendariz

Page 1

### RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS AGAINST HECTOR ARMENDARIZ

TO THE HONORABLE COURT:

Defendants Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants"), by their undersigned counsel, file the following Response to Plaintiffs' Motion to Compel and for Sanctions against Hector Armendariz ("Motion" or "Motion to Compel"), and in support of thereof show:

### INTRODUCTION

1.    Plaintiffs have filed a Motion to Compel against Defendant Hector Armendariz ("Hector Armendariz") claiming among other things, insufficient responses and invalid objections. Defendants will attempt to address each of the issues raised by Plaintiffs. A careful reading of the discovery responses shows Hector Armendariz has agreed to produce the documents Plaintiffs have requested, although he has only limited documentation.

2.    Defendants corresponded with Plaintiffs regarding the exchange of discovery. Each of these letters are attached hereto as Exhibits 1, 2, and 3. The first letter of November 14, 2012 was in response to a telephone call from counsel for Plaintiffs requesting clarification on some of Defendants' discovery requests. Defendants responded in good faith by providing the requested information, along with some sample documentation for illustration purposes. Additionally, in the same letter of November 14th, Defendants suggested a mutual confidentiality agreement to protect the interests of both Plaintiffs and Defendants. No response was given as to the proposed confidentiality agreement, and a second letter on November 26, 2012 was sent to Plaintiffs not only to request a response as to the confidentiality agreement, but to

provide Plaintiffs with the signed verification pages and attachment which were inadvertently not included with Defendants' initial responses to discovery. A third letter was sent on January 17, 2013. This letter attempted to illicit clarification and supplemental responses to Plaintiffs responses to Defendants' discovery requests, as well as to ask, yet again, about a confidentiality agreement. Again, no response was ever made to Defendants' inquiry as to a confidentiality agreement.

3.    The only thing preventing Plaintiffs from receiving Defendants' document production is an agreed confidentiality agreement. Hector Armendariz only wishes to protect his and his family's personal information that Plaintiffs have requested. Hector Armendariz has agreed to produce for inspection and copying all other documentation Plaintiffs have requested relating to the operations of their restaurants in his possession, which may in fact be none. Hector Armendariz has only sought to limit Plaintiffs requests to the scope of the lawsuit, which relates to his alleged conduct while employed by Plaintiffs, nevertheless, Hector Armendariz does not have much, if any, of the documentation requested, regardless of the time period.

4.    Defendants have sought to resolve the discovery issues in good faith. Defendants believe Plaintiffs' Motion to Compel is without merit.

**RESPONSE**

**Responses to Interrogatories 3-9**

5.    Plaintiffs object to Hector Armendariz's responses to Plaintiffs' Interrogatories 3 through 9. Plaintiffs incorrectly state that "Hector has the burden of establishing each affirmative defense he has plead and must put forward evidence to prove each affirmative defense he has asserted" (see Motion, ¶ 10), in response to these

---

interrogatories.  Affirmative defenses are neither required to be established nor proven in a discovery context.  Plaintiffs have summarized the information requested in their Interrogatories 3 through 9 (see Motion ¶ 9), however, this summary is inadequate. Interrogatories 3 through 9 request the same information regarding each of Defendants' affirmative defenses.  Interrogatory 3 states as follows:

> If you contend that Plaintiffs' claims are barred in whole or in part by fraud, please set forth all of the facts and evidence that you intend to use to support that defense, identify all documents (by title, date, author, custodian and a summarization of contents) that you intend to use to support that defense, and identify all persons who have knowledge of facts supporting that defense.

A complete reading of this interrogatory alone shows the legitimacy of Defendants' objections.  Defendants have provided a brief summary of what they intend to demonstrate to Plaintiffs to support their affirmative defenses.  However, requesting that Defendants identify all documents that they intend to use to support their defenses not only impinges upon attorney work product privilege, but further, requesting that they also provide the title, date, author, custodian, and a summarization of the contents of each document which they intend to use to support their affirmative defenses is overly burdensome.  Further, the Interrogatory uses the overly broad term "all" when referring to facts, evidence, and documents that it requests defendants set forth.  Plaintiffs have contested that the responses to their Interrogatories 3 through 9 do not sufficiently address each affirmative defense.  In summary, Defendants will agree to more specifically summarize what they intend to show to support their affirmative defenses.

**Defendants' General Objection**

6.     Plaintiffs have objected to the general objection Defendants have made to each of Plaintiffs' Requests for Production (see Motion, ¶ 17).  Defendants have objected that Plaintiffs have requested documents after Hector Armendariz's employment with Fuddruckers on the basis that such documents after his term of employment are irrelevant and outside the scope of permissible discovery.  Defendants will amend this objection as Hector Armendariz was not terminated by Plaintiffs, as stated, as were Defendants Armando and Yvette Armendariz, but quit.

7.     Plaintiffs' allegations against Hector Armendariz are based on his alleged conduct while he was employed by Plaintiffs.  Hector Armendariz has agreed to produce his private financial information in the form of tax records as requested by Plaintiffs during the time period of his employment.  Hector Armendariz has no other financial records as he has no bank accounts, stock certificates, etc.  Requests for documentation, specifically, Hector Armendariz's personal financial information, after he ceased being an employee of Plaintiffs is irrelevant given all the allegations of conduct while he was an employee.

8.     Plaintiffs have not provided an argument as to why Defendants should disclose such personal, private financial information after the term of employment.

9.     Hector Armendariz has responded to Plaintiffs' requests for production relating to the Fuddruckers restaurants by agreeing to produce the only documentation he may have in his possession, in response to Request for Production No. 33 relating to communications with vendors, etc.  Hector Armendariz has no other documentation in

---

his possession relating to Fuddruckers requested by Plaintiffs, and has stated as such in his responses.

10.     Plaintiffs' allegations pertain to alleged conduct while Hector Armendariz was employed by Plaintiffs.  Plaintiffs attempt to argue that the damages stemming from this alleged conduct continued after Hector Armendariz was no longer employed and therefore, they are entitled to the documentation they have requested including documentation after Hector Armendariz was no longer their employee.  Restricting the time period of Plaintiffs' requests for production to the period of Hector Armendariz's employment would protect him from such undue prejudice.  Any documentation after Hector Armendariz's employment with Plaintiffs is furthermore irrelevant given Plaintiffs' allegations in their Complaint.

**Paragraphs 21-23 of Plaintiffs' Motion**

11.     In paragraphs 21 through 23 of their Motion, Plaintiffs state that they have requested various documents relating to Hector Armendariz's finances during and after his employment.  Hector Armendariz has responded that he has no such documents that Plaintiffs have requested.  Hector Armendariz has no bank accounts of any kind, no credit cards, no stock certificates, etc.  The only documents Hector Armendariz has responsive to these 18 requests are his income tax returns which he has agreed to produce subject to a confidentiality agreement.

12.     Plaintiffs have shown no interest in agreeing to such a reasonable confidentiality agreement.  Plaintiffs could have had an opportunity to examine Hector Armendariz's tax returns for months now if they simply had agreed to a confidentiality agreement.

13.     Paragraph 22 of Plaintiffs' Motion addresses the issue of Plaintiffs' Request for Production No. 7 which asked for certain documents relating to real property.  Hector Armendariz responded that he will produce whatever documents he may have in this regard subject to a confidentiality agreement.  Defendants are unsure as to why there is a dispute when a such a response was given.

**Requests for Production 18-21, 23-26, 30 and 34**

14.     Plaintiffs take umbrage to Defendants objections to Plaintiffs' Requests for Production 18 through 21, 23 through 26, 30 and 34.  For Requests for Production, 18, 19, 20, 23, 25, 26, 30 and 34, Hector Armendariz has no documents responsive to these requests.  As for Requests Nos. 21 and 24, Hector Armendariz has agreed to produce any documentation he may have responsive to these requests, notwithstanding any objections she has made, subject to a confidentiality agreement.

**Requests for Production 27, 29, 31-33, 35-39, 41, and 42**

15.     Request No. 27 asks for telephone records for Hector Armendariz's entire family. In spite of this invasive request, Hector Armendariz has stated that he will make these documents available for inspection, should he have any in his possession.  This is again another basis for a confidentiality agreement.

16.     Hector Armendariz has responded to Request for Production Nos. 29, 31, 32, 35, 37, 38, 39, 41, and 42 that he has no documents related to these requests.

17.     In spite of the overly broad request for "all records of food purchases made by you since January 1, 2009", Hector Armendariz has agreed to produce the records of his food purchases in response to No. 36 should there be any.

---

18.     Request for Production No. 33 requests all documents related to certain communications relating to the business of Fuddruckers restaurants and Hector Armendariz has agreed to make any records he may have in his possession subject to a confidentiality agreement.

**Confidentiality Agreement**

19.     Many of Plaintiffs' Requests for Production have requested Hector Armendariz's personal information, including income tax records insurance policies, telephone records, etc.  Hector Armendariz has agreed to produce all of this information, for the time period he was employed by Plaintiffs, subject to a confidentiality agreement. Plaintiffs' contend that requesting a confidentiality agreement to protect Hector Armendariz personal information is an "arbitrary condition" and "an invalid attempt to evade discovery" (Motion, ¶ 33).  Hector Armendariz is entitled to the protection of his personal information.

## CONCLUSION

20.     Hector Armendariz will agree to more specifically set forth the factual basis for his affirmative defenses as requested in the Interrogatories mentioned in Plaintiffs' Motion.  As for Plaintiffs' Requests for Production, there is not a single request for which Hector Armendariz has stated he is not willing to produce documentation which he has in his possession.  The only exception is Hector Armendariz's contention that Plaintiffs are not entitled to documentation outside the scope of this lawsuit, that is, documentation pertaining to the time period when Hector Armendariz was no longer employed by Plaintiffs.

WHEREFORE, Defendants respectfully request that Plaintiffs' Motion be denied, and that Defendants be granted any further relief to which they may be justly entitled.

Respectfully submitted,

**FIRTH ♦ JOHNSTON ♦ MARTINEZ**
Attorneys for Defendants
415 North Mesa, Suite 300
El Paso, Texas 79901
Phone:  (915) 532-7500
Fax:      (915) 532-7503

/s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON
State Bar No. 10834200


**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone:  (915) 532-3327
Fax:      (915) 532-3355

/s/ Sidney J. Diamond
SIDNEY J. DIAMOND
State Bar No. 5803000

## CERTIFICATE OF SERVICE

I, Christopher R. Johnston, do hereby certify that on February 5, 2013, a true and correct copy of the foregoing Response to Plaintiffs' Motion to Compel and for Sanctions Against Hector Armendariz, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770

/s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON

# Exhibit 1

# FIRTH♦JOHNSTON♦MARTINEZ

### A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

**VICTOR M. FIRTH**
Member: Texas and Oklahoma Bars

**CHRISTOPHER R. JOHNSTON**[†]
Member: Texas and New Mexico Bars

**ANTONIO MARTINEZ, JR.**
Member: Texas Bar

**EDWARD DEV. BUNN, JR.**
Member: Texas and New Mexico Bars

**J. CRAWFORD KERR**
Member: Texas Bar
*Of Counsel*
**CRAWFORD S. KERR, JR.**
Member: Texas Bar

[†] Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

November 14, 2012

**VIA FACSIMILE:  (915) 541-6440**
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

> Re:  *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,
> Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary
> No 12-03012-hcm;* In the United States Bankruptcy Court for the Western
> District of Texas, El Paso Division

Dear Mr. Haugland:

I am writing in response to the telephone call I received last week from your associate, Mr. Wall, requesting clarification on various requests for production.  Below is some clarification for the responses you inquired about as well as attached document samples:

Request for Production No. 15 c.:  Requests copies of manager payroll checks with stubs; payroll reports, see attached "Management Payroll 12-31-2011" example.

Request for Production No. 16:  See attached "Weekly Catering Recap" example.

Request for Production No. 21:  All checks that were issued to Army & Air Force Exchange Service (AAFES) with a paid percentage for sales from Dona Ana, McGreggor Range, Fort Bliss, Holloman Base for the stated dates.

C. Haugland
November 14, 2012
Page 2

**Request for Production No. 29:**     Managers in store monthly, completed inventories for stated date range.   See attached inventory spreadsheet example (10 pages).

**Request for Production No. 38:**     See attached payouts "FUDDS 1" example (1 page).

**Request for Production No. 45:**     All questionnaires, reports, and/or documents requested from Luby's Fuddruckers Restaurants, LLC auditing department.

**Request for Production No. 48:**     See attached "PO Catering Outstanding 2010" example.

   In addition to the above, Defendants' discovery was served via Certified U.S. Mail on September 17, 2012. Pursuant to FRCP §§ 33(b)(2), 34(b)(2)(A), and 6(d), Plaintiffs' responses were due no later than October 22, 2012. No attempts were made requesting additional time to respond. I only received a telephone call from Mr. Wall last week regarding the above discovery requests.  Please let me know why you have not responded to my clients' discovery requests, and when you intend to serve them.

   We are also in the process of preparing Defendants' responses to Plaintiffs' discovery. Many of Plaintiffs' Requests for Production seek Defendants' personal information relating to bank account statements, income tax returns, telephone records, etc.  Since these documents contain Defendants' personal information, we will produce only subject to a signed confidentiality agreement.  Since I am assuming your client would likewise wish to keep some of their documentation confidential, I propose a mutual confidentiality agreement.   If this is agreeable to you, could you please draft a mutual agreement and send it to me for review.

Very truly yours,

FIRTH♦JOHNSTON♦MARTINEZ

Christopher R. Johnston

CRJ:mz



## Management Payroll

# 12-31-2011

<u>Far East</u>

**Abraham Alfaro**
**Danny Armendariz**
**Hector Armendariz**
**Yvette Armendariz**
**Marie Drake**




## WEEKLY CATERING RECAP

**WEEK ENDING: 08/24/2008**

| CONTRACTED | M | TU | WED | TH | FRI | SAT | SUN | TOTAL |
|---|---|---|---|---|---|---|---|---|
| McGregor | $ N/A | 664 | 950 | N/A | N/A | N/A | | $1,614 |
| DONA ANNA | $ N/A | N/A | N/A | N/A | N/A | N/A | N/A | $0. |
| WHITE SANDS | $ N/A | 532 | N/A | N/A | N/A | N/A | N/A | $532 |
| ADC | $ 198 | 294 | 174 | 264 | 216 | N/A | N/A | $1,146 |

**TOTAL CONTRACTED   $3,292**

| PRIVATE | | | |
|---|---|---|---|
| JESUS   po | TUE | F. EAST | $280 |
| BECKY | TUE | WEST | $480 |
| TERRI   po | TUE | F. EAST | $400 |
| YOLONDA | TUE | F. EAST | $195 |
| PARKER | TUE | F. EAST | $480 |
| STATE FARM | TUE | WEST | $333 |
| MR. GREY | THUR | F. EAST | $550 |
| RAY | THUR | F. EAST | $261.33 |
| KATHIA   po | THUR | F. EAST | $1600 |
| JEAN | THUR | F. EAST | $125 |
| LETTY   po | FRI | F. EAST | $572 |
| LETTY | FRI | F. EAST | $195 |
| KATHY   po | FRI | F. EAST | $1100 |
| BECKY | FRI | WEST | $433 |
| MAGGIE | SAT | F. EAST | $435.11 |
| ANNA | SAT | F. EAST | $1970.15 |
| ANNA | SAT | F. EAST | $454.65 |
| HELEN | SAT | EAST | $81 |

**TOTAL PRIVATE CATERING:  $ 9,945.24**

TOTAL CATERING BY STORE:

| EAST: | $81 |
|---|---|
| WEST: | $913 |
| F.EAST | $12,243.24 |

**Total Catering  $13,237.24**

### WEEKLY SALES & LABOR

| | TY/ SALES | LY SALES | % + OR - | GC | HR | $ | % |
|---|---|---|---|---|---|---|---|
| EAST | 20,340 | 34,130 | -40.40 | 2029 | 558 | 3836 | 18.86% |
| WEST | 29,071 | 29,597 | -1.77% | 2728 | 772 | 5186 | 17.84% |
| F. EAST | 28,404 | N/A | N/A | 1886 | 682 | 4226 | 16.29% |
| COMPANY | 77,815 | 63,727 | +22.10% | 6643 | 2012 | 13,248 | 17.0% |

12-03012-hcm  Doc#58-1  ...ed 02/05/13  Entered 02/05/13 21:54:55  Exhibit Exhibit 2 Pg 6

19

**week ending 11/16/08**

| PRODUCT | | Brg | PUR | PUR | TRAN | TOTAL end inv | USED | COST | TOTAL | TOTAL PUR |
|---|---|---|---|---|---|---|---|---|---|---|
| **FUN'L CAKE** | | | | | | | | | | |
| ADC | Each | | | | | 3 | -3 | $0.40 | -1.208331 | $0.00 |
| | | | | | | | TOTAL | | -1.208331 | $0.00 |
| **MEAT** | | | | | | | | | | |
| 1 lb. | Each | | | | | | 0 | $24.03 | 0 | $0.00 |
| 2/3 Superio Patties | lb. | | | | | | 0 | $1.59 | 0 | $0.00 |
| Bacon Slices | Case | | | | | | 7 | $29.58 | 207.06 | $0.00 |
| 1/2 lb (6oz) | Case | | | | | | 0 | $29.55 | 0 | $0.00 |
| 1/3LB (5.3) | Case | | | | | | 0 | $19.76 | #VALUE! | $0.00 |
| 1/5 lb (3.2) | Case | | | | | | ######## | $31.52 | #VALUE! | $0.00 |
| Dog Big 15 per pack 2packs | Each | | | | | | 0 | $0.60 | 0 | $0.00 |
| Dog Kid 48 per pack 2/ | Each | | | | | | 0 | $0.38 | 0 | $0.00 |
| Garden Burger 48/case | Each | | | | | | 0 | $0.77 | 0 | $0.00 |
| Foods rbey 6oz | Each | | | | | | 0 | $2.77 | 0 | $0.00 |
| Rbye 6 oz. | Each | | | | | | 0 | $6.06 | 0 | $0.00 |
| Rbeye 12 oz. | Each | | | | | | 0 | $3.38 | 0 | $0.00 |
| Sirloin 6 oz. | Each | | | | | | 0 | $3.29 | 0 | $0.00 |
| Sirloin 12 oz. | Each | | | | | | 0 | $3.29 | 0 | $0.00 |
| Buffalo Patty 40 PC. | Each | | | | | | 0 | $1.80 | 0 | $0.00 |
| Beef Tripe | lb. | | | | | | 0 | $1.41 | 0 | $0.00 |
| Breakfast ham spiral | Lb. | | | | | | 0 | $2.99 | 0 | $0.00 |
| Sausage Links | Case | | | | | | 0 | $27.226 | 0 | $0.00 |
| Breakfast ham 160/ pack 4/pack | Slice | | | | | | 0 | $0.10 | 0 | $0.00 |
| | | | | | | | TOTAL | | #VALUE! | #VALUE! |
| **CHEESE/DAIRY** | | | | | | | | | | |
| American | Sleeve | | | | | | 0 | $11.62 | 0 | $0.00 |
| Buttermilk | 1/2 Gal | | | | | | 0 | $2.17 | 0 | $0.00 |
| Cheddar (sliced) | Sleeve | | | | | | 0 | $4.06 | 0 | $0.00 |
| Cheddar/Jack Bld | Bag | | | | | | 0 | $11.86 | 0 | $0.00 |
| Cheese, Golden Velvet Ylw Sbr | Blocks | | | | | | 0 | $10.06 | 0 | $0.00 |
| Creamers all flavors | Case | | | | | | 0 | $14.05 | 0 | $0.00 |
| Garlic Marg | Blocks | | | | | | 0 | $9.70 | 0 | $0.00 |
| Margarine | Blocks | | | | | | 0 | $0.73 | 0 | $0.00 |
| Margarine CUPS | CASE | | | | | | 0 | $15.35 | 0 | $0.00 |
| Milk Gallons | Gallon | | | | | | 0 | $4.17 | 0 | $0.00 |
| Monterey Jack | Sleeve | | | | | | 0 | $3.31 | 0 | $0.00 |
| Ineesan, Shred | Sleeve | | | | | | 0 | $11.38 | 0 | $0.00 |
| repper/Jack | Sleeve | | | | | | 0 | $6.28 | 0 | $0.00 |
| Sour Cream | lbs | | | | | | 0 | $1.16 | 0 | $0.00 |
| Sovves | Sleeves | | | | | | 0 | $4.43 | 0 | $0.00 |
| liquid hard old eggs | Each | | | | | | 0 | $2.27 | 0 | $0.00 |
| liquid eggsW Citric(2ca Case) | Each | | | | | | 0 | $26.72 | 0 | $0.00 |
| liquid eggs | Each | | | | | | 0 | $27.43 | 0 | $0.00 |
| Yogurt | Each | | | | | | 0 | $2.30 | 0 | $0.00 |
| | | | | | | | TOTAL | | 0 | 0.00% |
| **BREAD** | | | | | | | | | | |
| Sesame Seedsx | Each | | | | | | 0 | $6.37 | 0 | $0.00 |
| Yeast 20/cs | Each | | | | | | 0 | $3.50 | 0 | $0.00 |
| Baking powder | TUB | | | | | | 0 | $9.91 | 0 | $0.00 |
| Baking soda | BOX | | | | | | 0 | $1.66 | 0 | $0.00 |
| Vanilla extract | gal | | | | | | 0 | $4.99 | 0 | $0.00 |
| Oil Pan Coating | Each | | | | | | 0 | $2.72 | 0 | $0.00 |
| Cns Roll | Each | | | | | | 0 | $0.20 | 0 | $0.00 |

12-03012-hcm  Doc#58-1  Filed 02/05/13  Entered 02/05/13 21:54:55  Exhibit Exhibit 2 Pg 7

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Icing mix | TUB | 0 | $17.27 | 0 | $0.00 |
| Cinnamon Powder | Each | 0 | $7.99 | 0 | $0.00 |
| Brown sugar | BIG | 0 | $0.46 | 0 | $0.00 |
| Sugar light | Bag | 0 | $1.69 | 0 | $0.00 |
| Sugar Powder | bag | 0 | $1.65 | 0 | $0.00 |
| Sugar | bag | 0 | $23.89 | 0 | $0.00 |
| Waffle Mix & pancake | BAG | 0 | $3.42 | 0 | $0.00 |
| All purpose flour | BAG | 0 | $16.89 | 0 | $0.00 |
| Wheat flour | BAG | 0 | $17.41 | 0 | $0.00 |
| Peanut butter | TUB | 0 | $6.29 | 0 | $0.00 |
| Brownie Fzn Half Sheet 6/case | sheet | 0 | $9.15 | 0 | $0.00 |
| Mée nuts | Lb. | 0 | $14.34 | 0 | $0.00 |
| Choc chips | BOX | 0 | $46.52 | 0 | $0.00 |
| Raisins | Lb. | 0 | $1.80 | 0 | $0.00 |
| Oatmeal | Lb. | 0 | $1.96 | 0 | $0.00 |
| Buns | Each | 0 | $0.01 | 0 | $0.00 |
| | | | TOTAL $0.00 | 0.00% | $0.00 |
| **FROZEN PREPARED** | | | | | |
| Chill FZN Bag 4 (8lb) | BAG | 0 | $10.83 | 0 | $0.00 |
| Chili BF HMSTY 6 (5lb) tub | Each | 0 | $7.57 | 0 | $0.00 |
| Breakfast potatos (6case) | BAG | 0 | $4.12 | 0 | $0.00 |
| Frites | Case | 0 | $20.46 | 0 | $0.00 |
| Jalapeno Poppers (4/case) | Bag | 0 | $11.20 | 0 | $0.00 |
| Macaroni & Cheese | Each | 0 | $0.70 | 0 | $0.00 |
| Corn dog | CASE | 0 | $25.46 | 0 | $0.00 |
| Mozzerella Cheese Sticks (6/case | bag | 0 | $7.15 | 0 | $0.00 |
| Onion Rings | case | 0 | $15.18 | 0 | $0.00 |
| Flour Tortilla 6" | pack | 0 | $0.94 | 0 | $0.00 |
| Flour Tortilla 12" | Pack | 0 | $2.53 | 0 | $0.00 |
| Tortilla Corn Pre 6-cut | Case | 0 | $24.13 | 0 | $0.00 |
| Tortilla Corn | Case | 0 | $24.72 | 0 | $0.00 |
| Tortilla Strips | Pack | 0 | $2.41 | 0 | $0.00 |
| Chicken & Sausage Gumbo | Each | 0 | $11.74 | 0 | $0.00 |
| Chicken Noodle Soup | Each | 0 | $5.21 | 0 | $0.00 |
| Clam Chowder Soup | Each | 0 | $10.51 | 0 | $0.00 |
| Tomatoe Florentine | Each | 0 | $8.15 | 0 | $0.00 |
| Tortilla Soup | Each | 0 | $5.87 | 0 | $0.00 |
| Minestrone | Each | 0 | $9.14 | 0 | $0.00 |
| Vegetable garden | Each | 0 | $8.46 | 0 | $0.00 |
| Vegetable Beef | Each | 0 | $5.16 | 0 | $0.00 |
| *vegetable Blend | Case | 0 | $20.47 | 0 | $0.00 |
| | | | TOTAL $0.00 | 0.00% | $0.00 |
| **BEVERAGES** | | | | | |
| All 5 Gallon Drink Bibs | Box | 0 | $50.20 | 0 | $0.00 |
| Coffee Decaf liquid | Each | 0 | $63.551 | 0 | $0.00 |
| Coffee Regular liquid | Each | 0 | $60.02 | 0 | $0.00 |
| Dr. Pepper Bib | Box | 0 | $9.34 | 0 | $0.00 |
| BIC Bottles | Each | 0 | $0.58 | 0 | $0.00 |
| Sugar packets | Box | 0 | $11.38 | 0 | $0.00 |
| Water bottle | bag | 0 | $23.30 | 0 | $0.00 |
| Sweet n' Low & Splenda | Box | 0 | $0.45 | 0 | $0.00 |
| Tea all flavors24/ reg 32 | Box | 0 | $27.90 | 0 | $0.00 |
| Grape Juice | Each | 0 | $0.30 | 0 | $0.00 |
| Apple Juice | Each | 0 | $1.95 | 0 | $0.00 |
| all Mexican sodas | Each | 0 | $1.94 | 0 | $0.00 |
| | BOTTLE | | $0.55 | | $0.00 |
| Orange Juice | Each | 0 | $2.08 | 0 | $0.00 |
| | | | TOTAL $0.00 | 0.00% | $0.00 |

## PRODUCE

| Item | Unit | Price | Qty | Total |
|---|---|---|---|---|
| Avocados | Case | $29.75 | 0 | $0.00 |
| Bananas | Lb | $0.45 | 0 | $0.00 |
| Cabbage Red | each | $1.35 | 0 | $0.00 |
| Cantalope | each | $1.00 | 0 | $0.00 |
| Carrots Shredded | bag | $1.25 | 0 | $0.00 |
| Celery Sticks (38 cd/bunch) | Bunch | $1.25 | 0 | $0.00 |
| Celery | LB | $0.35 | 0 | $0.00 |
| Cilantro | LB | $0.35 | 0 | $0.00 |
| Cole Slaw lb | LB | $0.35 | 0 | $0.00 |
| Chopped Romaine | LB | $4.69 | 0 | $0.00 |
| Dry red chile | Bag | $1.90 | 0 | $0.00 |
| Jalapenos | LB | $0.65 | 0 | $0.00 |
| Kale | Case | $12.75 | 0 | $0.00 |
| Lemons | Lb | $0.85 | 0 | $0.00 |
| Lettuce - Iceburg 24 ct | Case | $17.50 | 0 | $0.00 |
| Lettuce - Shredded | Bag | $3.50 | 0 | $0.00 |
| Limes | Lb | $0.65 | 0 | $0.00 |
| ~ Green Chili (Anaheim) | Lb | $1.40 | 0 | $0.00 |
| ~shrooms PBello | Case | $16.00 | 0 | $0.00 |
| ~ushrooms Sliced (#5 and #10) | Case | $18.75 | 0 | $0.00 |
| Potatoes (50 to 60 ct.) | Case | $18.75 | 0 | $0.00 |
| Red onions | LB | $0.30 | 0 | $0.00 |
| Red onions rings | LB | $1.45 | 0 | $0.00 |
| Salad Mix | Bag | $3.44 | 0 | $0.00 |
| Strawberry | each | $2.25 | 0 | $0.00 |
| Tomatoes 5/6 | Case | $21.75 | 0 | $0.00 |
| Papaya | lb | $0.80 | 0 | $0.00 |
| mix veg | each | $0.80 | 0 | $0.00 |
| Jalapenos (6 - #10) | Can | $0.00 | 0 | $0.00 |
| Watermelon | Can | $0.04 | 0 | $0.00 |
| Eggs | Dozen | $1.23 | 0 | $0.00 |
| Jalapenos whole (6- #10) | CAN | $2.97 | 0 | $0.00 |
| Garlic | lb | $0.90 | 0 | $0.00 |
| Onion White | lb | $0.40 | 0 | $0.00 |
| Red baby potato | lbs | $0.40 | 0 | $0.00 |
| Yellow onion rings | LB | $1.40 | 0 | $0.00 |
| | | TOTAL | 0 | 0.00% |

## OTHER FOODS

| Item | Unit | Price | Qty | Total |
|---|---|---|---|---|
| Noodle Chow mein | can | $4.12 | 0 | $0.00 |
| Mandarin Oranges | Can | $4.55 | 0 | $0.00 |
| ~ine Crackers | Box | $9.94 | 0 | $0.00 |
| Agar Balsamic | Bottle | $2.87 | 0 | $0.00 |
| Vinegar White | Bottle | $2.28 | 0 | $0.00 |
| Gravy mix turkey | bag | $0.42 | 0 | $0.00 |
| Sugar free syrup | BTL | $1.93 | 0 | $0.00 |
| Syrup regular | BTL | $3.53 | 0 | $0.00 |
| Syrup Diet | Each | $14.24 | 0 | $0.00 |
| Daily | Each | $16.69 | 0 | $0.00 |
| Spaghetti | Each | $8.78 | 0 | $0.00 |
| Lasagna | BOX | $1.21 | 0 | $0.00 |
| Spaghetti Sauce | bag | $4.64 | 0 | $0.00 |
| Hominy | CN | $3.02 | 0 | $0.00 |
| Terially sauce | cn | $7.66 | 0 | $0.00 |
| Pineapple tbs 36/ | TUB | $0.49 | 0 | $0.00 |
| Jello | CN | $1.61 | 0 | $0.00 |
| Batter mix | BG | $5.26 | 0 | $0.00 |
| Sauce Chili red | Each | $5.17 | 0 | $0.00 |

| Item | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Tot |
|---|---|---|---|---|---|---|---|---|
| Avocados | 1 | | | | 1 | | | 8 |
| Bananas | | 3 | | | | 5 | | 8 |
| Cabbage Red | | | | | | | | 5 |
| cantalope | | | | | 2 | | | 2 |
| Carrots Shredded | 5 | | | | 5 | | | 5 |
| Celery | | | | 1 | | | | 5 |
| Cilantro | | | | | 2 | | | 2 |
| Cole Slaw lb | | | | 5 | | | | 5 |
| Chopped Romaine | 4 | | | 5 | 4 | | | 12 |
| Dry red chile | | | | | 4 | | | 0 |
| Jalapenos lbs | 25 | | | | | 25 | | 55 |
| Kale | | | | | | | | 0 |
| Lemons | 5 | | | | 10 | | | 20 |
| Lettuce - Iceburg 24 ct | 1 | 5 | | 1 | 2 | | | 5 |
| Lettuce - shredded | 1 | | | 1 | | | | 5 |
| Limes | | | | | | | | 0 |
| Long Green Chili (Anaheim) | 25 | 1 | | | | | | 25 |
| Mushrooms PBello | | 2 | | 1 | 1 | | | 3 |
| Mushrooms Sliced (#5 and #10) | | 1 | | | | | | 1 |
| Potatoes (50 to 60 ct.) | | | | | | | | 1 |
| Red onions | | | | | | | | 0 |
| Red onions rings | | | | 5 | | | | 20 |
| Salad Mix | 4 | | | | | | | 4 |
| Strawberry | | | | | | | | 0 |
| Tomatoes 5/6 | | 3 | | | 1 | | | 7 |
| Papaya | | 3 | | | | 6 | | 6 |
| mix veg | | | | | | | | 8 |
| Jalapenos (6 - #10) | 6 | | | | | | | 6 |
| Watermelon | | | | | | | | 6 |
| Eggs | | | | | | | | 6 |
| Jalapenos whole (6 - #10) | | | | | | | | 0 |
| Garlic | | | | | | | | 0 |
| Onion White | | | | | | | | 0 |
| red baby potato | | | | | | | | 0 |
| Yellow onion rings | 10 | | | 10 | 15 | | | 35 |

| PREP | Unit | | | Price | | | Total |
|---|---|---|---|---|---|---|---|
| Coleslaw Prepped | Pan | 0 | 0 | $5.00 | 0 | 0 | $0.00 |
| Guacamole Fresh | Pan | 0 | 0 | $6.50 | 0 | 0 | $0.00 |
| Jalapeno Ground | Pan | 0 | 0 | $5.00 | 0 | 0 | $0.00 |
| Jalapeno Pan | 1/2 Pan | 0 | 0 | $7.52 | 0 | 0 | $0.00 |
| Lettuce Cups | Each | 0 | 0 | $2.67 | 0 | 0 | $0.00 |
| Onions Sliced | Pan | 0 | 0 | $8.00 | 0 | 0 | $0.00 |
| Pickles Pan | Pan | 0 | 0 | $8.00 | 0 | 0 | $0.00 |
| Pico De Gallo | 1/2 Pan | 0 | 0 | $17.63 | 0 | 0 | $0.00 |
| Prep 3 Way Salad | Lb | 0 | 0 | $2.89 | 0 | 0 | $0.00 |
| Prep Romaine Salad | Lb | 0 | 0 | $0.25 | 0 | 0 | $0.00 |
| Tomatoes Diced | 1/2 Pan | 0 | 0 | $9.87 | 0 | 0 | $0.00 |
| Tomatoes Sliced | Pan | 0 | 0 | $6.44 | 0 | 0 | $0.00 |
| TOTAL | | | | | | 0.00% | $0.00 |
| **DESSERTS** | | | | | | | |
| Brownie all flavors | Each | 0 | 0 | $0.60 | 0 | 0 | $0.00 |
| Rainbow Sprinkles | box | 0 | 0 | $9.02 | 0 | 0 | $0.00 |
| Trifies | Each | 0 | 0 | $11.10 | 0 | 0 | $0.00 |
| Jamie (17 oz) | Each | 0 | 0 | $1.71 | 0 | 0 | $0.00 |
| M&M Pieces | Each | 0 | 0 | $26.58 | 0 | 0 | $0.00 |
| Hershey's Choc Syrup #10 | Can | 0 | 0 | $7.68 | 0 | 0 | $0.00 |
| Topping,choc 16oz 12? | can | 0 | 0 | $1.85 | 0 | 0 | $0.00 |
| Malt Powder | Each | 0 | 0 | $4.87 | 0 | 0 | $0.00 |
| LMN Pie Mge | Each | 0 | 0 | $9.58 | 0 | 0 | $0.00 |
| Strawberry Syrup (96 oz) | Each | 0 | 0 | $13.28 | 0 | 0 | $0.00 |
| Vanilla Syrup | Gallon | 0 | 0 | $7.75 | 0 | 0 | $0.00 |
| Silvered Almonds | Sleeve | 0 | 0 | $13.91 | 0 | 0 | $0.00 |
| Peanuts | Bag | 0 | 0 | $14.001 | 0 | 0 | $0.00 |
| Whip Cream Aerosol 15 oz | Each | 0 | 0 | $1.25 | 0 | 0 | $0.00 |
| Cookies all flavors | Each | 0 | 0 | $0.19 | 0 | 0 | $0.00 |
| Chm Cheese Ice Henry | Tub | 0 | 0 | $49.35 | 0 | 0 | $0.00 |
| Icing mix choc cream | box | 0 | 0 | $32.33 | 0 | 0 | $0.00 |
| Fudge Henry Icing | Tub | 0 | 0 | $2.33 | 0 | 0 | $0.00 |
| Ice Cream (all flavors) | 3 Gallon | 0 | 0 | $14.83 | 0 | 0 | $0.00 |
| Vanilla Ice Cream | 3 Gallon | 0 | 0 | $14.83 | 0 | 0 | $0.00 |
| Krispies Treats | Each | 0 | 0 | $0.75 | 0 | 0 | $0.00 |
| Marshmallows | Bag | 0 | 0 | $1.28 | 0 | 0 | $0.00 |
| Rice Krispies | Bag | 0 | 0 | $7.13 | 0 | 0 | $0.00 |
| Waffle Cone Mix add H2O | Bag | 0 | 0 | $7.331 | 0 | 0 | $0.00 |
| Topping,choc #10 | EACH | 0 | 0 | $5.00 | 0 | 0 | $0.00 |
| Jr cookie dough | Case | 0 | 0 | $26.33 | 0 | 0 | $0.00 |
| Apple Pies | Each | 0 | 0 | $5.40 | 0 | 0 | $0.00 |
| Cookies Dough hay stak | Tub | 0 | 0 | $26.29 | 0 | 0 | $0.00 |
| Dough Cookiewht Choc Trlpl | Case | 0 | 0 | $30.00 | 0 | 0 | $0.00 |
| Blonde w/apprmnt cky dough | Case | 0 | 0 | $55.75 | 0 | 0 | $0.00 |
| Wht choc mac dough | case | 0 | 0 | $33.83 | 0 | 0 | $0.00 |
| M&n cookie dough | case | 0 | 0 | $27.83 | 0 | 0 | $0.00 |
| Dough, Choc chunk | Case | 0 | 0 | $27.83 | 0 | 0 | $0.00 |
| Cooky rd dough | Case | 0 | 0 | $27.09 | 0 | 0 | $0.00 |
| Cherry pie | Each | 0 | 0 | $7.47 | 0 | 0 | $0.00 |
| Chocolate Cream Pie | Each | 0 | 0 | $4.06 | 0 | 0 | $0.00 |
| Coconut Cream Pie | Each | 0 | 0 | $4.43 | 0 | 0 | $0.00 |
| Strawberry Cream Pie | Each | 0 | 0 | $7.38 | 0 | 0 | $0.00 |
| Pecan Pie | Each | 0 | 0 | $5.38 | 0 | 0 | $0.00 |
| Boston Pie | Each | 0 | 0 | $5.26 | 0 | 0 | $0.00 |
| Bana Cream Pie | Each | 0 | 0 | $4.06 | 0 | 0 | $0.00 |
| Kid Ice Cream Cone | Sleeve | 0 | 0 | $3.94 | 0 | 0 | $0.00 |

| Item | Unit | | Price | | Total |
|---|---|---|---|---|---|
| Orea Crumbs 12/ | Carton | 0 | $2.57 | 0 | $0.00 |
| Cheese cake variety | EA | 0 | $7.55 | 0 | $0.00 |
| Choco tort | EA | 0 | $11.74 | 0 | $0.00 |
| **POULTRY** | | 0 | | 0 | 0.00% |
| Chic Fritters 4 Bag Per Case | Bag | 0 | $11.06 | 0 | $0.00 |
| Chicken Breast 80 per Case | Each | 0 | $0.84 | 0 | $0.00 |
| Ostrich Patties 80/ | Each | 0 | $2.63 | 0 | $0.00 |
| Turkey Burgers 28 per Case | Each | 0 | $3.21 | 0 | $0.00 |
| Crispy Chicken 62/2s 4 w/ 13 | Each | 0 | $0.87 | 0 | $0.00 |
| Chich wing brdd mrnd | bg | 0 | $24.07 | 0 | $0.00 |
| Boneless wings 4bags cs | bg | 0 | $11.61 | 0 | $0.00 |
| TOTAL | | 0 | | 0 | $0.00 |
| **SEAFOOD** | | | | | |
| Salmon Filet 32 PC. | EA | 0 | $1.44 | 0 | $0.00 |
| Fresh cod | Case | 0 | $49.62 | 0 | $0.00 |
| TOTAL | | 0 | 0.00% | 0 | $0.00 |
| **CONDIMENTS** | | | | | |
| x 1 Sauce Rg & Bold | Each | 0 | $2.95 | 0 | $0.00 |
| BBQ Pouch | Pouch | 0 | $12.79 | 0 | $0.00 |
| Buffalo Sauce Frank's | Jug | 0 | $13.02 | 0 | $0.00 |
| Mix Cheese Sauce(6) | Bag | 0 | $5.30 | 0 | $0.00 |
| Chipotle BBQ | Each | 0 | $2.19 | 0 | $0.00 |
| Heinz 57 | Each | 0 | $1.30 | 0 | $0.00 |
| Honey Mustard | Pouch | 0 | $1.86 | 0 | $0.00 |
| Mustard Packets | Case | 0 | $10.83 | 0 | $0.00 |
| Yellow Mustard Pouch | Pouch | 0 | $5.74 | 0 | $0.00 |
| Spicy Mustard Pouch | Pouch | 0 | $7.37 | 0 | $0.00 |
| Horseradish | Each | 0 | $4.37 | 0 | $0.00 |
| Ketchup pouch | Pouch | 0 | $8.54 | 0 | $0.00 |
| Ketchup Packets | Case | 0 | $22.83 | 0 | $0.00 |
| L&P Worcestershire | Each | 0 | $1.24 | 0 | $0.00 |
| Picante Mild | Each | 0 | $8.69 | 0 | $0.00 |
| Pickles Heinz/ | Each | 0 | $2.98 | 0 | $0.00 |
| Relish | Bag | 0 | $8.00 | 0 | $0.00 |
| Tabasco Green and Red | Each | 0 | $2.46 | 0 | $0.00 |
| Tomatoe, Diced w/Green Chili | Can | 0 | $1.73 | 0 | $0.00 |
| Mayo Packets | Case | 0 | $12.42 | 0 | $0.00 |
| Mayo Pouch 1.5 | Pouch | 0 | $10.73 | 0 | $0.00 |
| Mayo Gallon | Each | 0 | $8.86 | 0 | $0.00 |
| Jula | Each | 0 | $1.85 | 0 | $0.00 |
| ull sauce | BTL | 0 | $2.61 | 0 | $0.00 |
| Honey | Each | 0 | $12.99 | 0 | $0.00 |
| Honey 9 gram | cs | 0 | $14.90 | 0 | $0.00 |
| TOTAL | | 0 | 0.00% | 0 | $0.00 |
| **DRESSING/OIL** | | | | | |
| Blue Cheese | Each | 0 | $11.89 | 0 | $0.00 |
| Caesar | Each | 0 | $13.10 | 0 | $0.00 |
| Canola Oil 75% (cs+4) | Each | 0 | $14.70 | 0 | $0.00 |
| Coleslaw Dr. | Each | 0 | $10.33 | 0 | $0.00 |
| French | Each | 0 | $8.74 | 0 | $0.00 |
| Fry Oil | Each | 0 | $22.77 | 0 | $0.00 |
| Golden Griddle | Each | 0 | $18.18 | 0 | $0.00 |
| Italian Golden | Each | 0 | $5.55 | 0 | $0.00 |
| Oriental Sesame | Each | 0 | $15.99 | 0 | $0.00 |

| Item | Unit | Qty | FOOD / Inv total | #VALUE! | $ |
|---|---|---|---|---|---|
| Cattle bbq | Each | 0 | $9.42 | 0 | $0.00 |
| Ranch Fat Free | Each | 0 | $9.32 | 0 | $0.00 |
| Ranch Packets | Each | 0 | $1.65 | 0 | $0.00 |
| Raspberry vinegret | Each | 0 | $7.05 | 0 | $0.00 |
| Soy Sauce | Each | 0 | $0.00 | 0 | $0.00 |
| Vegetable shortening | each | 0 | $7.86 | 0 | $0.00 |
| Thousand Island | each | 0 | $3.98 | 0 | $0.00 |
| | | 0 | $9.86 | 0 | $0.00 |
| **TOTAL** | | | TOTAL | 0.00% | $0.00 |

## SPICES

| Item | Unit | Qty | FOOD | #VALUE! | $ |
|---|---|---|---|---|---|
| Dill weed | Bag | 0 | $3.84 | 0 | $0.00 |
| Blackened Seasoning | Bag | 0 | $11.86 | 0 | $0.00 |
| Bulk Black Pepper | Bag | 0 | $24.60 | 0 | $0.00 |
| Cinnamon | Each | 0 | $26.72 | 0 | $0.00 |
| Cayenne | Each | 0 | $5.15 | 0 | $0.00 |
| Chili Powder | Each | 0 | $29.42 | 0 | $0.00 |
| Crse Grd Blk Pepper | each | 0 | $9.61 | 0 | $0.00 |
| Lemon Pepper | each | 0 | $9.90 | 0 | $0.00 |
| Tit Gran | each | 0 | $31.86 | 0 | $0.00 |
| garlic | each | 0 | $17.21 | 0 | $0.00 |
| Pepper Red Crush | each | 0 | $27.79 | 0 | $0.00 |
| Ground Mustard | Each | 0 | $3.40 | 0 | $0.00 |
| Fajita Spice | Each | 0 | $10.98 | 0 | $0.00 |
| Cajun seasonig | Each | 0 | $10.29 | 0 | $0.00 |
| Salt Indized | Pound | 0 | $0.26 | 0 | $0.00 |
| Salt Kosher | Box | 0 | $1.19 | 0 | $0.00 |
| Saute Seasoning | Bag | 0 | $3.30 | 0 | $0.00 |
| Sour Spice | Case | 0 | $30.29 | 0 | $0.00 |
| Taco Seasoning | Bag | 0 | $1.67 | 0 | $0.00 |
| Whole Pepper | Each | 0 | $15.10 | 0 | $0.00 |
| **TOTAL** | | | TOTAL | 0.00% | $0.00 |

## ~BAR CONDIMENTS

| Item | Unit | Qty | FOOD | #VALUE! | $ |
|---|---|---|---|---|---|
| Canada Dry Tonic Water | Each | 0 | $3.15 | 0 | $0.00 |
| Clamato | Each | 0 | $2.25 | 0 | $0.00 |
| Cole Pineapple Juice | Each | 0 | $1.47 | 0 | $0.00 |
| Ocean Spray Cranberry | Each | 0 | $0.43 | 0 | $0.00 |
| Ocean Spray Grapefruit | Each | 0 | $0.00 | 0 | $0.00 |
| Olives | Each | 0 | $17.07 | 0 | $0.00 |
| Pb N/A Triple Sec | Each | 0 | $5.29 | 0 | $0.00 |
| rm'r & rms t marg lir | Each | 0 | $3.25 | 0 | $0.00 |
| ...es Grenadine | Each | 0 | $3.25 | 0 | $0.00 |
| Bull | Each | 0 | $3.39 | 0 | $0.00 |
| Bloodymary | Each | 0 | $1.18 | 0 | $0.00 |
| Pina Cola Mix | Each | 0 | $1.18 | 0 | $0.00 |
| Roses lime Juice | Each | 0 | $2.92 | 0 | $0.00 |
| Strawberry | Each | 0 | $3.25 | 0 | $0.00 |
| orange | Each | 0 | $4.49 | 0 | $0.00 |
| mango | Each | 0 | $1.18 | 0 | $0.00 |
| peach | Each | 0 | $1.18 | 0 | $0.00 |
| Sweet n' Sour Mix | Each | 0 | $1.18 | 0 | $0.00 |
| **TOTAL** | | | $5.25 | | $0.00 |

## DOMESTIC BEER

| Item | Unit | Qty | FOOD | #VALUE! | $ |
|---|---|---|---|---|---|
| Bud Lite | Each | 0 | $0.74 | 0 | $0.00 |
| Budweiser | Each | 0 | $0.74 | 0 | $0.00 |
| Budweiser Select | Each | 0 | $0.71 | 0 | $0.00 |
| Bud Lite/Bud 7oz | Each | 0 | $0.49 | 0 | $0.00 |
| Bud Cans | Each | 0 | $0.78 | 0 | $0.00 |
| **TOTAL** | | 0 | $0.00 | 0 | $0.00 |

12-03012-hcm  Doc#58-1  Filed 02/05/13  Entered 02/05/13 21:54:55  Exhibit Exhibit 2 Pg

| Item | Unit | | Price | Qty | Total |
|---|---|---|---|---|---|
| Bud Lt Cans | Each | | $0.78 | 0 | $0.00 |
| Coors longneck | Each | | $0.74 | 0 | $0.00 |
| Coors Light Longneck | Each | | $0.74 | 0 | $0.00 |
| Coors Light 7oz | Each | | $0.71 | 0 | $0.00 |
| Miller Genuine Draft | Each | | $0.42 | 0 | $0.00 |
| Miller Lite | Each | | $0.74 | 0 | $0.00 |
| Miller Litecan | Each | | $0.71 | 0 | $0.00 |
| Miller Lite 7 oz | Each | | $0.42 | 0 | $0.00 |
| MILLER CHILL | Each | | $0.93 | 0 | $0.00 |
| Bud lite w/lime | Each | | $0.88 | 0 | $0.00 |
| BUD Lite CHELADA | Each | | $1.72 | 0 | $0.00 |
| O'Douls | Each | | $0.71 | 0 | $0.00 |
| TOTAL | | | $0.71 | 0 | 0.00% |
| **WINE** | | | | | |
| Cabernet - Split | Each | | $1.12 | 0 | $0.00 |
| Cabernet - Bottle | Each | | $4.49 | 0 | $0.00 |
| Chardonnay - Split | Each | | $0.99 | 0 | $0.00 |
| Chardonnay - Bottle | Each | | $3.00 | 0 | $0.00 |
| Merlot - Split | Each | | $0.99 | 0 | $0.00 |
| Merlot - Bottle | Each | | $0.99 | 0 | $0.00 |
| Zinfindel - Split | Each | | $0.99 | 0 | $0.00 |
| Zinfindel - Bottle | Each | | $7.49 | 0 | $0.00 |
| NEGRO BRUT | Each | | $2.49 | 0 | $0.00 |
| Pinot | Each | | $1.31 | 0 | $0.00 |
| TOTAL WINE | | | $0.71 | 0 | 0.00% |
| **KEGS** | | | | | |
| Sam adams | Deposit | | $30.00 | 0 | $0.00 |
| Sam adams | Full | | $48.00 | 0 | $0.00 |
| Bud Lite Keg | Deposit | | $30.00 | 0 | $0.00 |
| Bud Lite Empty | Deposit | | $30.00 | 0 | $0.00 |
| Budweiser Empty | Deposit | | $33.50 | 0 | $0.00 |
| Budweiser Keg | Full | | $30.50 | 0 | $0.00 |
| Coors Light Empty | Deposit | | $30.00 | 0 | $0.00 |
| Coors Light Keg | Full | | $71.00 | 0 | $0.00 |
| Michelob Ultra Empty | Deposit | | $30.00 | 0 | $0.00 |
| Michelob Ultra Keg | Full | | $39.50 | 0 | $0.00 |
| Miller Lite Empty | Deposit | | $30.00 | 0 | $0.00 |
| Miller Lite Keg | Full | | $36.50 | 0 | $0.00 |
| Pyramid Hefeweizen Empty | Deposit | | $30.00 | 0 | $0.00 |
| ...mid Hefeweizen Keg | Full | | $48.00 | 0 | $0.00 |
| Shocktop | Deposit | | $30.00 | 0 | $0.00 |
| Shiner Bock Empty | Deposit | | $29.45 | 0 | $0.00 |
| Shiner Bog Keg | Full | | $30.00 | 0 | $0.00 |
| Woodchuck Cider Empty | Deposit | | $56.00 | 0 | $0.00 |
| Woodchuck Cider Keg | Full | | $30.00 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Deposit | | $58.00 | 0 | $0.00 |
| MICHELOB AMBER BOCK | Full | | $25.45 | 0 | $0.00 |
| BUD SELECT | DEPOSIT | | $30.00 | 0 | $0.00 |
| BUD SELECT | FULL | | $48.00 | 0 | $0.00 |
| DOS XX | DEPOSIT | | $30.00 | 0 | $0.00 |
| DOS XX | FULL | | $86.00 | 0 | $0.00 |
| TOTAL | | | | 0 | 0.00% |
| **PREMIUM BEER** | | | | | |
| Michlob Ultra 7oz | Each | | $0.41 | 0 | $0.00 |
| TOTAL | | | | | $0.00 |

## ALCOHOL

| Item | Unit | Qty | Price | Val | Calc | Total |
|---|---|---|---|---|---|---|
| Michlob Ultra can | Each | | 0 | $0.85 | 0 | $0.00 |
| Michlob Ultra | Bottle | | 0 | $0.83 | 0 | $0.00 |
| Pacifico | Bottle | | 0 | $0.78 | 0 | $0.00 |
| Tecate/tecate lite | Bottle | | 0 | $1.00 | 0 | $0.00 |
| Dos XX | Bottle | | 0 | $1.00 | 0 | $0.00 |
| Dos XX can | Can | | 0 | $1.02 | 0 | $0.00 |
| Smirnoff Ice | Bottle | | 0 | $1.06 | 0 | $0.00 |
| Heineken/lite | Bottle | | 0 | $0.88 | 0 | $0.00 |
| Bud Ale | Bottle | | 0 | $1.13 | 0 | $0.00 |
| Land Shark | Bottle | | 0 | $1.13 | 0 | $0.00 |
| Corona sol/sam adams | Bottle | | 0 | $1.13 | 0 | $0.00 |
| Corona Cans | Bottle | | 0 | $1.50 | 0 | $0.00 |
| Fosters | Bottle | | 0 | $1.19 | 0 | $0.00 |
| Guinness Pub Draught | Can | | 0 | $1.50 | 0 | $0.00 |
| Fat Tire | Bottle | | 0 | $0.91 | 0 | $0.00 |
| Red stripe Beer | Bottle | | 0 | $0.85 | 0 | $0.00 |
| Coors Barquet | Bottle | | 0 | $0.85 | 0 | $0.00 |
| Rolling Rock | Bottle | | 0 | $0.85 | 0 | $0.00 |
| New Castle | Bottle | | 0 | $1.19 | 0 | $0.00 |
| **TOTAL BEER** | | | 0 | $0.00 | tot 0.00% | $0.00 |

| Item | | Qty | Price | Val | Calc | Total |
|---|---|---|---|---|---|---|
| 1800 | | | | | | $0.00 |
| JOse Cuervo Especial | | 0.5 | $26.10 | 0 | -9.125 | $0.00 |
| Jose Cuervo BLACK | | 0.5 | $18.25 | -0.5 | -9.125 | $0.00 |
| Hernilo's | | 0.5 | $28.21 | -0.1 | -2.5 | $0.00 |
| Sauza Patron | | 0.1 | $25.00 | -0.5 | -18.925 | $0.00 |
| Don Julio (Reposado) (X)(com) | | 0.5 | $37.85 | 0 | | $0.00 |
| Don Julio (Anejo) (X) | | 0.5 | $31.50 | 0 | | $0.00 |
| Miltador | | | $40.04 | -0.25 | -10.01 | $0.00 |
| Montezuma gold | | 0.25 | $7.57 | 0 | | $0.00 |
| **TOTAL** | | | $9.18 | 0 | #DIV/0! | $0.00 |

## GIN

| Item | | Qty | Price | Val | Calc | Total |
|---|---|---|---|---|---|---|
| Skoll Gin (W) | | | $5.47 | 0 | | $0.00 |
| Sloe Gin | | | $16.16 | 0 | | $0.00 |
| Tanqueray (add) | | 0.7 | | 0 | | $0.00 |
| **TOTAL** | | | $9.18 | -0.56 | #DIV/0! | $0.00 |

## VODKA

| Item | | Qty | Price | Val | Calc | Total |
|---|---|---|---|---|---|---|
| Skoll Vodka | | 0.6 | $22.80 | 0 | #DIV/0! | $0.00 |
| Smirnoff | | 0.75 | $5.00 | -1.5 | | $0.00 |
| Stoly (Regular) | | 0.3 | $13.16 | 13.16 | | $0.00 |
| Stoly (Melon) | | 0.8 | $13.58 | | | $0.00 |
| Stoli Regular | | 0.8 | $39.58 | | | $0.00 |
| Ketel One | | | $11.64 | -20.82 | | $0.00 |
| Absolut Regular | | 0.6 | $34.70 | | | $0.00 |
| Absolut Mandrin | | 0.75 | $15.81 | -11.8575 | | $0.00 |
| Absolut Citron | | 0.8 | $22.79 | -18.232 | | $0.00 |
| Grey Goose | | 0.8 | $39.76 | | | $0.00 |
| Absolut (com) | | | $30.93 | | | $0.00 |
| Malibu | | | $29.63 | 0 | | $0.00 |

## RUM

| Item | | Qty | Price | Val | Calc | Total |
|---|---|---|---|---|---|---|
| Skol Rum | | 0.6 | $22.05 | -39.2495 | 0 | $0.00 |
| **TOTAL** | | | $22.05 | -39.2495 | 0 | $0.00 |

| Item | | | Price | | | | Total |
|---|---|---|---|---|---|---|---|
| Myer's Rum | 0.6 | -0.6 | $5.26 | -3.156 | | | $0.00 |
| Bacardi O | 0.95 | -0.95 | $14.12 | -13.414 | | | $0.00 |
| Bacardi O | 0.55 | -0.55 | $9.15 | -5.0325 | | | $0.00 |
| Bacardi Limon | 0.4 | -0.4 | $41.56 | -16.624 | | | $0.00 |
| Bacardi 151 Degrees | 0.6 | -0.6 | $21.58 | -12.948 | | | $0.00 |
| Parrot Bay Pineapple | 0.6 | -0.6 | $22.93 | 0 | | | $0.00 |
| Parrot Bay Coconut (com) | 0.8 | -0.8 | $19.99 | -15.992 | | | $0.00 |
| Bacardi light | 0.8 | -0.8 | $14.49 | 0 | | | $0.00 |
| Captain Morgan Spiced Rum | 0.95 | -0.95 | $15.00 | -14.25 | | | $0.00 |
| | 0.95 | | $12.58 | | | | $0.00 |
| **SCOTCH/WHISKEY** | | | | | | | |
| Highland Mist Scotch | 0.1 | 0 | $14.90 | 0 | | | $0.00 |
| Evan William Whiskey | 0.2 | | TOTAL | $14.90 | 0 | #DIV/0! | $0.00 |
| Seagrams 7 | 0.75 | -0.75 | $30.30 | -22.725 | | | $0.00 |
| Jack Daniels | 0.75 | -0.75 | $10.24 | -7.68 | | | $0.00 |
| Jim Beam (4 Year) | 0.5 | -0.5 | $14.50 | -7.25 | | | $0.00 |
| Canadian Club | 0.6 | | $21.60 | | | | $0.00 |
| ...q Turkey | 0.8 | -0.8 | $50.02 | -40.016 | | | $0.00 |
| ...ny Walker Red (com) | | | $10.49 | | | | $0.00 |
| Johnny Walker Black (com) | 0.8 | -0.8 | $19.39 | 0 | | | $0.00 |
| Jameson 750 | 0.5 | -0.5 | $47.03 | -23.515 | | | $0.00 |
| Crown Royal | 0.5 | -0.5 | $33.82 | -16.91 | | | $0.00 |
| Buchanans | 0.1 | -0.1 | $26.10 | -2.61 | | | $0.00 |
| Chivas Regal | 0.4 | -0.4 | $26.10 | -10.44 | | | $0.00 |
| Glenlivet | 0.75 | -0.75 | $48.94 | -36.705 | | | $0.00 |
| | | 0 | $31.82 | 0 | | | $0.00 |
| **COGNAC/BRANDY** | | | | | | | |
| Aguardiente (Brandy) | 0.5 | | $51.80 | | | | $0.00 |
| Presidente (com) | 0.5 | 0 | TOTAL | -167.651 | #DIV/0! | | $0.00 |
| Hpnotiq | | | $8.77 | 0 | | | $0.00 |
| Crovoisier | 0.8 | -0.8 | $23.20 | -18.56 | | | $0.00 |
| Cointreau | 0.1 | -0.1 | $26.10 | -2.61 | | | $0.00 |
| Hennessy | 0.8 | -0.8 | $51.32 | -41.056 | | | $0.00 |
| | 0.8 | | $32.90 | | | | $0.00 |
| **MISCELLANEOUS** | | | | | | | |
| Fire Water | 0 | | $33.05 | 0 | | | $0.00 |
| Southern Comfort | 0.9 | | TOTAL | -59.616 | #DIV/0! | | $0.00 |
| Tequila Rose | 0.1 | -0.1 | $18.74 | -1.874 | | | $0.00 |
| Rumple Minze | | | $22.64 | | | | $0.00 |
| Jagermeister | 0.8 | | $27.18 | | | | $0.00 |
| Jello | 0 | | $39.10 | 0 | | | $0.00 |
| Jermeister | 0 | | $22.98 | 0 | | | $0.00 |
| Amaretto (Disaronno) (com) | 0 | | $25.61 | 0 | | | $0.00 |
| Kahlua | 0 | | $22.40 | 0 | | | $0.00 |
| Bailey's | 0 | | $22.40 | 0 | | | $0.00 |
| Chambord | 0.1 | -0.1 | $20.25 | -2.025 | | | $0.00 |
| Grand Marnier | 0 | | $22.55 | 0 | | | $0.00 |
| | 0 | | $40.67 | 0 | | | $0.00 |
| **LIQUERS** | | | | | | | |
| Melon Korn (Berentze) | 0 | | $37.69 | 0 | | | $0.00 |
| Creme De Cacao (Brown) | 0.5 | | TOTAL | -3.899 | -0.02% | | $0.00 |
| Creme De Banana | 0.8 | -0.8 | $13.00 | -10.4 | | | $0.00 |
| DeKuyper Blue Curacao | 0 | | $14.20 | 0 | | | $0.00 |
| DeKuyper Amaretto | 0.5 | -0.5 | $11.05 | -5.525 | | | $0.00 |
| DeKuyper Peach Tree | 0.5 | -0.5 | $11.06 | -1.3958 | | | $0.00 |
| DeKuyper Cherry Berry | 0.2 | -0.2 | $8.99 | -1.798 | | | $0.00 |
| DeKuyper Sour Apple | 0.2 | -0.2 | $9.21 | 0 | | | $0.00 |

| | | | |
|---|---|---|---|
| Delvuyper Watermelon | -0.8 | $11.05 | -8.84 |
| Delvuyper Butter Shots | 0 | $9.60 | 0 |
| Delvuyper Peppermints | 0 | $9.30 | 0 |
| Delvuyper Razzamatazz (corn) | -0.6 | $7.37 | -4.422 |
| Godiva Dark Liquer | 0 | $9.50 | 0 |
| M&R Dry Vermouth | 0 | $10.13 | 0 |
| M&R Sweet Vermouth | 0 | $16.32 | 0 |
| BOLS TRIP SEC | -0.3 | $6.83 | -2.049 |
| Midori Melon | 0.3 | $3.25 | 0 |
| Delvuypers melon | 0.75 | $5.29 | 0 |
| | | $7.35 | 0 |
| | 0 | $7.35 | 0 |
| | 0 | $7.35 | 0 |

| | | NET SALES | |
|---|---|---|---|
| | | FOOD | 22,903 |
| | | FOOD COST % | 99.30% |
| | TOTAL LIQUOR | 0 | 0 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | PURCHASES | | $0.00 |

| | |
|---|---|
| Misc. | $65.12 |
| Liquor | 52.17 |
| Wine | 45.63 |
| ..er | 516.48 |

| FOOD | AMOUNT | REPAIRS/MAIN | AMOUNT | SUPPLIES | AMOUNT | GAS | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALMART | $7.28 | HAREWARE | $61.96 | OFFICE DEP | $64.47 | GAS | $15.00 |
| WALMART | $4.40 | HOME DEP | $11.26 | BALLOONS | $89.36 | GAS | $15.00 |
| ALBERSON | $13.00 | HOME DEP | $43.28 | WALMART | $6.35 | GAS | $15.00 |
| WALMART | $35.82 | HOME DEP | $50.95 | OFFICE DEP | $50.87 | GAS | $15.00 |
| WALMART | $4.96 | JOHNSTONE | $20.07 | WALMART | $44.00 | GAS | $15.00 |
| WALMART | $5.52 | RIO INDUSTRI | $3.00 | OFFICE DEP | $50.87 | GAS | $20.00 |
| WALMART | $5.21 | OVEN MOTOR | $350.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $27.46 | HOME DEP | $26.51 | WALMART | $10.23 | GAS | $20.00 |
| WALMART | $14.84 | MARIO | $40.00 | KMART | $18.39 | GAS | $20.00 |
| WALMART | $13.80 | HB | $21.60 | WALMART | $11.86 | | |
| WALMART | $14.62 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | $146.91 | | $628.63 | | $364.79 | | $155.00 |

FUDDS 1

$1,295.33

PO Catering
Outstanding 2010

12/21/2011

| | FAR EAST | | | | | EAST | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/24/2011 | Helen /Glen cove (yisd) | $ | 110.00 | 1 | 5/7/2010 | Hill Crt. School (YISD) | $ | 175.00 |
| 2 | 3/30/2011 | Eastlake (sisd) | $ | 234.00 | 2 | 7/24/2010 | Pecos High (PISD) | $ | 154.00 |
| 3 | 4/24/2011 | Arelie | $ | 150.00 | 3 | 12/16/2010 | Presidio | $ | 265.53 |
| 4 | 5/16/2011 | Eastwood (yisd) | $ | 243.00 | 4 | 1/8/2010 | Ector Country ISD | $ | 250.00 |
| 5 | 5/18/2011 | Eastwood (yisd) | $ | 220.50 | 5 | 9/23/2011 | Tracy | $ | 142.00 |
| 6 | 6/17/2011 | Susan | $ | 97.43 | 6 | 10/11/2011 | Humana | $ | 196.73 |
| 7 | 6/29/2011 | Fort Bliss | $ | 500.00 | 7 | 10/20/2011 | Tracy | $ | 142.00 |
| 8 | 7/6/2011 | Jesus EPCC | $ | 195.50 | 8 | 11/1/2011 | Tracy | $ | 142.00 |
| 9 | 8/3/2011 | Jesus EPCC | $ | 207.00 | 9 | 12/10/2011 | GC Services | $ | 155.88 |
| 10 | 8/10/2011 | Eastlake (sisd) | $ | 468.00 | 10 | 12/11/2011 | GC Services | $ | 216.50 |
| 11 | 8/15/2011 | Sonya /Damian Elem | $ | 300.00 | 11 | 12/14/2011 | Ranchland | $ | 69.86 |
| 12 | 8/16/2011 | Irving High (Elsd) | $ | 1,200.00 | 12 | 12/15/2011 | Riverside | $ | 129.74 |
| 13 | 8/17/2011 | Eastlake (sisd) | $ | 477.00 | 13 | 12/17/2011 | Gc Services | $ | 303.10 |
| 14 | 8/24/2011 | Eastlake (sisd) | $ | 312.00 | | | | | |
| 15 | 9/16/2011 | MWR/ Biggs Park | $ | 1,000.00 | | | Total | $ | 2,342.34 |
| 16 | 10/27/2011 | Hill Crest (yisd) | $ | 479.20 | | | | | |
| 17 | 10/29/2011 | Eastwood (yisd) | $ | 430.00 | | WEST | | | |
| 18 | 11/3/2011 | Hill Crest (yisd) | $ | 496.30 | | | | | |
| 19 | 11/4/2011 | Ysleta (yisd) | | 316-256 | 1 | 4/9/2011 | Franklin | $ | 185.00 |
| 20 | 11/9/2011 | Epia | $ | 1,461.38 | 2 | 11/18/2011 | Ysleta | $ | 51.00 |
| 21 | 11/11/2011 | Canutillo (cisd) | $ | 200.00 | 3 | 12/7/2011 | Cobre Highschool | $ | 98.00 |
| 22 | 11/15/2011 | Canutillo midd (CISD) | $ | 645.75 | | | | | |
| 23 | 11/16/2011 | USO | $ | 3,000.00 | | | Total | $ | 334.00 |
| 24 | 11/30/2011 | Eastlake | $ | 148.50 | | | | | |
| 25 | 12/8/2011 | Eastlake | $ | 225.00 | | | | | |
| 26 | 12/9/2011 | Tina | $ | 416.30 | | | | | |
| 27 | 12/9/2011 | Ray | $ | 148.84 | | | | | |
| 28 | 12/10/2011 | USO | $ | 7,000.00 | | | Grand Total | $ | 10,959.91 |
| 29 | 12/13/2011 | Canutillo | $ | 600.00 | | | | | |
| 30 | 12/13/2011 | Che | $ | 25.00 | | | | | |
| 31 | 12/13/2011 | Ernie | $ | 324.75 | | | | | |
| 32 | 12/13/2011 | Eastlake | $ | 207.00 | | | | | |
| 33 | 12/14/2011 | EPISD | $ | 307.50 | | | | | |
| 34 | 12/14/2011 | Mcgoffin | $ | 958.80 | | | | | |
| 35 | 12/16/2011 | Gc Services | $ | 2,269.46 | | | | | |
| 36 | 12/16/2011 | Housing Authority | $ | 3,495.00 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Ysleta Independet School | $ | 175.00 | we don't know to which Po corespond |
| | | University Medical Center of El paso | $ | 204.96 | we don't know to which Po corespond |
| | Returned ck | Virginia Medina Check | $ | 60.00 | |
| 1 | 9/30/2011 | Alorica | $ | 45.96 | |
| 2 | 10/18/2011 | Alorica | $ | 32.44 | |
| 3 | 10/19/2011 | Alorica | $ | 64.18 | |
| 4 | 10/20/2011 | Alorica | $ | 83.54 | |
| 5 | 10/21/2011 | Alorica | $ | 56.44 | |
| 6 | 10/24/2011 | Alorica | $ | 69.83 | |
| 7 | 10/25/2011 | Alorica | $ | 66.05 | |
| 8 | 10/27/2011 | Alorica | $ | 33.51 | |
| 9 | 11/3/2011 | Alorica | $ | 37.81 | |

# FIRTH ◆ JOHNSTON ◆ MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

**415 NORTH MESA, THIRD FLOOR**
**EL PASO, TEXAS 79901**

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

-17-- **Pages** (including this sheet)

### November 14, 2012

**TO:**   Mr. Corey W. Haugland                **FAX NO.:** (915) 541-6440
James & Haugland, P.C.

**FROM:**   Christopher R. Johnston, Esq./M. Woods

### REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503

*Re:*   *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al. v. Armando Armendariz, et al.;* Adversary No. 12-03012-hcm; In the United States Bankrutcy Court for the Western District of Texas, El Paso Division

**MESSAGE:** See attached correspondence and attachments in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12-03012-hcm Doc#58-1 Filed 02/05/13 Entered 02/05/13 21:54:55 Exhibit Exhibit 2 Pg 01
TRANSACTION REPORT

NOV-14-2012 WED 01:54 PM

FOR: Firth*Johnston*Martinez     915 532 7503

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|------|-------|----------|---------|-------|------|------|-----|-----|
| NOV-14 | 01:49 PM | 5416440 | 5'21" | 17 | FAX TX | OK | 290 | |

TOTAL : 5M 21S PAGES: 17

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# FIRTH♦JOHNSTON♦MARTINEZ
A PROFESSIONAL LEGAL CORPORATION

**415 NORTH MESA, THIRD FLOOR**
**EL PASO, TEXAS 79901**

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

--17-- Pages (including this sheet)

November 14, 2012

TO:     Mr. Corey W. Haugland     FAX NO.: (915) 541-6440
        James & Haugland, P.C.

FROM:   Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re:   DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,
      Chowaiki Holdings, LLC, et al. v. Armando Amendariz, et al.; Adversary
      No. 12-03012-hcm; In the United States Bankrutcy Court for the Western
      District of Texas, El Paso Division

**MESSAGE:** See attached correspondence and attachments in the above referenced
matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED
AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.
THANK YOU.

# Exhibit 2

# FIRTH◆JOHNSTON◆MARTINEZ

## A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

VICTOR M. FIRTH
Member: Texas and Oklahoma Bars

CHRISTOPHER R. JOHNSTON†
Member: Texas and New Mexico Bars

ANTONIO MARTINEZ, JR.
Member: Texas Bar

EDWARD DEV. BUNN, JR.
Member: Texas and New Mexico Bars

J. CRAWFORD KERR
Member: Texas Bar
Of Counsel
CRAWFORD S. KERR, JR.
Member: Texas Bar

† Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

November 26, 2012

**VIA FACSIMILE:  (915) 541-6440**
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

Re:   *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,*
      *Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary*
      *No 12-03012-hcm;* In the United States Bankruptcy Court for the Western
      District of Texas, El Paso Division

Dear Mr. Haugland:

    I am writing in response to your letter dated November 21, 2012, regarding Defendants'
responses to Plaintiffs' requests for discovery in the above matter.  Please find attached a copy
of the list of potential non-expert witnesses in response to Interrogatory No. 2 for all Defendants
as requested.  I will be sending signed verifications for the responses to Interrogatories to you
tomorrow.  I have not received any response regarding a mutual confidentiality agreement
which I proposed in my letter of November 14th.  Given that much of the documentation is too
voluminous to produce, as stated in the responses, various documents will be made available
for inspection at a mutually agreed time.  Other documentation, as it contains personal
information, will be produced subject to the confidentiality agreement.  Once the agreement is
finalized and executed by all parties, we will produce the requested documents.

                                        Very truly yours,

                                        FIRTH◆JOHNSTON◆MARTINEZ

                                        Christopher R. Johnston

CRJ:mz

## LIST OF POTENTIAL NON-EXPERT WITNESSES

General Response:  For each of the below witnesses, no compensation has been promised and any compensation provided will be in accordance with the Federal Rules of Civil Procedure.


David Chowaiki—Plaintiff
301 Williams St.
El Paso, TX 79901
(915) 637-1970
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Abraham Chowaiki—Father of Plaintiff David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Nadia Nahmed—Mother of Plaintiff David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Hilel Chowaiki—Part owner of various Plaintiff entities, brother of Plaintiff David Chowaiki
301 Williams St.
El Paso, TX 79901
(915) 637-1970
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Ernie Gluck—Consultant of Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Leticia Luna—Prep/Catering team at one or more of Plaintiff entities
1210 Country Club Road
Apt. #6
Santa Teresa, N.M.
(915) 328-1572
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim.

Gary J. Gutierrez—Vending/Game Technician for Plaintiff entities
Address unknown at this time
(915) 345-1800
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jasmine Cervantes—Catering team at one or more of Plaintiff entities
11640 Maquitico Crt.
El Paso, TX 79936
(915) 234-6765
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Tim Giangrossi— Manager at one or more of Plaintiff entities
2317 Ashley River Road         and/or    881 Paris Island Gateway
Apt. B                                            Beauford, SC  29906
Charleston, SC  29414
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Rita Rodriguez—Former employee at one or more of Plaintiff entities
129 Ventura Dr.
El Paso, TX  79907
(915) 443-8786
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Danny Armendariz—Former General Manager for one or more of Plaintiff entities
Janway Dr.
El Paso, TX
(915) 630-3196
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Graciela Castro—Former employee at one or more of Plaintiff entities
Address unknown at this time
El Paso, TX
(915) 249-5960
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Marie Drake—Former General Manager for one or more of Plaintiff entities
81 Camille Drive #27
El Paso, TX 79912
(915) 691-5000
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Lisa Lipscomb—Former cashier at one or more of Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Angel Cruz— Former supervisor/catering/inventory/special events inventory employee
at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Sandy Nevarez—Worked at events catered by one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Javier Lopez, performed wood work for one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Carlos Calderon—Lawn Maintenance for one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jesus Trinidad—Former employee of one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Yvonne Vallejo—Assistant Principal at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jeanette Williams—Principal at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Rachel Montellano—Teacher at Paso Del Norte School
12300 Tierra Este
El Paso, TX 79938
(915) 937-6200
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Manuel Segovia—Owner Segovia's Produce, service provider to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jerry Quintero—Owner of Quinteros Meat, service provider to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Alex Gippin—Former City Manager for one or more Plaintiff entities
Address unknown at this time
(580) 647-2921
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jeff Cordero--- Former General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Ray Montano—Former General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Abraham Alfaro----General Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Lorraine Gomez—Current or former girlfriend of Abraham Chowaiki
10144 Stedham Circle
El Paso, TX 79927
(915) 204-7219
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Richard Hanson---Former Catering Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Ivan Alfaro –Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Detective Nicole Ram—Detective at El Paso Police Department
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Jesse Esparza—Former CFO for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Vicky Carrasco –Accountant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Rosa Mendez –Accountant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Maribel Alonso—Office employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim.

Marisol Alonso --- Office employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Sharon Dillard —Former Accountant for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Helen Price— Former Accountant for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Don Kingery—Computer Technician
ELPTech
416 Paseo Real
Chaparral, N.M. 88081
(915) 208-5842
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Karon Scalora—Corporate Consultant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Greg Smith— Corporate Consultant for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Luis Chacon—Warehouse employee for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Guadalupe Medina —Maintenance for Basic Sports Apparel and one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Hector Saenz—Warehouse Employee/Maintenance for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Dora Saenz—Former manager/vending coin counter for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Tracy Presley—Girlfriend of David Chowaiki
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Alex Medrano Jr. —Owner of AMR Equipment Sales
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Lorenzo Carrillo – Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Iveth Macias—Former catering verifier/cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Elvira Rangel—Prep catering at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Oscar Galvan—Cook/catering at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Leslie Orosco—Supervisor at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Flavio Garcia—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Laura Summers—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Timothy Myers—Former manager at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Maribel Myers—Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Maria Sanchez—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Angel Gallegos—Cook at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Angelina Gallegos—Employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Fernando Salazar—Former breakfast cook at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Gerardo Portillo—Former Manager for one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Terrie Todd—Former Executive Director of Amigo Airsho
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Carol Roberts-Spence—Former Executive Director Amigo Airsho
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Robert Medrano—Associated with event(s) catered by one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Raul Barraza—Provides/provided services to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Christy Alcala—Representative for Glazers; provides services to one or more Plaintiffs
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Nayeli Gonzalez—Cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Jonny Villalobos—Delivery driver for US Foods
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Many Delgado—Former employee at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Adriana Balderrama—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Darlene Montoya—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Tanya Montano—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Syndil Cedillo—Cashier/catering at one or more Plaintiff entities
3712 Tierra Alamo
El Paso, TX 79938
(915) 867-4457
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Sara Dubow—Sales representative for KTSM
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Joe Lucero—Marketing Associate for Sysco
601 Comanche Rd NE
Albuquerque, NM. 87107
915-256-6366
800-669-3663 Ext. 1809
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Elizabeth Dupont—Marketing Associate for Sysco
Address unknown at this time
(915) 238-7916
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Trisha Roney—Army & Air Force Exchange Service, Services & Vending
Slater & Chaffee Rd. Fort Bliss, Tx 79918
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Tomas Alva—Army & Air Force Exchange Service, Services & Vending
Slater & Chaffee Rd. Fort Bliss, TX 79918
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Yolanda Facio—ADC Accounts Payable; accounts payable for one or more Plaintiffs
101 Lindbergh Drive
Santa Teresa, NM 88008
May be called to testify regarding the claims made the subject matter of this lawsuit,
and/or Defendants' Counterclaim

Amanda Anguiano—Former cashier at one or more Plaintiff entities
Address unknown at this time
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Todd Roberts—General Manager for ProTech Home Systems
7370 Remcon Circle
El Paso, TX 79912
915-241-7558
915-755-8884
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

Kelly Simon
William Chancellor
Patrick Morrison
K. Simon Construction
12236 Maria Seanes
El Paso, TX 79936
May be called to testify regarding the claims made the subject matter of this lawsuit, and/or Defendants' Counterclaim

# FIRTH♦JOHNSTON♦MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

### 415 NORTH MESA, THIRD FLOOR
### EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

### 13 Pages (including this sheet)

### November 26, 2012

**TO:**    Mr. Corey W. Haugland      **FAX NO.:** (915) 541-6440
James & Haugland, P.C.

**FROM:**  Christopher R. Johnston, Esq./M. Woods

### REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503

*Re:  DHC Realty, INc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al; Adversary No. 12-03012-hcm; In the United States Bankruptcy Court for the Western District of Texas, El Paso Division*

**MESSAGE:**  See attached correspondence in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED
AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.
THANK YOU.

```
**********************************************************************
*                                                                    *
*                      TRANSACTION REPORT                            *
*                                                                    *
*                                          NOV-26-2012 MON 04:03 PM  *
*                                                                    *
*     FOR: Firth*Johnston*Martinez      915 532 7503                *
*                                                                    *
*--------------------------------------------------------------------*
*     SEND                                                           *
*   DATE  START   RECEIVER        TX TIME  PAGES TYPE      NOTE   M# DP*
*--------------------------------------------------------------------*
*   NOV-26 03:58 PM 5416440         4'05"   13  FAX TX     OK      300 *
*--------------------------------------------------------------------*
*                                                                    *
*                              TOTAL :      4M  5S  PAGES:  13       *
*                                                                    *
**********************************************************************
```

# FIRTH♦JOHNSTON♦MARTINEZ
### A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7500
FACSIMILE (915) 532-7503

**13 Pages** (Including this sheet)

**November 26, 2012**

TO:    Mr. Corey W. Haugland       FAX NO.: (915) 541-6440
        James & Haugland, P.C.

FROM:    Christopher R. Johnston, Esq./M. Woods

**REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503**

Re:    *DHC Realty, INc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowalki Holdings, LLC, et al v. Armando Armendariz, et al; Adversary No. 12-03012-hcm; In the United States Bankruptcy Court for the Western District of Texas, El Paso Division*

**MESSAGE:**  See attached correspondence in the above referenced matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# Exhibit 3

# FIRTH♦JOHNSTON♦MARTINEZ

### A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901
(915) 532-7500
FACSIMILE (915) 532-7503

VICTOR M. FIRTH
Member: Texas and Oklahoma Bars

CHRISTOPHER R. JOHNSTON†
Member: Texas and New Mexico Bars

ANTONIO MARTINEZ, JR.
Member: Texas Bar

EDWARD DEV. BUNN, JR.
Member: Texas and New Mexico Bars

J. CRAWFORD KERR
Member: Texas Bar
Of Counsel

CRAWFORD S. KERR, JR.
Member: Texas Bar

† Board Certified – Texas Board of Legal Specialization
Civil Trial Law and Personal Injury Trial Law

January 17, 2013

<u>Via Facsimile (915) 541-6440 &</u>
<u>CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>
Mr. Corey W. Haugland
James & Haugland, P.C.
609 Montana
El Paso, TX 79902

> Re:  *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-03012-hcm;*  In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

Dear Mr. Haugland:

This letter concerns Plaintiffs' Responses to Defendants' Requests for Production and Interrogatories served on November 19, 2012 in the above matter. In response to many of Defendants' Requests for Production, Plaintiffs' have stated that documents will be made available for inspection and copying. I would like to arrange for a time to inspect these documents. Please let me know which days over the next two weeks of when I will be able to conduct such an inspection.

Additionally, many responses to Defendants' Requests for Production state the following: "No items have been identified – after a diligent search – that are responsive to the request." Please confirm, in writing, for each such response, that no such documents exist. In some cases, where it has been stated that there are no documents, it was later reported by your expert Douglas A. Little, that he reviewed those documents in preparation of his report. This is disconcerting. For example, in

C. Haugland
January 17, 2013
Page 2

response to Requests for Production Nos. 25 and 26, it was stated that the previous POS systems were removed from the various restaurants at different times in 2010 resulting in the loss of any POS data prior to that time. Nevertheless, Mr. Little clearly states that he reviewed the POS data from 2008 all the way through 2012. Likewise, in response to Request for Production No. 27, which requested the Profit and Loss Statements for each of the Fuddruckers Restaurants, it was stated that there were no such documents. This response is particularly questionable given the fact that the 2011 Profit and Loss Statement was produced to the bankruptcy court in Plaintiff and Debtor DHC Realty, LLC's Second Amended Disclosure Statement. Further, Mr. Little also states that he reviewed such statements from 2008 through 2012 in preparation of his report. I again request that you supplement your responses and immediately produce the POS documentation and Profit and Loss Statements requested. Likewise, if any other such documents are available, I again request that those be produced as well. Otherwise, as stated, please confirm in writing that no such documents exist.

Further, I would also request that you supplement your responses and produce any and all documentation relied upon by your designated experts Mr. Little and Mr. Gluck, as requested in Defendants' Requests for Production, including the "[s]elected information provided by David & Hilel Chowaiki" referred to in Mr. Little's report.

Request for Production No. 15 requests in part "Payroll Checks with stubs for every El Paso Fuddruckers Employee..." and "Manager Payroll Reports and Paychecks with Stubs...". Plaintiffs have objected that these documents "are protected by third parties' right to privacy." As mentioned in my letter of November 14, 2012 and my subsequent letter of November 26th, I have proposed a mutual confidentiality agreement which would ensure the concerned individuals' privacy in these matters. To date I have not received any response from you regarding a confidentiality agreement.

Plaintiffs have objected to Request for Production No. 39, requesting tax returns for Spira, Basic Sports Apparel, and "any other entity owned by the Chowaikis" which would include entities owned by David Chowaiki. Objections were made that the documents were requested from non-parties. While it may be true that Spira, Basic Sports Apparel, and the other entities are not named Plaintiffs in this lawsuit, they are, nevertheless, entities owned, at least in part, by named Plaintiff, David Chowaiki, making the requested tax returns discoverable. The request for production was also not a request for records from a non-party as stated in the objections. The request for production sought records from Plaintiff David Chowaiki, who is a named party.

Requests for Production Nos. 44, 49, and 50 each request copies of emails, recordings, payments made, reports or notes regarding Leon Ernie Gluck. Mr. Gluck has been designated an expert by Plaintiffs. Many of his alleged findings attempt to substantiate the claims brought forward by Plaintiffs, and contain many allegations regarding the Defendants, including observations made, etc. Without question, any of the documentation requested in Nos. 44, 49, and 50 is relevant and discoverable, and must be produced.

Request for Production No. 48 requests "weekly catering purchase order outstanding records...". Plaintiffs have objected that this request is vague, ambiguous,

C. Haugland
January 17, 2013
Page 3

etc.  The terminology used in this Request is the terminology used on a day-to-day basis in the operations of the Fuddruckers Restaurants, and is therefore terminology with which Plaintiff David Chowaiki would be readily familiar.  Plaintiffs have further objected claiming privilege as to current outstanding records, stating that the documents are proprietary and constitute trade secrets.  Plaintiffs have made certain allegations with respect to the catering side of the Fuddruckers operations, including loss of profits, making such documentation likewise relevant and therefore discoverable.

Plaintiffs have objected to Request for Production No. 51 subsections b, c, d, and e, stating that "contacts [sic] entered into subsequent to Armando Armendariz' termination...are privileged as proprietary, constituting trade secrets and otherwise protected as property rights".  Similarly, Plaintiffs have responded to Request for Production No. 53 by objecting to the production of the 2012 Amigo Airsho contract citing privilege.  It would clearly prejudice Defendants to only have access to contracts requested before Mr. Armendariz' termination, as it would prevent Defendants from preparing an adequate defense.  Plaintiffs are not free to simply withhold such documents in this manner under a pretense of privilege.

In reference to Plaintiffs' Responses to Defendants' Interrogatories, Plaintiffs object throughout that Defendants have not complied with the scheduling order and submitted more than 25 interrogatories is without merit.  The exact wording of the objections is "[r]equiring Plaintiffs to answer this Interrogatory will result in more than twenty five responses...".  The total number of interrogatories served on Plaintiffs is 15.  The maximum allowed per the court order is 25.  Please supplement your responses by withdrawing these objections and completely responding to each interrogatory which was either not responded to or partially responded to because of this objection.

Lastly, Interrogatory No. 11 requests that Plaintiffs "[d]escribe in detail the factual and legal basis for each allegation...".  No attempt was made to respond to this interrogatory, but only objections, including the one stated in the previous paragraph and secondary objections that it is overly broad, etc.  Please supplement your response by withdrawing your objections and/or providing a response to this interrogatory.

Please give me a call should you have any questions.

Very truly yours,

FIRTH♦JOHNSTON♦MARTINEZ

Christopher R. Johnston

CRJ:mz

cc:    Client
       Mr. Sidney J. Diamond – Via email

**DER: COMPLETE THIS SECTION**

omplete Items 1, 2, and 3. Also complete
m 4 if Restricted Delivery is desired.
nt your name and address on the reverse
  that we can return the card to you.
tach this card to the back of the mailpiece,
  on the front if space permits.

icle Addressed to:

Corey W. Haugland
es & Haugland, P.C.
Montana
aso, Texas 79902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Margie Colony_    □ Agent
                      □ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Margie Colony_    1-25

D. Is delivery address different from Item 1?    □ Yes
   If YES, enter delivery address below:    □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered    □ Return Receipt for Merchandise
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

icle Number
ansfer from ser    7011 2000 0000 8026 3349

orm 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pc | |

Postmark
Here

Sent To  Mr. Corey W. Haugland
James & Haugland, P.C.
Street, Ap or PO Box  609 Montana
City, State  El Paso, Texas  79902

PS Form 3800, August 2006    See Reverse for Instructions

# FIRTH♦JOHNSTON♦MARTINEZ

### A PROFESSIONAL LEGAL CORPORATION

**415 NORTH MESA, THIRD FLOOR**
**EL PASO, TEXAS 79901**

**TELEPHONE (915) 532-7500**
**FACSIMILE (915) 532-7503**

<u>**4 Pages**</u> (including this sheet)

### January 17, 2013

**TO:**  Mr. Corey W. Haugland                **FAX NO.:** (915) 541-6440
     James & Haugland, P.C.

**FROM:**  Christopher R. Johnston, Esq./M. Woods

### REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503

Re:  *DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC, Chowaiki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-03012-hcm;* In the United States Bankruptcy Court for the Western District of Texas, El Paso Division

**MESSAGE:**  See attached correspondence in the above matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                          TRANSACTION REPORT                          X
X                                              JAN-17-2013 THU 03:43 PM X
X                                                                      X
X    FOR:  Firth*Johnston*Martinez    915 532 7503                     X
X                                                                      X
X                                                                      X
X    SEND                                                              X
X    DATE  START   RECEIVER        TX TIME   PAGES TYPE      NOTE      M#  DP X
X    JAN-17 03:42 PM 5416440        1'43"     4  FAX TX       OK       396   X
X                                                                      X
X                                 TOTAL :     1M 43S  PAGES:   4       X
X                                                                      X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# FIRTH ♦ JOHNSTON ♦ MARTINEZ

A PROFESSIONAL LEGAL CORPORATION

415 NORTH MESA, THIRD FLOOR
EL PASO, TEXAS 79901

TELEPHONE (915) 532-7600
FACSIMILE (915) 532-7503

**4 Pages** (including this sheet)

**January 17, 2013**

TO:     Mr. Corey W. Haugland          FAX NO.: (915) 541-6440
        James & Haugland, P.C.

FROM:   Christopher R. Johnston, Esq./M. Woods

REPLY TO PHONE NO. (915) 532-7500 OR FAX NO. (915) 532-7503

Re:   DHC Realty, Inc., Debtor; Case No. 11-30977-hcm; DHC Realty, LLC,
      Chowalki Holdings, LLC, et al v. Armando Armendariz, et al.; Adversary No 12-
      03012-hcm; In the United States Bankruptcy Court for the Western District of
      Texas, El Paso Division

MESSAGE:  See attached correspondence in the above matter.

Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED
AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.
THANK YOU.

## Martha A.. Woods

| | |
|---|---|
| **From:** | txwb_systems@txwb.uscourts.gov |
| **Sent:** | Tuesday, February 05, 2013 8:55 PM |
| **To:** | Courtmail@txwb.uscourts.gov |
| **Subject:** | 12-03012-hcm Ch- Response DHC Realty, LLC et al v. Armendariz et al |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Western District of Texas

Notice of Electronic Filing

The following transaction was received from Christopher Robert Johnston entered on 2/5/2013 at 9:54 PM CST and filed on 2/5/2013

**Case Name:**       DHC Realty, LLC et al v. Armendariz et al
**Case Number:**    <u>12-03012-hcm</u>
**Document Number:** <u>58</u>

**Docket Text:**
Response Filed by Christopher Robert Johnston for Defendants Armando Armendariz, Hector Armendariz, Yvette Armendariz (Attachments: # (1) Exhibit Exhibit 2# (2) Exhibit Exhibit 2# (3) Exhibit 3) (Johnston, Christopher) (related document(s): [49] Motion Plaintiffs' Motion to Compel and for Sanctions Against Hector Armendariz Filed by Corey W. Haugland for Plaintiffs David Chowaiki, Chowaiki Holdings, LLC, DHC Realty, LLC, El Paso DHC Enterprises Far East, LLC, El Paso DHC Enterprises West, LLC, El Paso DHC Enterprises, LLC. (Attachments: # 1 Exhibit Exhibit P-1# 2 Exhibit Exhibit P-2# 3 Exhibit Exhibit P-3))

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Def Resp to Pltfs Motion to Compel Against Defendant Hector Armendariz.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=2/5/2013] [FileNumber=18322881-0]
[29c0d99068f553b599b100608db9e41c2fa7427ad57e2e3146f21697285bcb93a7fc
33181a31f293428c5269c6fed6207a822f87ea92642345fc3af2fe2fea3d]]
**Document description:**Exhibit Exhibit 2
**Original filename:**Exhibit 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=2/5/2013] [FileNumber=18322881-1]
[156e4f082bf800b3f1e5d0a645cea08098ac6cf6d4684f4747645dc33ec634b4b7cc
1cd51f9a2b29f1df5670fa4c1e6d17142ab57829589535c93fd0fcf9e72f]]
**Document description:**Exhibit Exhibit 2