IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re:<br><br>DHC REALTY, LLC,<br><br>    Debtor, | § § § § § § § § | Case No.: 11-30977-hcm |
| DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, and DAVID CHOWAIKI<br><br>    Plaintiffs,<br><br>v.<br><br>ARMANDO ARMENDARIZ, YVETTE ARMENDARIZ, and HECTOR ARMENDARIZ,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | Adversary No.: 12-03012-hcm |
| ARMANDO ARMENDARIZ and YVETTE ARMENDARIZ<br><br>    Counterclaimants<br><br>v.<br><br>DHC REALTY, LLC, CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, DAVID CHOWAIKI, and HILEL CHOWAIKI<br><br>    Counterdefendants | § § § § § § § § § § § § § § § § § § | |

**DEFENDANTS' MOTION TO QUASH SUBPOENA FOR RECORDS IN AN ADVERSARY PROCEEDING TO EVOLVE CREDIT UNION**

TO THE HONORABLE COURT:

Defendants Armando Armendariz, Yvette Armendariz, and Hector Armendariz (collectively "Defendants"), by their undersigned counsel, file the following Motion to Quash Subpoena ("Motion" or "Motion to Quash"), and in support of thereof show:

1. On March 20, 2013, Plaintiffs filed and served a subpoena to Evolve Credit Union ("Evolve") ("Subpoena") seeking records pertaining to Defendants [dkt no. 83], a copy of which is attached hereto as Exhibit 1.

2. Plaintiffs' Subpoena seeks to obtain copies of Defendants personal financial information, including bank statements, deposit slips, loan documents, and correspondence to Evolve.

3. Defendants move to quash this Subpoena per Federal Rules of Civil Procedure ("FRCP"), Rule 45(c)(3)(A)(iii) ("Rule 45"). FRCP, Rule 45 requires that a subpoena be quashed when it "requires disclosure of privileged or other protected matter, if no exception or waiver applies".

4. Defendants have asserted privilege regarding the financial documentation requested by Plaintiffs' in their Requests for Production.

5. Defendants have stated in their responses to Plaintiffs' Requests for Production that they will produce to the financial records requested by Plaintiffs, provided Plaintiffs can agree that they will protect Defendants personal information by not disclosing it to any third parties not involved in this lawsuit by means of a confidentiality agreement. The fact that Plaintiffs are not willing to provide this simple protection to Defendants would seem that they are not acting in good faith.

6.  If Plaintiffs genuinely wish to review Defendants' financial records to aid in prosecuting their claims, a simple request to protect the information from dissemination to third parties is no obstacle to this end. However, by refusing to even discuss a confidentiality agreement, which was initially proposed to protect Plaintiffs' interests as well, followed by the filing of Motions to Compel, Plaintiffs only appear to be acting in bad faith.

7.  Plaintiffs' Subpoena also goes far beyond requesting documentation that was previously requested in their Requests for Production, and seeks many additional documents not previously requested, including all Defendants' deposit slips and correspondence with Evolve.

8.  This begs the question as to why Plaintiffs' did not previously request this information from Defendants when they had the opportunity. It would seem the many requests for additional documentation are merely an attempt to harass, intimidate, and humiliate Defendants.

9.  Failure to quash Plaintiffs' Subpoena would result in incalculable, incurable harm to Defendants. Without protection, Defendants financial information, including sensitive information relating to their identity could be made fodder for public consumption. Defendants have a right to have their personal information protected.

WHEREFORE, Defendants respectfully request that Plaintiffs' Subpoena be quashed, and that Defendants be granted any further relief to which they may be justly entitled.

Respectfully submitted,

**FIRTH♦JOHNSTON♦MARTINEZ**
Attorneys for Defendants
415 North Mesa, Suite 300
El Paso, Texas 79901
Phone: (915) 532-7500
Fax: (915) 532-7503

/s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON
State Bar No. 10834200

**DIAMOND LAW**
Attorneys for Defendants
3800 North Mesa Street
El Paso, Texas 79902
Phone: (915) 532-3327
Fax: (915) 532-3355

/s/ Sidney J. Diamond
SIDNEY J. DIAMOND
State Bar No. 5803000

**CERTIFICATE OF SERVICE**

I, Christopher R. Johnston, do hereby certify that on April 5, 2013, a true and correct copy of the foregoing, Defendants' Motion to Quash Subpoena for Records in an Adversary Proceeding to Evolve Credit Union, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**
DHC Realty, LLC
301 Williams
El Paso, TX 79901

**THE DEBTOR'S ATTORNEY:**
Corey W. Haugland
P.O. Box 1770
El Paso, TX 79949-1770

/s/ Christopher R. Johnston
CHRISTOPHER R. JOHNSTON